**Fill in this information to identify the case:**

Debtor name   **Project Neptune, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 25, 2023**          X */s/ Wes Cobos*
                                            Signature of individual signing on behalf of debtor

                                            **Wes Cobos**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Project Neptune, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF UTAH** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| (p) Internal Revenue Service Centralized Insolvency Operations P. O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | **Unknown** |
| (p) Utah State Tax Commission Attn Legal Processes Unit 210 North 1950 West Salt Lake City, UT 84134 | | | | | | **Unknown** |
| Aagard, Tammy L 12831 Sw 2nd Rd Newberry, FL 32669 | | **Canceled Trip** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| Abril , Maryliz A 14500 Olive View Dr Unit 116 Sylmar, CA 91342 | | **Canceled Trip** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| Acevedo, Lydia 108 Gateway Blvd Ste 204 Mooresville, NC 28117 | | **Canceled Trip** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| Achaval , Alberto Edgardo 7551 Jacaranda Bay Street Las Vegas, NV 89139 | | **Canceled Trip** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| David Williams 10600 Dimple Dell Road Sandy, UT 84092 | | **Secured Promissory Note (not perfected)** | | | | **$1,040,000.00** |

Debtor   **Project Neptune, LLC**
_____   Case number *(if known)*   _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DocuSign P.O. Box 735445 Dallas, TX 75373** | | **Services** | **Unliquidated** | | | **$13,496.40** |
| **Gale Roberts 938 East 3740 South Washington, UT 87480** | | **Secured Promissory Note (not perfected)** | | | | **$400,000.00** |
| **Gosan Investments 9041 N. Torrey Pines Loop Eagle Mountain, UT 84005** | | **Secured Promissory Note (not perfected)** | | | | **$150,000.00** |
| **H Too O Inv. 14344 Heritage View Cove Bluffdale, UT 84065** | | **Secured Promissory Note (not perfected)** | | | | **$250,000.00** |
| **Jake Hinkins 4918 W. Dock Street South Jordan, UT 84009** | | **Secured Promissory Note (not perfected)** | | | | **$30,000.00** |
| **Jesus Alvarez 3287 East Stone Ct. Eagle Mountain, UT 84005** | | **Secured Promissory Note (not perfected)** | | | | **$80,000.00** |
| **Rick Roberts 2 North 200 East Shoshone, ID 83352** | | **Secured Promissory Note (not perfected)** | | | | **$200,000.00** |
| **Round Trip Ventures Loan 881 West Baxter Dr. South Jordan, UT 84095** | | **Secured Promissory Note (not perfected)** | | | | **$75,000.00** |
| **Ryan McCoy 4768 W. Bayview Dr. South Jordan, UT 84009** | | **Secured Promissory Note (not perfected)** | | | | **$50,000.00** |
| **Small Business Administration 125 South State Street, #2229 Salt Lake City, UT 84138** | | **EIDL Loan** | | | | **$149,900.00** |
| **Todd Hinkins 160 West Center Street Orangeville, UT 84537** | | **Secured Promissory Note (not perfected)** | | | | **$30,000.00** |
| **Tom McCoy 1962 Cascade Canyon Road Saint George, UT 84770** | | **Secured Promissory Note (not perfected)** | | | | **$150,000.00** |

Debtor   **Project Neptune, LLC**                                          Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Valerie Hulme 2949 South Galcier Bay Way Meridian, ID 83642** | | **Canceled Trip / Pending Lawsuit** | **Contingent Unliquidated Disputed** | | | **$29,219.42** |

**Fill in this information to identify the case:**

Debtor name    **Project Neptune, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $     **100,015.34**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $     **100,015.34**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$     **2,647,615.82**

4.    **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b    $     **2,647,615.82**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Project Neptune, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Utah Bank** | **Checking** | 1622 | $73,153.54 |
| 3.2. | **First Utah Bank** | **Checking** | 935 | $100.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $73,253.54 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **Retainer with Parson Behle & Latimer, P.C.** | $10,126.50 |
| --- | --- | --- |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **Project Neptune, LLC**
_____   Case number *(If known)* _____
_____Name_____

Description, including name of holder of prepayment

8.1.   **Extra Space Storage** _____   $312.86

---

9.   **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $10,439.36

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11b. Over 90 days old: **1,756.01** - **0.00** =....   $1,756.01
                      face amount      doubtful or uncollectible accounts

---

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.   $1,756.01

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.   **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| 15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity:   % of ownership | | |
| 15.1. **Omnibus Tours, Inc. (this compnay has an ARC number that debtor believes has some value and a bank account with approximately $10,181.43 in it).  This entity is no longer operating.**   **100** % | **Comparable sale** | $10,181.43 |

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.   **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.   $10,181.43

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

| Debtor | **Project Neptune, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Monitors (22), printers (3), keyboards (24), computers (10), headset (15), mouses (27), webcams (4), and laptops (3). | **$4,385.00** | Liquidation | **$4,385.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$4,385.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| Debtor | **Project Neptune, LLC** | Case number *(If known)* |
| --- | --- | --- |
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| **www.24renew.com** | | | |
| **www.bestmedcruises.com** | | | |
| **www.costaairpass.com** | | | |
| **www.costabundle.com** | | | |
| **www.costacruise.cruises** | | | |
| **www.costacruisepack.com** | | | |
| **www.costagolftours.com** | | | |
| **www.costatours.com** | | | |
| **www.cruiserenew.com** | | | |
| **www.cruisingpass.com** | | | |
| **www.deepseaduals.com** | | | |
| **www.deepseaduels.com** | | | |
| **www.gospeltrips.com** | | | |
| **www.justlds.com** | | | |
| **www.latterdaysaintstravel.com** | | | |
| **www.latterdaytravel.com** | | | |
| **www.latterdaytrips.com** | | | |
| **www.mycomesailaway.com** | | | |
| **www.mycruisebuddy.com** | | | |
| **www.myrenewcruise.com** | | | |
| **www.ouramericancovenant.com** | | | |
| **www.ouramericancovenant.info** | | | |
| **www.ouramericancovenant.net** | | | |
| **www.ouramericancovenant.org** | | | |
| **www.ournationalcovenant.com** | | | |
| **www.ournationalcovenant.info** | | | |
| **www.ournationalcovenant.net** | | | |
| **www.ournationalcovenant.org** | | | |
| **www.renew2024.com** | | | |
| **www.renew2028.com** | | | |
| **www.renew25.com** | | | |
| **www.renew26.com** | | | |
| **www.renew27.com** | | | |
| **www.renew29.com** | | | |
| **www.renew30.com** | | | |
| **www.renewcruise.com** | | | |
| **www.renewcruises.com** | | | |
| **www.reneweuropecruise.com** | | | |
| **www.renewtours.com** | | | |
| **www.renewtrips.com** | | | |
| **www.saltcruises.com** | | | |
| **www.withair.us** | **$15,692.00** | **Appraisal** | **Unknown** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
| --- | --- |
| | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

Debtor     **Project Neptune, LLC**                                   Case number *(If known)* _____
            Name

■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| | **General Liability Insurance** | $0.00 |
| | **Travelers (Workers Compensation and Employers Liability Policy)** | $0.00 |
| | **Westchester (Miscellaneous Professional Liability Policy)** | $0.00 |
| | **Travelers (Umbrella Policy)** | $0.00 |
| | **CHUBB (Liability Policy)** | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Potential claim against Blaze Media, LLC and/or Mercury Radio Arts, Inc. for breach of contract related Glenn Beck Cruise Through History trip.** | Unknown |

Nature of claim          **Breach of Contract**
Amount requested                     **$0.00**

76.   **Trusts, equitable or future interests in property**

| Debtor | **Project Neptune, LLC** | Case number *(If known)* |
| | Name | |

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
**Costa Cruise Credits.  There is approximatly
$1,523,995.90 in credits, but Debtor estimates that the
liquidation value of these credits is $0 (the credits are
set to expire in November 2023).**                                    **$0.00**

**Custom built accounting software programs.**                        **$0.00**

78. **Total of Part 11.**                                             **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Project Neptune, LLC**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $73,253.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,439.36 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,756.01 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $10,181.43 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,385.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $100,015.34 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $100,015.34 |

**Fill in this information to identify the case:**

Debtor name   **Project Neptune, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|
| Debtor name **Project Neptune, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF UTAH |
| Case number (if known) |

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **Unknown** | **Unknown** |
| | **(p) Internal Revenue Service** | | |
| | **Centralized Insolvency Operations** | | |
| | **P. O. Box 7346** | | |
| | **Philadelphia, PA 19101-7346** | | |

| As of the petition filing date, the claim is: |
| *Check all that apply.* |
| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  | | Total claim | Priority amount |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | **Unknown** | **Unknown** |
| | **(p) Utah State Tax Commission** | | |
| | **Attn Legal Processes Unit** | | |
| | **210 North 1950 West** | | |
| | **Salt Lake City, UT 84134** | | |

| As of the petition filing date, the claim is: |
| *Check all that apply.* |
| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Aagard, Tammy L**
**12831 Sw 2nd Rd**
**Newberry, FL 32669**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Abril , Maryliz A**
**14500 Olive View Dr Unit 116**
**Sylmar, CA 91342**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Acevedo, Lydia**
**108 Gateway Blvd Ste 204**
**Mooresville, NC 28117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Achaval , Alberto Edgardo**
**7551 Jacaranda Bay Street**
**Las Vegas, NV 89139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Adams , Jennie Lee**
**0750 Taylor**
**West Jefferson, OH 43162**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Adams, Darrall Grant**
**3055 Swallows Nest Dr**
**Sacramento, CA 95833**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Adderley, Joseph Patreal**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Adkins, Sefanit**
**1705 Apache St**
**Palm Bay, FL 32907** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred **0** | Basis for the claim:  **Canceled Trip** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Africano , Mary Alexandra**
**4984 Eagle Cove North Drive**
**Palm Harbor, FL 34685** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred **0** | Basis for the claim:  **Canceled Trip** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Ahlstrand, Gary Michael**
**3400 Robin Street**
**Ankorage, AK 99504** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred **0** | Basis for the claim:  **Canceled Trip** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Ahlstrom, Iris B**
**2108 No 2600 We**
**Clinton, UT 84015** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred **0** | Basis for the claim:  **Canceled Trip** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Ahmed, Sakiluddin**
**205 Mineral Springs Drive**
**Allen, TX 75002** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred **0** | Basis for the claim:  **Canceled Trip** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Al Jensen**
**3752 E Halifax Cir**
**Mesa, AZ 85205** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred **0** | Basis for the claim:  **Canceled Trip** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Alarcon, Steve**
**12035 Pheasant Run Blv**
**Chowchilla, CA 93610** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred **0** | Basis for the claim:  **Canceled Trip** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

Debtor    **Project Neptune, LLC**                                    Case number (if known) _____
Name

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Albert Petty**
**1415 Ea McKellips Rd**
**Mesa, AZ 85203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alberto, Edna**
**7234 Canyon Hill Ct**
**San Diego, CA 92126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Albrecht, David Allen**
**523 West Ithica Dr**
**Ivins, UT 84738**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Albrecht, Karl Gordon**
**9678 S. Paisley Circle**
**South Jordan, UT 84009**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alcarez, Rosalyn L**
**1054 Fountain Grove Drive**
**Vacaville, CA 95688**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Alderman , Mark David**
**18220 Hoot Owl Hollow**
**Hilliard, FL 32046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Aldrich, Shelly**
**12282 North Lewis Rd**
**Clio, MI 48420**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Aldridge , Clifton Craig**
**21 Desert Sky Road**
**Albuquerque, NM 87123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Alisha Boyles**
**320 W Linden St**
**Boise, ID 83706**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Allen , Jeanne Ann**
**P.O. Box 217**
**Holly, CO 81047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Allen Jr, Donald**
**8015 Pasadena Drive**
**Port Richey, FL 34668**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Allison Whittle**
**2818 ne 170 first ave,**
**vancouver, WA 98682**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Allred, Arthur**
**441 N 1350 E**
**Pleasant Grove, UT 84062**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Allums , Paula Suzette**
**5115 Edmond Rd Ne**
**Piedmont, OK 73078**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Project Neptune, LLC**
_____    Case number (_if known_) _____
          Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Allyson Hart Roberts**
**5106 Kenton Place Lane**
**Fulshear, TX 77441**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Altman , Luanne Marie**
**631 No Ivanhoe Ave**
**Ypsilanti, MI 48198**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Alva, Elizabeth**
**19650 Olympia Rd**
**Madera, CA 93638**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Alvey, Tracy**
**PO Box 570157**
**Sigurd, UT 84657**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Alyssa Fountaine Kukla**
**4725 North Sunset Way**
**Lehi, UT 84043**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Amanda Harris**
**23021 115th Ave Ne**
**Arlington, WA 98223**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Amanda Hoopes**
**225 N Valley View Dr Unit 83**
**St George, UT 84770**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**
_____   Case number (if known) _____
Name

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Amanda Schmidt**
**120 E Edgar Ave**
**Mishawaka, IN 46545**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Amanda Schmidt**
**120 E Edgar Ave**
**Mishawaka, IN 46545**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Amber Hayden**
**4360 West 9460 North**
**Elwood, UT 84337**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Amick , Gary**
**5220 Galeton Ct**
**Las Vegas, NV 89103**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Amoroso , Coleen**
**1229 Seiler Avenue**
**Savannah, GA 31404**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Amy Boquecosa**
**7217 Eagle Crest St**
**Las Vegas, NV 89131**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Amy Boquecosa**
**7217 Eagle Crest St**
**Las Vegas, NV 89131**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Amy Boquecosa**
**7217 Eagle Crest St**
**Las Vegas, NV 89131**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Amy Jo Thomas**
**1597 Wasatch Dr**
**Ogden, UT 84403**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Amy Roskelley**
**5058 Holly Lily Ln**
**West Jordan, UT 84081**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Anapesi Bloomfield**
**1120 east pebble hills dr**
**Sandy, UT 84094**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Anderson , Christopher Lyle**
**18231 Beall Rd Sw**
**Vashon, WA 98070**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Anderson , Daniel Alan**
**3846 W Oriole Court**
**Visalia, CA 93291**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Anderson , Jane Eileen**
**5331 East Courtney Ave**
**Castle Rock, CO 80104**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Anderson, Beverly**
**26 N Sherwood Dr**
**Providence, UT 84332**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Anderson, Mary Keas**
**11333 South 140 Esat Ave**
**Broken Arrow, OK 74011**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Anderson, Suzanne**
**4094 So 4775 We**
**West Haven, UT 84401**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Andre, Todd James**
**1606 S 1100 W**
**Syracuse, UT 84075**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Andrew Dean**
**1141 west 360 north #16**
**St George, UT 84770**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Angel Angelina Donella Feichko**
**644 Eagle Pass**
**North Salt Lake, UT 84054**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Angell , Margo**
**2050 Graceland**
**Goodlettsville, TN 37072**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Angove , Rhoda**
PO Box # 1020
Rochester, WA 98579

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ann Broderick**
578 W 2475 N
Layton, UT 84041

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ann O`Connor**
19040 Mitch Lane
Jeffersonton, VI 22724

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Anne Blackner**
1493 W 650 S
Layton, UT 84041

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Anthony, Vernon Lowell**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Antolak, Robert J**
2600 8TH Ave
St. James City, FL 33956

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Aponte, Gwendolyn**
451 Gateway Drive Apt 126
Pacifica, CA 94044

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**
**Apostol, Manuel Pascua**
**8909 Clancys Court**
**Elk Grove, CA 95624**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.65**

**Nonpriority creditor's name and mailing address**
**April Jean Shouse**
**1727 Montrose Ln**
**Lincoln, CA 95648**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.66**

**Nonpriority creditor's name and mailing address**
**Archer Jr, George S**
**505 Alison Ave**
**Mechanicsburg, PA 17055**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.67**

**Nonpriority creditor's name and mailing address**
**Archibald, Sharon B**
**5853 Holsein Way**
**Murray, UT 84107**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.68**

**Nonpriority creditor's name and mailing address**
**Aribal, Divina Estella**
**1355 Vance Dr**
**San Jose, CA 95132**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.69**

**Nonpriority creditor's name and mailing address**
**Arietta, Dustin Peter**
**21480 Arnold Dr**
**Sonoma, CA 95476**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Arietta, Linda**
**21480 Arnold Dr**
**Sonoma, CA 95476**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Project Neptune, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Armfield , Linda**
**420 Battery Cir**
**Lake Wylie, SC 29710**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Arnold , Roy Leslie**
**16262 Wishing Well Lane**
**Huntington Beach, CA 92647**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Arnold West**
**5255 Cottonwood Club Dr**
**Salt Lake City, UT 84117**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Arthur Burke**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Arthur, Sharlene**
**594 Ridgemont Circle**
**Littleton, CO 80126**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ashley Grover**
**143 E 750 S**
**Salem, UT 84653**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aspen , Karen Jeanne**
**132 Citrus Ave**
**Dunedin, FL 34698**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|--------|---------------------------|------------------------|---|
| | Name | | |

---

**3.78** | Nonpriority creditor's name and mailing address

**Audrey Jane Hazelgren**
**1739 Country Springs Drive**
**Bountiful, UT 84010**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.79** | Nonpriority creditor's name and mailing address

**Aulitto-Douglas, Anna Maria**
**37577 Newcastle Rd**
**Murrieta, CA 92563**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.80** | Nonpriority creditor's name and mailing address

**Axson , Robert Thomas**
**7323 Hickory Hill**
**Cottonwood Heights, UT 84121**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.81** | Nonpriority creditor's name and mailing address

**Backhaus , Michael John**
**5845 Camelot Drive**
**Olympia, WA 98512**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.82** | Nonpriority creditor's name and mailing address

**Bagley , David Keith**
**11477 S Markridge Cir**
**South Jordan, UT 84095**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.83** | Nonpriority creditor's name and mailing address

**Baguio, Jaime Cruz**
**5228 Topsail Dr**
**San Diego, CA 92154**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.84** | Nonpriority creditor's name and mailing address

**Baguio, Rowena Rodriguez**
**7396 Big Nell Dr**
**San Diego, CA 92139**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.85**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|

**Bailey , Jean Ann**
**1131 Meadow Spring Court**
**Kissimmee, FL 34744**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.86**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|

**Bailey, Bradley**
**7637 N 46th Dr**
**Glendale, AR 85301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.87**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|

**Bailey, Glen**
**PO Box 225**
**Cocolalla, ID 83813**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.88**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|

**Bajek , John**
**112 Lynch Court**
**Middletown, DE 19709**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.89**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|

**Baker , Robert Frank**
**48767 Mc Farland Rd**
**Oakridge, OR 97463**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|

**Balappa , Jennifer Kaye**
**3970 East Highway 36**
**Malad, ID 83252**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|

**Baldwin, Sarah**
**7863 Sw 97th Circle**
**Ocala, FL 34481**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Balent , Loisann**
**6201 Ward Rd**
**Sanborn, NY 14132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ball , Steven Lee**
**6105 East 25th Lane**
**Spokane, WA 99223**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ballard, Karen**
**875 Sun rise dr**
**Garner, NC 27529**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bamba , Camilo Dungao**
**2555 Flosden Rd #46**
**American Canyon, CA 94503**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bamba , Gaudella Navarro**
**184 Humphrey Ln**
**Vallejo, CA 94591**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bamba , Maria Lea Sunga**
**2555 Flosden Rd.**
**American Canyon,, CA 94503**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bamba , Mario Dungao**
**2555 Flosden Rd.**
**American Canyon,, CA 94503**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bamba , Virgilio Dungao**
**19 Water Fern Ct.**
**American Canyon,, CA 94503**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Banasik , Julie Ann**
**3939 Kingury St**
**Springfield, MO 65809**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bangerter, Thuynha Thi**
**3306 S 6400 W**
**West Valley, UT 84128**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bantz, Natasha Anne**
**4204 North Linda Vista Lane**
**Boise, ID 83704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Barasch, James Matthew**
**124 E Queenwood Rd**
**Morton, IL 61550**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Barbara Backes**
**1007 19 1/2 rd**
**Fruita, CO 81521**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bardon, Muyleng kuy**
**12002 Eugine Tobias Drive**
**Garden Grove, CA 92840**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
| | Name | | |

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Barger, Jo L**
**1920 South 35 E**
**Vernal, UT 84078**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Barnes , Glen Leslie**
**2933 Spring Hammock Drive**
**Plant City, FL 33566**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Barnett , Ralph Kirk**
**435 West 1st North #1**
**Rexburg, ID 83440**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Barnett, Jimmie Wayne Jr**
**6274 West City Vistas Way**
**West Valley City, UT 84128**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Barry , Denise Snell**
**2604 Willis Court**
**Wilson, NC 27896**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Bartholomew , Bruce Rae**
**372 Waterside Road**
**Heber City, UT 84032**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Barton , Charles David**
**Wallbuilders**
**Dallas, TX 98327**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor _____Project Neptune, LLC_____     Case number (if known) _____
                     Name

---

| 3.113 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Bartz, Kathy**
**3936 Admirable Drive**
**Rancho Palos Verdes, CA 90275**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Bassford , Kathleen Adair**
**2692 Back Mountain Rd**
**Winchester, VA 22602**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Bastian, Julie B**
**1150 North 5600 West**
**Malad, ID 83252**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Basye , Tyson Lee**
**1410 Lamar St**
**Sweetwater, TX 79556**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Bates, Daniel Kieth**
**5507 Bellemeade Trail Ct.**
**St. Louis, MO 63129**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Baysinger , Richard**
**30845 Deal Drive**
**Sorrento, FL 32776**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Bean , Zandra Lee**
**8503 Massey Road**
**Pilot Point, TX 76258**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Project Neptune, LLC**
_____
Name

Case number (if known) _____

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bearden , Kelly Marie**
**7364 Fairhaven Ct**
**Aida, MI 49301**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Beaton , Donald**
**411 Walnut St. PMB 3238**
**Green Cove Springs, FL 32043**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Beauchamp , Senisa Jennings**
**25 Auburn Ride**
**Spring Bridge, TX 78078**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Beavis, George Doyle**
**405 Sutter**
**Vallejo, CA 94590**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Beccard , Leslie**
**3611 East Boise Ave**
**Boise, ID 83706**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Beck, Sharon**
**64841 Imbler Rd**
**Cove, OR 97824**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Becker , Jim R**
**409 4th Street**
**Janesville, IA 50647**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.127**

**Nonpriority creditor's name and mailing address**
**Becker, Ines**
**57 Riverna Dr**
**Palm Coast, FL 32164**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.128**

**Nonpriority creditor's name and mailing address**
**Beckstrand, Elaine Ellis**
**544 No 150 We**
**Kaysville, UT 84037**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.129**

**Nonpriority creditor's name and mailing address**
**Becky Thompson**
**6762 N County Road 27**
**Loveland, CO 80538**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.130**

**Nonpriority creditor's name and mailing address**
**Behrens, Mary**
**3011 Esplanade**
**Mansfield, TX 91107**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.131**

**Nonpriority creditor's name and mailing address**
**Belekis , Christopher Charles**
**1305 Sand Pine Rd**
**Ladson, SC 29456**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.132**

**Nonpriority creditor's name and mailing address**
**Bell, Sylvia**
**PO Box 515**
**Weed, NM 88354**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.133**

**Nonpriority creditor's name and mailing address**
**Bellanti , Anthony P**
**1725 West Creston Rd**
**Crossville, TN 38571**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.134**

**Nonpriority creditor's name and mailing address**

**Bellinger , Robert Shane**
**713 Matney`s Branch Lane**
**Tannersville, VA 24377**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.135**

**Nonpriority creditor's name and mailing address**

**Belliston, Susan**
**1157 S 1800 E**
**Salt Lake City, UT 84108**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.136**

**Nonpriority creditor's name and mailing address**

**Bellot , Christopher James**
**5502 Attley Place**
**Springfield, VA 22151**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.137**

**Nonpriority creditor's name and mailing address**

**Benavidez, Clorinda Gloria**
**5853 Ridge Gate Drive**
**China Hills, CA 91709**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.138**

**Nonpriority creditor's name and mailing address**

**Benjamin Crandall**
**2049 Eagle Crest Dr**
**Draper, UT 84030**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.139**

**Nonpriority creditor's name and mailing address**

**Bennett , Madeleine Anna**
**4922 East Mendoza Ave**
**Mesa, AZ 85209**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.140**

**Nonpriority creditor's name and mailing address**

**Bennion , Joan Stewart**
**5010 S Casto Cir**
**Salt Lake City, UT 84117**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor  **Project Neptune, LLC**
_____     Case number (*if known*) _____
Name

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Benson , Kevin William**
**8000 Dunblane Dr.**
**Midland, TX 79707**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bentz , Renee**
**26 Lindendale Ave**
**Charlston, SC 29407**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Berdine , Janet Mary**
**1125 East Olive St. # 212**
**Seattle, WA 98122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Berens , Benjamin Lee Anthony**
**1125 East Olive St. # 212**
**Seattle, WA 98122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Berens , Renee Smed**
**1337 County Road 37 Northeast**
**Buffalo, MN 55313**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bergstrom, Judith Ingeborg**
**941 Watertrough Road**
**Clearlake Oaks, CA 95423**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bermudez, Joseph H**
**914 Lilac Trace Lane**
**Orlando, FL 32828**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.148**

Nonpriority creditor's name and mailing address
**Bernardy , J. David
255 Main Ave
South Hampton, NH 03827**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.149**

Nonpriority creditor's name and mailing address
**Bernau , Phyllis
1169 W Sleepy Hallow Dr
Nixa, MI 65714**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.150**

Nonpriority creditor's name and mailing address
**Bertolino, Prudence A
16712 Hickory Crest Dr
Wildwood, MO 63011**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.151**

Nonpriority creditor's name and mailing address
**Bess Foster
P.O. Box 3378
Grand Canyon, AZ 86023**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.152**

Nonpriority creditor's name and mailing address
**Beth Ann Beard
12902 N 3750 W
Tetonia, ID 83452**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.153**

Nonpriority creditor's name and mailing address
**Beth Ann Beard
12902 N 3750 W
Tetonia, ID 83452**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.154**

Nonpriority creditor's name and mailing address
**Betts , Blena Ann
625 North 24th Street
Allantown, PA 18104**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.155**

**Nonpriority creditor's name and mailing address**

**Betts, Val W**
**1405 Pebble Creek Drive**
**Saint George, UT 84770**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.156**

**Nonpriority creditor's name and mailing address**

**Betty Irene Mortensen**
**1026 N Mountainside Ave**
**Washington, UT 84780**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.157**

**Nonpriority creditor's name and mailing address**

**Betty Isbell**
**1140 E Fort Pierce Dr. No. Unit 46**
**St. George, UT 84790**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.158**

**Nonpriority creditor's name and mailing address**

**Bevans, Charliese Valdora**
**#23 Saint Andrews Dr Nassau**
**Nassau, Bahamas 09999-0000**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.159**

**Nonpriority creditor's name and mailing address**

**Beverage , Kelly**
**8733 Kingston Way**
**Middleton, ID 83644**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.160**

**Nonpriority creditor's name and mailing address**

**Beverly Dianne O'Brien**
**3000 Us Highway 441 S**
**Douglas, GA 31535**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.161**

**Nonpriority creditor's name and mailing address**

**Beverly Negrete**
**1305 East Walnut**
**Lompoc, CA 93436**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor   **Project Neptune, LLC**                                     Case number (*if known*) _____
_____
Name

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Beverly Saulnier**
**265 Magnolia Place**
**Pittsburgh, PA 15228**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bishop , Malcolm George**
**1908 Francine Ct**
**Las Cruces, NM 88007**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bishop , Ruth**
**2555 St. James Drive #505**
**Southport, NC 28461**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bjornberg, Laurel Robin**
**842 N 2200 W**
**Provo, UT 84601**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Black , Linda Madsen**
**842 N 2200 W**
**Provo, UT 84601**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Black , Timber**
**617 1600 Road**
**Mound Valley, KS 67354**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Black, Jolynne**
**P.O. Box 95**
**Hempstead, TX 77445**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ◼ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Black, Richard**
**PO Box 60104**
**Reno, NV 89506**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Blackburn , Richard E**
**11477 S Markridge Cir**
**South Jordan, UT 84095**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Blackham, Karen**
**682 N 3862 E**
**Rigby, ID 83442**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Blackham, Scott J**
**1244 E 1500 N**
**Terreton, ID 83450**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Blaine Porter**
**252 E. 1975 No.**
**Centerville, UT 84014**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Blom , Deborah Lynn**
**24600 Sw 164 Ave**
**Homestead, FL 33031**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Blom , Susan**
**24600 Sw 164 Ave**
**Homestead, FL 33031**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Blonquist , Andru Walter**
56 Green Hills Ct
Henderson, NV 89012

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bloom, Melody Rose**
16086 Grand Ave
Lake Elsinore, CA 92530

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Blum, Terri**
2660 Alder Glen Dr
Lodi, CA 95242

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Boam, Curtis J**
PO Box 395
Ashton, ID 83420

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bobbie Christiansen**
13808 Vestry Rd
Draper, UT 84020

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bobette Ray**
465 E 180 S
Kanab, UT 84241

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Boers, Dana Rae**
1656 West Judd Road
Queen Creek, AZ 85142

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**

Name

Case number (*if known*) _____

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Boettcher, Brenda Lee**
8797 Oakwood Glen Dr
Rockford, IL 61108

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bohman , Arnold Martin**
200295 County Rd M
Auburndale, WI 54412

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bohn, Son**
1225 Vienna Dr #354
Sunnyvale,, CA 94089

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bolling , Debra Lea**
1635 Hemmingway Ct
Lawrenceville, GA 30043

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bolster, Robert**
7126 Crate Myrtle Drive
Corpus Christi, TX 78414

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bolston, Emely Marie**
3913 Cameo Dr
Oceanside, CA 92056

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bond, Richard Neil**
1301 Redbud Ct
Moore, OK 73160

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.190**

Nonpriority creditor's name and mailing address
**Boniek, Holly Jean**
**4515 Churchill Court**
**Colorado Springs, CO 80906**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191**

Nonpriority creditor's name and mailing address
**Boothe, Sharon Delaney**
**262 Bugle Way**
**Providence, UT 84332**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192**

Nonpriority creditor's name and mailing address
**Borchardt , Catherine Ann**
**11918 Silverlake Park Drive**
**Windermere, FL 34786**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193**

Nonpriority creditor's name and mailing address
**Borg, Janett**
**PO Boc 570131**
**Sigurd, UT 84657**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194**

Nonpriority creditor's name and mailing address
**Bosley , Rachael Ann**
**603 Freedom Rd**
**Mechanichsburg, PA 17055**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195**

Nonpriority creditor's name and mailing address
**Bossert , Robert**
**760 Spring Lane**
**York, PA 17403**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196**

Nonpriority creditor's name and mailing address
**Bowden , Brent Alan**
**1223 S Clearview Avenue Suite 105**
**Mesa, AZ 85209**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Project Neptune, LLC**
_____   Case number (*if known*) _____
Name

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bowen, Jodi Ann**
**827 Lambton Cir**
**Lancaster, OH 43130**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Boyack, Kathleen**
**9661 Midnight Sun Avenue**
**Las Vegas, NV 89147**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Boyd, Alexandria Eitutis**
**604 136th street east**
**Bradenton, Fl 34212**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Boykin , Glenda Joy**
**3 Gentian Hill Rd**
**Hinsdale, MA 01235**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Boyle, Craig David**
**627 North 1875 West**
**Farmington, UT 84025**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Boyle, Mary**
**306 Saint Augustine Ln**
**Henderson, NV 89014**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Braaksma, Yesenia Romero**
**2572 East Los Alamos Street**
**Gilbert, AZ 85295**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bradfield , Ruth Naomi**
**3885 Lake Harbor Rd**
**Muskegon, MI 49441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bradley Grover**
**143 E 750 S**
**Salem, UT 84653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bradley Hobbs**
**4938 Vintage Ln**
**Idaho Falls, ID 83406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bradley, Craig S**
**668 East Stokes Ave**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bradshaw, Jon Tyler**
**5404 Josephine Street North West**
**North Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bradshaw , Reid**
**3332 S 1380 W**
**Nibley, UT 84321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brady, Randy**
**109 Joel Ct**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.211** | Nonpriority creditor's name and mailing address
Brawner III, James Hugh
428 Flagstone Dr
Burleson, TX 76028

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.212** | Nonpriority creditor's name and mailing address
Bren , Andrew
13207 Southeast 312th Street
Auburn, WA 98092

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.213** | Nonpriority creditor's name and mailing address
Brenda Confer
27 Queensland Circle
Ponte Vedra, FL 32081

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.214** | Nonpriority creditor's name and mailing address
Brenda Dissette
3041 North Lincoln Avenue #1r
Chicago, IL 60657

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.215** | Nonpriority creditor's name and mailing address
Brenda Dutson
843 N 1400 E
Lehi, UT 84043

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.216** | Nonpriority creditor's name and mailing address
Brenda Fast
19410 95 Drive Se
Snohomish, WA 98296

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.217** | Nonpriority creditor's name and mailing address
Brenda Fernandes
8 Deer Hill Rd
Hanson, MA 02341

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor **Project Neptune, LLC**                                  Case number (if known) _____
_____
Name

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Brent Kjar**
**116 E 2200 S**
**Clearfield, UT 84015**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Brett Maughan**
**257 N 860 W**
**Spanish Fork, UT 84660**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Brewer , Caroline Barbara**
**469 Sitetrai Dr**
**New Braunfels, TX 78130**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Brian O`Connor**
**667 Trimble Rd**
**Joppa, MD 21085**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Bridge , Carolyn**
**113 Rockport Ridge Way**
**Cary, NC 27519**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Bringhurst, Steven Keith**
**536 W Bayhill Dr**
**Nampa, ID 83686**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Brinkerhoff, Mike**
**11577 Lampton View Dr**
**South Jordan, UT 84010**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Project Neptune, LLC_____   Case number (if known) _____
      Name

---

**3.225** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Britton , Lynn Ralph**
**PO Box 644**
**Kent, WA 98035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __0__
Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Britton, Bradley Robert**
**1711 West Gun Stock Drive**
**Bluffdale, UT 84065**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __0__
Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Britton, Carla Lynn**
**404 West Park Ave**
**Maple Shade, NJ 08052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __0__
Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Brnich , James J.**
**#2 Lancaster Dr**
**Marlton, NJ 08053**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __0__
Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Brnich Sr, Thomas Francis**
**509 Aberden Rd**
**Williamstown, NJ 08094**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __0__
Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Brockmeier , Mary Elizabeth**
**1717 Quiet Oak Lane**
**Pensacola, FL 32526**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __0__
Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Broida , Robert Irving**
**1636 Shelburne Ln**
**Sarasota, FL 34231**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __0__
Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.232**

**Nonpriority creditor's name and mailing address**

**Brooks , Michaela**
**9612 University Ridge**
**Las Vegas, NV 89149**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.233**

**Nonpriority creditor's name and mailing address**

**Brooks, Lucy Marie**
**74 Park Groton Place**
**San Jose, CA 95136**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.234**

**Nonpriority creditor's name and mailing address**

**Browder , Pricilla Kay**
**147 Rolling M Drive**
**Tuscola, TX 79562**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235**

**Nonpriority creditor's name and mailing address**

**Brown , Donna Joy**
**3025 Chalk Rd**
**Harwood, TX 78632**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.236**

**Nonpriority creditor's name and mailing address**

**Brown , Edward Samuel**
**18653 Ventura Blvrd # 724**
**Tarzana, CA 91356**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237**

**Nonpriority creditor's name and mailing address**

**Brown , Laura Nell**
**125 Lakeshore Dr S**
**Lake Quivira, KS 66217**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238**

**Nonpriority creditor's name and mailing address**

**Brown , Paul**
**86 Diamond Drive**
**Henniker, NH 03242**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.239**

**Nonpriority creditor's name and mailing address**

**Brown , Timothy Paul**
**4336 Loma Del Norte Dr**
**El Paso, TX 79934**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.240**

**Nonpriority creditor's name and mailing address**

**Brown , Timothy Paul**
**6036 Spanish Trail Cv**
**Banning, CA 92220**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.241**

**Nonpriority creditor's name and mailing address**

**Brown, Christi Beck**
**1532 No Trail Creek Way**
**Eagle, ID 83616**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.242**

**Nonpriority creditor's name and mailing address**

**Brown, Franklin Bruce**
**1625 E Mallory St**
**Mesa, AZ 85203**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.243**

**Nonpriority creditor's name and mailing address**

**Brown, Lynna May**
**7715 44TH St. W #58**
**University Place, WA 98466**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.244**

**Nonpriority creditor's name and mailing address**

**Brown, Robert Gordell**
**24 Emeraud Drive**
**Saint George, UT 84770**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.245**

**Nonpriority creditor's name and mailing address**

**Brownlow , Sheryl Darlene**
**4369 Fiddle Lake Road**
**Thompson, PA 18465**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    **Project Neptune, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brozek , Steven A**
**1708 Venton St**
**Lincoln, NE 68521**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brummett , Harold**
**2376 State Route 131**
**Goshen, OH 45122**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brunks , Vicki Susan**
**4547 Private Rd 1814**
**Mathis, TX 78368**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brunson , Rebecca Patton**
**810 Common Oak Place**
**Lawrenceville, GA 30045**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bryant Jaynes Lancaster**
**1935 E Vine St Ste 250**
**SLC, UT 84121**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bryant, Connie Marie**
**4 Northwest Country Meadow Ridge**
**Lawton, OK 73505**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bryon Richwine**
**2285 Earth Rd**
**Enola, PA 17025**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Project Neptune, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.253** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Buckley, Jonathan**
**2846 Kennsington Ct**
**Hanford, CA 93230**

Date(s) debt was incurred **0**

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Budde , Candice Lee**
**510 Armand Drive**
**Troy, OH 45373**

Date(s) debt was incurred **0**

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Buehler, Barry Arlen**
**115 Chelsea Ave**
**Castle Rock, WA 98611**

Date(s) debt was incurred **0**

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Buford, Lawrence Harold**
**134 Wetlands Edge Rd**
**American Canyon, CA 94503**

Date(s) debt was incurred **0**

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Bulner, Jane**
**4750 70th Street Unit 64**
**La Mesa, CA 91942**

Date(s) debt was incurred **0**

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Bunker, Paul Thompson**
**3319 Holly Dr**
**St. George, UT 84790**

Date(s) debt was incurred **0**

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Burgess , Dennis Julian**
**12603 E Mt. Spokane Park Dr**
**Mead, WA 99021**

Date(s) debt was incurred **0**

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Project Neptune, LLC**
_____     Case number (*if known*) _____
Name

---

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Burke , Laura Blair**
**118 Harvey Lane**
**Chads Ford, PA 19317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Burke, Blanca L**
**15 Royale Lane**
**Palm Coast, FL 32164**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Burrell, Timothy**
**3375 South 24th Ave**
**Hesperia, MI 49421**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Burton , Michael**
**990 Fox Bend Way**
**Prosper, TX 75078**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Burton, Sherrie Dawn Walker**
**3542 E. 22nd St**
**Casper, WY 82609**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Burwell, Clela C**
**2207 Wood Springs**
**Caldwell, ID 83605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Butler, David C**
**2121 W Abby View**
**West Jordan, UT 84088**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Butler, Dominic Cyprian**
**1600 Sw 78th Ave**
**Plantation, FL 33324**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Butt, Kathleen**
**2326 N 1085 W**
**Layton, UT 84041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Butterfield , Jessica Lynn**
**6029 West View Dr**
**Meridian, ID 83642**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Butterfield, Kimberly S**
**255 East 1080 N**
**Willard, UT 84340**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Butterfield, Roger W**
**255 East 1080 N**
**Willard, UT 84340**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cain , Barbara Jean**
**521 Emmett Street**
**Phoenixbille, PA 19460**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cali Sr, James Anthony**
**4269 High Plains Rd**
**Bartlett, TN 38135**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.274**

**Nonpriority creditor's name and mailing address**

**Calistro Terrasas**
**4918 Nelson Ave**
**Clovis, CA 93616**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275**

**Nonpriority creditor's name and mailing address**

**Calkins , Rosalie Ann**
**10939 Marquette Road**
**Zionsville, IN 46077**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276**

**Nonpriority creditor's name and mailing address**

**Cameron , Marjorie Jean**
**6170 North Duxbury Pier Place**
**Garden City, ID 83709**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.277**

**Nonpriority creditor's name and mailing address**

**Campaigne , Mary Ann**
**28526 Paseo Diana**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.278**

**Nonpriority creditor's name and mailing address**

**Campanero, Delia R**
**207 Sumerwood Dr**
**American Canyon, CA 94503**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279**

**Nonpriority creditor's name and mailing address**

**Campbell, Della Marie**
**3433 East Blackbrush Drive**
**Saint George, UT 84790**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280**

**Nonpriority creditor's name and mailing address**

**Campbell, Dennis James**
**562 E 12600 South**
**Draper, UT 84020**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.281**

**Nonpriority creditor's name and mailing address**

**Campbell, Randy Layne**
**973 North Las Entradas**
**Washington, UT 84780**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.282**

**Nonpriority creditor's name and mailing address**

**Campos Lizama, Teresa**
**1422 Juanita Ct**
**Upland, CA 91786**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.283**

**Nonpriority creditor's name and mailing address**

**Canby , Kathy Groh**
**836 Westwood Dr**
**Ballwin, MO 63011**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.284**

**Nonpriority creditor's name and mailing address**

**Canete, Susan Lee**
**9922 Davis Rd**
**Stockton, CA 95209**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.285**

**Nonpriority creditor's name and mailing address**

**Canonizado, Helen Gonzales**
**8599 Keystone Court**
**San Diego, CA 92126**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.286**

**Nonpriority creditor's name and mailing address**

**Capelo , Gregory Ray**
**3003 East Preston St**
**Mesa, AZ 85213**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.287**

**Nonpriority creditor's name and mailing address**

**Capps, Cristie**
**4463 County Road 895**
**Princeton, TX 75407**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Caprio III, Joseph James**
**3336 State Route 4002**
**Mehoopany, PA 18629**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Capron , Alan**
**P.O. Box 18063**
**Albuquerque, NM 87185**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Caravona , Barbara Kent**
**19000 Lake Road Unit #206**
**Rocky River, OH 44116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Carbajales, Jorge Luis**
**34 Ellers Dr**
**Chatham, NJ 07928**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cardon, Kay Lyn**
**1504 East 2100 North**
**North Logan, UT 84341**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cardona , Alfred Victor**
**1605 Creek Nine Dr**
**North Port, FL 34291**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Carl Johnson**
**19306 135TH AVE SE**
**RENTON, WA 98058**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.295** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Carlos Torres
843 N 1400 E
Lehi, UT 84043

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Carney , Timothy
1102 Sunny Ridge Drive
O`fallon, MO 63366

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Carol Broadbent
8878 s 4800 w
Payson, UT 84651

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Carol Losey
5231 Mohawk Lane
Rowland Park, KS 66205

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Carol Milburn
624 Slumber Pass
San Antonio, Tx 78260

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Carol N Zimmerman
189 N 200 W
Lehi, UT 84043

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Carol Scussel
5834 Jones Rd
Florence, MT 59833

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.302**

**Nonpriority creditor's name and mailing address**

**Carol Semrow**
**2615 E 3750N**
**Layton, UT 84040**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303**

**Nonpriority creditor's name and mailing address**

**Carroll, Betsy L**
**2710 Olivehill Rd**
**Olivehill, TN 38475**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304**

**Nonpriority creditor's name and mailing address**

**Carruth, Michon Melchior**
**2410 Walnut St**
**Reno, NV 89502**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305**

**Nonpriority creditor's name and mailing address**

**Carson, Eileen Marie**
**2983 Sorbus Dr**
**Hamilton, OH 45013**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306**

**Nonpriority creditor's name and mailing address**

**Carson, Mary Jean**
**1315 Player Circle**
**Saint George, UT 84790**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307**

**Nonpriority creditor's name and mailing address**

**Carter, James Rand**
**5057 South 2500 West**
**Roy, UT 84067**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308**

**Nonpriority creditor's name and mailing address**

**Carter, Kathleen**
**5057 South 2500 West**
**Roy, UT 84067**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Carter, Shelly Jo**
**#8 Cave Hollow Court**
**Farmington, UT 84025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Carto, Daniel**
**12615 Chrasfield Chase**
**Fort Myers, FL 33913**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Carvalho , Monica**
**307 Oak Drive**
**Mount Holly Springs, PA 17065**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cassee Dangerfield**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cassidy , Mary**
**106 Virginia Ct**
**Hertford, NC 27944**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cassidy, Mary**
**106 Virginia Ct**
**Hertford, NC 27944**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Castro, Carina**
**6870 Tower St**
**La Mesa, CA 91942**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.316**

**Nonpriority creditor's name and mailing address**

**Catherine Wiens**
**2204 S Kenwood St**
**Olathe, KS 66062**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.317**

**Nonpriority creditor's name and mailing address**

**Cavero , Virginia Remolador**
**637 So 400 Ea**
**Cedar City, UT 84720**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.318**

**Nonpriority creditor's name and mailing address**

**Cecille Ray**
**225 w 3600 N**
**Enoch   84721**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.319**

**Nonpriority creditor's name and mailing address**

**Cefaratti , Cora L**
**103 Shawnee Court**
**Charlottesville, VA 22901**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.320**

**Nonpriority creditor's name and mailing address**

**Cellucci , Patricia Ann**
**11 Frear Ave**
**Troy, NY 12180**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.321**

**Nonpriority creditor's name and mailing address**

**Celso III, Nicholas**
**1200 Aquila Loop**
**Celebration, FL 34747**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.322**

**Nonpriority creditor's name and mailing address**

**Cephas , Oral St. Claire**
**5722 Longridge Circle**
**Roanoke, VA 24018**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.323**

**Nonpriority creditor's name and mailing address**
**Cephas , Sherone St. Claire**
**5722 Longridge Circle**
**Roanoke, VA 24018**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324**

**Nonpriority creditor's name and mailing address**
**Chaffin, Allison**
**10853 W Cheryl Dr**
**Sun City, AZ 85351**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325**

**Nonpriority creditor's name and mailing address**
**Chankersingh, Susan D**
**117-45 124 St**
**South Ozone, NY 11420**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326**

**Nonpriority creditor's name and mailing address**
**Chantelle Turner**
**772 N 250 W**
**Am Fork, UT 84003**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327**

**Nonpriority creditor's name and mailing address**
**Chapa, Angelica**
**2610 Windflow Dr**
**Grand Prarie, TX 75052**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.328**

**Nonpriority creditor's name and mailing address**
**Chargin, Mladen Kirigin**
**985 Heavenly View Ct**
**Gardenerville, NV 89460**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329**

**Nonpriority creditor's name and mailing address**
**Charles Habekost**
**17632 Scenic Heights Drive**
**Snonora, CA 95370**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Project Neptune, LLC**
_____
         Name

Case number (if known) _____

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charlton , Jared Shawn**
**2845 E 3520 S**
**St. George, UT 84790**

Date(s) debt was incurred **0**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chattleton, Sloan**
**31441 Santa Margarita Parkway #A330**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred **0**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chavez, Victoria**
**6870 Tower St**
**La Mesa, CA 91942**

Date(s) debt was incurred **0**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Check , John Charles**
**312 Holly Green Lane**
**Holly Springs, NC 27540**

Date(s) debt was incurred **0**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cheek , John**
**2505 West Broad Street # 326**
**Athens, GA 30606**

Date(s) debt was incurred **0**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cheeseman , Daniel Francis**
**1462 North Corral Bells Dr**
**Tucson, AZ 85745**

Date(s) debt was incurred **0**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cheeseman, Tracy**
**62574 Leffel Rd**
**LaGrande, OR 97850**

Date(s) debt was incurred **0**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cheney , Suzanne Marie**
**127 Drood Lane**
**Pittsburgh, PA 15237**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chepo , Zorica Doroteja**
**5842 Woodboro Dr**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cherry, Janet Marie**
**1708 North Wellington St**
**Washington City, UT 84780**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cheryl Bloomfield**
**416 Ballena Drive**
**Diamond Bar, CA 91765**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cheryl Christiansen**
**6968 W Harleck Lane**
**SLC, UT 84128**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cheryl Patton**
**20124 E Melissa Pl**
**Queen Creek, AZ 85142**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cheryl Simmons**
**639 Ramsgate Rd**
**Farmington, UT 84025**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.344**

**Nonpriority creditor's name and mailing address**
**Chesley, Marion**
**1134 West Wilshire St**
**Washington, UT 84780**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.345**

**Nonpriority creditor's name and mailing address**
**Cheung, Michael**
**397 Riviera Dr**
**Union City, CA 94587**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.346**

**Nonpriority creditor's name and mailing address**
**Chiarolanza, LeeAnn**
**1828 Placerville St**
**Middleton, ID 83644**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.347**

**Nonpriority creditor's name and mailing address**
**Chien, Chia Chia**
**1192 Lizzie Ln**
**Saint George, UT 84790**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.348**

**Nonpriority creditor's name and mailing address**
**Child, Nicole Kay**
**409 North 300 West**
**American Fork, UT 84003**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.349**

**Nonpriority creditor's name and mailing address**
**Childers , Phyllis Jean**
**24600 Sw 164 Ave**
**Homestead, FL 33031**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.350**

**Nonpriority creditor's name and mailing address**
**Childers , William Asher**
**136 Rock Valley Farm Road**
**Triadelthia, WV 26059**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor __**Project Neptune, LLC**_____    Case number (if known) _____
　　　　　Name

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Childs, Larry Gordon**
**400 S 1450 E**
**Provo, UT 84606**

Date(s) debt was incurred __**0**__

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __**Canceled Trip**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Chou , Lisa**
**27812 Colonial**
**Mission Viejo, CA 27812**

Date(s) debt was incurred __**0**__

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __**Canceled Trip**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Chow, Ivy Fung-Ting**
**1215 Ewell Lane**
**Arcadia, CA 91007**

Date(s) debt was incurred __**0**__

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __**Canceled Trip**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Christensen , Cheryl Jean**
**675 Michelle Creek Rd**
**Spar, BC BOB2G1**

Date(s) debt was incurred __**0**__

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __**Canceled Trip**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Christensen , Janet Sue**
**6495 S Sunset Blvd.**
**Macy, IN 46951**

Date(s) debt was incurred __**0**__

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __**Canceled Trip**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Christensen , Kari**
**5291 No Midnight Haze**
**Meridian, ID 83646**

Date(s) debt was incurred __**0**__

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __**Canceled Trip**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Christenson, Scott J**
**678 Eton Ct**
**Farmington, UT 84025**

Date(s) debt was incurred __**0**__

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __**Canceled Trip**__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christian , Colette A**
3130 NE 48th St
Lighthouse Point, FL 33064

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christina Pratt**
411 N 530 E
American Fork   84003

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christina Steele**
4416 Pinewood Cir
Beaufort, SC 29906

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christine Trezza**
4 Anchor Cove Ct
Bluffton, SC 29910

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christopher Greenwood**
11465 High Timber Dr
Indianapolis, IN 46235

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christopher James Pascoe**
5919 No Sycamore
Fresno, CA 93723

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christopher Winspear**
4776 Barcelona ridge Court
Las Vegas, NV 89129

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**3.365**

Nonpriority creditor's name and mailing address
**Chubb**
**P.O. Box 5122**
**Scranton, PA 18505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.366**

Nonpriority creditor's name and mailing address
**Chung, Sherry**
**2120 Alta Street**
**Los Angeles, CA 90031**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.367**

Nonpriority creditor's name and mailing address
**Cifuentes , Samuel Arturo**
**1951 Luther Road**
**Irvin, TX 75063**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.368**

Nonpriority creditor's name and mailing address
**Cimorelli, James Nicholas**
**936 Fernon st**
**Philadelphia, PA 19148**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.369**

Nonpriority creditor's name and mailing address
**Cindy Hu**
**835 South Racine**
**Chicago, IL 60607**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.370**

Nonpriority creditor's name and mailing address
**Cindy Lee Johns**
**306 Forrest Park Dr**
**Arkadelphia, AR 71923**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.371**

Nonpriority creditor's name and mailing address
**Cindy Lou Christensen**
**po box 314**
**Oak City, UT 84649**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    **Project Neptune, LLC**                                      Case number (*if known*) _____
_____
Name

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cindy Nigbur**
**6276 Davis Knolls Dr**
**Eagle mountain, UT 84005**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cirillo , MaryEllen**
**1951 Luther Road**
**Irvin, TX 75063**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Clark , Roland Orel**
**3615 Joshua Lane**
**Moore, OK 73165**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Clark , Teresa Ann**
**925 John White Road**
**DeFunik Springs, FL 32435**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Clark, Carl H**
**111 Stillwater Lane**
**Kalispell, MT 59901**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Clark, Cindy L**
**404 Courthouse Dr**
**Salmon, ID 83467**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Clark, Evangeline**
**18348 Arminea St**
**Reseda, CA 91335**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**3.379** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Clark, Irma Salgado**
**3796 N S Suiet Reef**
**Rialto, CA 92377**

Date(s) debt was incurred  **0**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address** | **Unknown**

**Clark, Jan Marie**
**940 East Zobell Drive**
**Orem, UT 84097**

Date(s) debt was incurred  **0**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address** | **Unknown**

**Clark, Lynette Zweifel**
**11/13 No 2100 West**
**Layton, UT 84041**

Date(s) debt was incurred  **0**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | **Unknown**

**Clark, Ricky Dean**
**735 Oakland Hills Cir Apt 16-101**
**Lake Mary, FL 32746**

Date(s) debt was incurred  **0**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address** | **Unknown**

**Claudia Lynn Cobabe**
**703 Elvira Ave**
**Redondo Beach, CA 90277**

Date(s) debt was incurred  **0**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address** | **Unknown**

**Cleem , James John**
**7310 North Olive Street**
**Kansas City, MO 64118**

Date(s) debt was incurred  **0**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address** | **Unknown**

**Cleem , James John**
**7310 North Olive Street**
**Kansas City, MO 64118**

Date(s) debt was incurred  **0**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.386** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Clement, Susan Wirkus**
**9670 South Paisley Cir**
**So Jordan, UT 84009**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.387** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Clemetson-Griffith , Lisa**
**27016 NE 29th Avenue**
**Ridgefield, WA 98642**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Clesi Jr, Sam R**
**826 Colonial Club Dr**
**Harahan, LA 70123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Clint Chamberlain**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cockrum , James**
**2862 Shadwell Pl**
**Greenwood, IN 46143**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cohen , Claudia**
**631 No Ivanhoe Ave**
**Ypslanti, MI 48198**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cohen, Melanie**
**1115 Lake View Drive**
**Mesquite, NV 89027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Project Neptune, LLC**

Name

Case number (*if known*) _____

---

**3.393** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cole , Deborah Lynn**
**8919 Township Road 195**
**West Liberty, OH 43357**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Coleman , Voyle Eric**
**36 Maple Ridge Dr**
**St. Andrews, MB R1A 2Y5**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Coles , Chanin Cristyne**
**8116 Black Orchid Ave**
**Las Vegas, NV 89131**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Colleen Goff**
**PO BOX 95**
**Panguitch, UT 84759**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Colleen Jones**
**2703 W 500 So**
**Vernal, UT 84078**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Colleen Mobley**
**624 Slumber Pass**
**San Antonio, Tx 78260**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Collette Peacock**
**3442 West Chatel Drive**
**Riverton, UT 84065**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.400**

**Nonpriority creditor's name and mailing address**

**Collins , Thomas John**
**8733 NE 16TH Ave**
**Vancouver, WA 98665**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.401**

**Nonpriority creditor's name and mailing address**

**Collins, Sandra Lynn**
**6948 Shooters Hill Road**
**Toledo, OH 43617**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.402**

**Nonpriority creditor's name and mailing address**

**Compton , Lisa Via**
**P.O. Box 55**
**Warm Springs, VA 24484**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.403**

**Nonpriority creditor's name and mailing address**

**Compton, Sheryl Anne**
**4259 Cadiz Dr**
**Fort Worth, TX 76133**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.404**

**Nonpriority creditor's name and mailing address**

**Condrey , Mary Jean**
**14415 Coinfer Rd**
**Orlando, FL 32832**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.405**

**Nonpriority creditor's name and mailing address**

**Confer , Brenda Louise**
**27 Queensland Circle**
**Ponte Vedra, FL 32081**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.406**

**Nonpriority creditor's name and mailing address**

**Conner, Janet**
**8 Beachfront Trail**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.407**

**Nonpriority creditor's name and mailing address**

**Connie Adams**
**480 W Oak Crest Drive**
**Monticello, UT 84535**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

- �too Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.408**

**Nonpriority creditor's name and mailing address**

**Cook , Anita Louise**
**4529 Mayo Dr**
**Colombus, GA 31909**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.409**

**Nonpriority creditor's name and mailing address**

**Cook , Guennet**
**P.O. Box 5565**
**Beaverton, OH 97006**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.410**

**Nonpriority creditor's name and mailing address**

**Cook , Roger H**
**5 Scarborough Village Dr.**
**Dayton, OH 45458**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.411**

**Nonpriority creditor's name and mailing address**

**Cook , Susan Rose**
**2689 Glen Arbor Terrace**
**Lima, OH 45805**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.412**

**Nonpriority creditor's name and mailing address**

**Cook, Carl**
**4442 S 2450 W**
**Roy, UT 84067**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.413**

**Nonpriority creditor's name and mailing address**

**Cooper , Thomas Lee**
**402 Iron Forge Lane**
**New Windsor, NY 12553**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor __Project Neptune, LLC_____     Case number (if known) _____
        Name

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Cooper, Cephas Arthur**
**11783 South Stone Hollow Court**
**Riverton, UT 84065**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Cooper, Clifford Lee**
**5 Magellan Cir**
**Hot Springs, AR 71909**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Cooper, Karie Lynn**
**1344 North 1020 East**
**American Fork, UT 84003**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Cooper, Peter**
**3461 Runaway Lane**
**Naples, FL 34414**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Cooper, Valerie Lynn**
**110 Lynnwood Terrance**
**Nashville, TN 37205**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Coppinger, Pamela Ann**
**12180 Rd 40**
**Mancos, CO 81328**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Corbridge, Lawrence E**
**1212 W Lime Canyon Way**
**Midway, UT 84049**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.421** | Nonpriority creditor's name and mailing address

**Corinne Jensen**
PO Box 750015
Torrey, UT 84775

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.422** | Nonpriority creditor's name and mailing address

**Cornwall, Kathryn S**
8155 Owens Way
Arvada, CO 84005

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.423** | Nonpriority creditor's name and mailing address

**Cortez, Ruben**
1753 Ficus Ct. Unit 4
Chula Vista, CA 91915

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.424** | Nonpriority creditor's name and mailing address

**Cory McCammon**
4603 Ridgewest Dr E
Lake Tapps, WA 98391

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.425** | Nonpriority creditor's name and mailing address

**Cospito , Pamela Hedy**
15 Luray Lane
Marlton, NJ 08053

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.426** | Nonpriority creditor's name and mailing address

**Cottam, Beth A**
1435 W 540 N
St. George, UT 84770

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.427** | Nonpriority creditor's name and mailing address

**Covarrubias , Karen Jean**
1001 Robert Drive
Maryville, IL 62062

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**
_____
Name

Case number (*if known*) _____

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cowley, Bart Daniels**
**1048 West 1205 North**
**Venice, UT 84701**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cox , Jill Denise**
**11757 35th Ave Southeast**
**Becker, MN 55308**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cozine , Charles**
**9457 South Uni Blv 188**
**Highland Ranch, CO 80126**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Craig Widmier**
**6004 north roundup court**
**Mountain Green, UT 84050**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Craver , Karen Susan**
**12621 Whisper Way**
**Fishers, IN 46037**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cristie Hansen**
**3953 east Brockbank way**
**SLC, UT 84124**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cristie Hansen**
**3953 east Brockbank way**
**SLC, UT 84124**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Project Neptune, LLC**                                      Case number (*if known*) _____

Name

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Crossfield , Bruce Frank**
**2018 Pleasant View Court**
**Clarkston, WA 99403**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Croteau, Timothy**
**251 North 200 East**
**Kanab, UT 84741**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Crowell , Lynn DeWitt**
**7563 Trexler Circle**
**Trexlertown, PA 18087**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cruz, Celedonio**
**5902 NorthGap**
**Windcrest, TX 78239**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cuenca, Marita Acheco**
**5036 44th St**
**Woodside, NY 89434**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cullen , Christine N**
**20 Elva Ave**
**Hopatcon, NJ 07843**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Cullen , Teresa M**
**85 HoajalId Ave**
**Rock Away, NJ 07866**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.442** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cumberland , James Conrad**
707 W Keysville Rd
Plant City, FL 33567

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Curtin, Margarita**
9769 Lomonica Drive
Rancho Cucamonga, CA 91730

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Curtis Alan Stone**
14501 North East 16th Street
Vancouver, WA 98684

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.445** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Curtis, Alice A**
153 E Station Landing Way
Sandy, UT 84070

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Curtis, David Lynn**
12819 Vauset Bork Court
Houston, TX 77059

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.447** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cynthia Anderson**
283 W 70th N
Hyrum, UT 84319

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.448** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cynthia Aponte Rivera**
URB Irlanda Heights
Bayamon, Puerto Rico 00956-0000

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|--------|--------------------------|--------------------------|--|
| | Name | | |

---

| 3.449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------------|-------------|

**Cynthia Rivera**
**URB Irlanda Heights**
**Bayamon   00956**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number __**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------------|-------------|

**Cynthia Weers**
**10417 Friarsgate Road**
**Huntersville, NC 28078**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number __**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------------|-------------|

**D`Auteuil , Jeannot Marc**
**30 Du Chevalier**
**Blainville, QC J7C4R7**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number __**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------------|-------------|

**Dahl , Ann**
**201 East South Temple # 725**
**Salt Lake City, UT 84111**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number __**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------------|-------------|

**Dahl, Claudia Claudette**
**7366 Rusty Drive**
**Midvale, UT 84047**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number __**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------------|-------------|

**Dahle, KaLynne**
**PO Box 171**
**Clarkston, UT 84305**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number __**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|-------|-----------------------------------------------------|---------------------------------------------------------------------------|-------------|

**Dahlquist , Sandra Hamilton**
**PO Box 2012**
**Belfair, WA 98528**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number __**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.456** | **Nonpriority creditor's name and mailing address**
Dale Avila
4528 Arrowhead Ave NW
Albequrque, NM 87114

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.457** | **Nonpriority creditor's name and mailing address**
Daley, Bruce Gail
6779 Holts Store Road
Julian, NC 27283

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.458** | **Nonpriority creditor's name and mailing address**
Dalton , James Lee
247 Sonora Pass Rd
Vallejo, CA 94589

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.459** | **Nonpriority creditor's name and mailing address**
Dalton, Elaine Lynne
16442 Poco Cir
Huntington Beach, CA 92649

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.460** | **Nonpriority creditor's name and mailing address**
Dalton, Lon
2635 Rio Lobo Drive
Saint George, UT 84770

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.461** | **Nonpriority creditor's name and mailing address**
Daly , Cindy K
2087 S Main St
Orem, UT 84058

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.462** | **Nonpriority creditor's name and mailing address**
Daly , Jeannine Marie
6001 Cassena Cove
Spiceland, TX 78669

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Project Neptune, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.463** | Nonpriority creditor's name and mailing address
Dan G Owens
1305 N Sandlin Ave
NMeridian, ID 83642

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.464** | Nonpriority creditor's name and mailing address
Danette Hillman
2203 Boise ct
Longmont, CO 80504

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.465** | Nonpriority creditor's name and mailing address
Daniel Hall Welker
PO BOX 295
Thatcher, AZ 85552

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.466** | Nonpriority creditor's name and mailing address
Daniel Mederios
2336 Amanecer
Clovis, CA 93619

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467** | Nonpriority creditor's name and mailing address
Daniel Shane Park
21930 W 12974 S
Riverton, UT 84065

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468** | Nonpriority creditor's name and mailing address
Daniels , Marianne
26 Maplewood Dr
Honesdale, PA 18431

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469** | Nonpriority creditor's name and mailing address
DaPrato , Robert
11853 Old Stone Place
Fishers, IN 46038

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                                Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**                                          Case number (if known) _____
         _____
         Name

---

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Darah Wachowiak**
**7363 Glorious Sun Dr**
**Las Vegas, NV 89178**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Darlene Hansen**
**15008 Saddle Creek Dr**
**Valley Center, CA 92082**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Darling, Jane**
**1437 Ridge Drive**
**Redding, CA 96001**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Darnell Nelson**
**4626 Ponderosa**
**Chubbuck, ID 83202**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Darrell Duane Boggs**
**25340 NE Bald Peak Rd**
**Hillsboro, OR 97123**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Daugherty , Brenda Jeter**
**7135 Timber Ridge Rd**
**Quinton, VA 23141**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**David Cox**
**90 west union st**
**Manti, UT 84642**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Project Neptune, LLC**                                      Case number (*if known*) _____
                Name

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**David Day**
3746 E Kinwood St
Mesa, AZ 85215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**David Day**
3746 E Kinwood St
Mesa, AZ 85215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**David Day**
5051 Dunn Rd
Baxter, TN 38544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**David Evans**
4417 Hazelwood Ave
Sacramento, CA 95821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**David Frank Ellsworth**
3303 E 500 N
Lewisville, ID 83431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**David Goltra**
501 Island Walk W
Mt Pleasant, SC 29464

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**David Jones**
703 Elvira Ave
Redondo Beach, CA 90277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.484**

**Nonpriority creditor's name and mailing address**

**David Luckie Morris**
**211 Ridgeview Drive**
**Murphy, TX 75094**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.485**

**Nonpriority creditor's name and mailing address**

**David Robert Perkinson**
**4142 E Huber cir**
**Mesa, AZ 85205**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.486**

**Nonpriority creditor's name and mailing address**

**David Thomson**
**25031 Starr Creek Road**
**Carvallis, OR 97333**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.487**

**Nonpriority creditor's name and mailing address**

**David Williams**
**10600 Dimple Dell Road**
**Sandy, UT 84092**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Secured Promissory Note (not perfected)**

Is the claim subject to offset? ■ No ☐ Yes

**$1,040,000.00**

---

**3.488**

**Nonpriority creditor's name and mailing address**

**Davidson , Harriett Allyne**
**P.O. Box 974**
**Wharton, TX 77488**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.489**

**Nonpriority creditor's name and mailing address**

**Davila , Hector Z**
**226 Garden Hill**
**San Antonio, TX 78260**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.490**

**Nonpriority creditor's name and mailing address**

**Davis , Carol**
**17844 East Chestnut Drive**
**Queen Creek, AZ 85142**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.491**

**Nonpriority creditor's name and mailing address**

**Davis , Diana**
**162 Ash St**
**Delaware, OH 43015**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.492**

**Nonpriority creditor's name and mailing address**

**Davis , Ellen Sue**
**2061 State Route 521**
**Delaware, OH 43015**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.493**

**Nonpriority creditor's name and mailing address**

**Davis , Gayle Rosemary**
**5001 Antelope Junction**
**Farmington, NM 87402**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.494**

**Nonpriority creditor's name and mailing address**

**Davis , Janice**
**2734 N 400 E**
**Lehi,, UT 84043**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.495**

**Nonpriority creditor's name and mailing address**

**Davis , Lynne**
**4958 Ashwyck Place**
**Dayton, OH 45429**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.496**

**Nonpriority creditor's name and mailing address**

**Davis , Mildred Virginia**
**8733 Kingston Way**
**Middleton, ID 83644**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.497**

**Nonpriority creditor's name and mailing address**

**Davis, Danielle M**
**5227 N Walnut Rd**
**Turlock, CA 95382**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Davis, Deborah F**
**576 S 425 W**
**Tooele, UT 84074**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Davis, Regina A**
**4130 Cherry Lane**
**Medford, OR 97504**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dawn L Jordan**
**8268 Date St**
**Fontana, CA 92335**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Day , David**
**661 N 540 E**
**Mapleton, UT 84664**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Day, Bonny Kay**
**510 @3rd Ave W**
**West Fargo, ND 58078**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dayan, Rivka**
**12606 Via Ventana Way**
**Los Altos Hills, CA 94022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**De La Vega-Correa, Aracelli**
**4168-C Felipe Lane**
**Simi Valley, CA 93063**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page  73 of 351

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.505** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**De Luca , Michael**
**5592 Nina Circle**
**Coopersburg, PA 18036**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.506** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**De Vault Ford, Creta Jane**
**1055 N Cataract Avenue**
**San Dimas, CA 91773**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.507** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Deanda, Aphaymany Sundara**
**5544 Lavaca Rd**
**Grand Prairie, TX 75052**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.508** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Deanne Ayers Ashbocker**
**945 brander Mill COVE**
**murray, UT 84123**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Deaton , Phyllis Ann**
**44 Treetop Place**
**Holland, OH 43528**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.510** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Deborah Colleen Snow**
**459 Drake Dr**
**Douglas, GA 31535**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.511** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Deborah Oostendorp**
**2115 E Hale st**
**Mesa, AZ 85213**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (*if known*) | |
|--------|--------------------------|---|--------------------------|---|
| | Name | | | |

---

**3.512** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Debra Gean Schofield**
**4031 Scotts Valley Dr**
**Clamath Falls, OR 97601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Debra Skaggs**
**2113 West 475 south**
**orem, UT 84058**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Decker, Greg Chris**
**PO Box 572**
**Panguitch, UT 84759**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dee Thad Allsop**
**42671 Little Sorrell Lane**
**Leesberg, VA 20176**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DeJong , Rebecca**
**31649 Wass Avenue**
**Round Lake, MN 56167**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Delsigne , Barbara Gail**
**23 Hidden Valley Dr**
**Clancy, MT 59634**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Demitri Gonzalez**
**8201 s Cloverdale Rd**
**Boise, ID 83709**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**
_____
         Name

Case number (*if known*) _____

---

**3.519** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Denise Ivory**
**2760 S Highland Dr #8**
**Salt Lake City, UT 84106**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dennehey , Kathryn Marie**
**26204 Eshelman Ave**
**Lomita, CA 90717**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Denney , Dorothy**
**2886 Colleen Dr**
**Canyon Lake, TX 78133**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Denney , Jerry**
**P.O. Box 291**
**Franklin, NC 28744**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Denney, Dorothy**
**2886 Colleen Dr**
**Canyon Lake, TX 78133**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dennis Ross Hanks**
**362 E 1250 N**
**Orem, UT 84057**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.525** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dennison , Amy Beth**
**3762 Green Acre Dr**
**Saint Joseph, MI 49085**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.526**

**Nonpriority creditor's name and mailing address**
**DePeyster , Deborah Ann**
**22 Norma Dr**
**Clinton, NY 13323**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.527**

**Nonpriority creditor's name and mailing address**
**DeRose , Grace Marie**
**3624 Short St**
**Beaver Falls, PA 15010**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.528**

**Nonpriority creditor's name and mailing address**
**Dewayne Dollahite**
**1926 Thomas Taylor Drive**
**Hughson, CA 95326**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.529**

**Nonpriority creditor's name and mailing address**
**Dewey , Christine Hanks**
**5244 W. Running Brook Rd.**
**Columbia, MD 20723**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.530**

**Nonpriority creditor's name and mailing address**
**Di Novi , Virginia Mae**
**72 North Main Street Suite 300**
**Hudson, OH 44236**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.531**

**Nonpriority creditor's name and mailing address**
**Diana Hudson**
**70201 Aurora Rd 201**
**Desert Hots Springs, CA 92241**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.532**

**Nonpriority creditor's name and mailing address**
**Diane Jennings**
**16144 Hackney Dr**
**Orland Park, IL 60467**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**
_____      Case number (*if known*)  _____
         Name

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Diaz , Rufino Sixto**
**402 S 14th Street**
**Coeur D`Alene, ID 83814**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Diaz, Stephanni Adriana**
**1208 Athens Ave**
**Modesto, CA 95350**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dickson, Brian Earl**
**450 Idaho Ave**
**Lovell, WY 82431**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dickson, Margaret**
**10853 W Cheryl Dr**
**Sun City, AZ 85351**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dietz, Barbara Elaine**
**6144 South Nimbus Way**
**Salt Lake City, UT 84118**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dingle, Beth Hanna**
**901 Arboretum Cir**
**Northfield, OH 44067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dini, Shahrbanco**
**8768 Redwood Grove Way**
**Elk Grove, CA 95624**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor      **Project Neptune, LLC**
_____      Case number (if known) _____
            Name

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**DiPhillipo, Clare Marie**
**628 Guilford Rd**
**Cherry Hill, NJ 08003**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dissette , Brenda Neumann**
**3041 North Lincoln Avenue #1r**
**Chicago, IL 60657**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ditch , Judith Lynn**
**3310 Brynwood Drive**
**Whitehall, PA 18052**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dixie Tirre**
**2009 Durango Ln**
**Modesto, CA 95355**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dixie Tirre**
**2009 Durango Ln**
**Modesto, CA 95355**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,496.40** |

**DocuSign**
**P.O. Box 735445**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  2859**

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dominick Addonizio**
**9808 Folsom Drive**
**Las Vegas, NV 89134**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.547**

**Nonpriority creditor's name and mailing address**
**Donahue, Lydia Christine**
**2572 East Los Alamos Street**
**Gilbert, AZ 85295**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.548**

**Nonpriority creditor's name and mailing address**
**Donais , Jerrold L**
**1501 N Loop 499**
**Harlingen, TX 78550**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.549**

**Nonpriority creditor's name and mailing address**
**Donald and Linda Morrison**
**c/o Plunk SMith**
**1701 Legacy Drive, Suite 2000**
**Frisco, TX 75034**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.550**

**Nonpriority creditor's name and mailing address**
**Donna Bright Linford**
**141 Country Springs Circle**
**Bountiful, UT 84010**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.551**

**Nonpriority creditor's name and mailing address**
**Donna Thomas**
**1637 Linden Lane**
**Bountiful, UT 84010**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.552**

**Nonpriority creditor's name and mailing address**
**Dorian , Eileen Ann**
**18 Florican Lane**
**Goshen, NY 10924**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.553**

**Nonpriority creditor's name and mailing address**
**Dorian Kosley**
**7384 Prythania Park Drive**
**Colorado Springs, CO 80922**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

Debtor    **Project Neptune, LLC**

Name                                                          Case number (if known)

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Douglas Uhren**
**576 County Line Road**
**Westerville, OH 43081**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Douglas, Isabella Chiara**
**3121 N Loma Vista Dr**
**Mesa, AZ 85213**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Douglass, Kathleen Marie**
**PO Box 956**
**Kotzebue, AK 99752**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dowland, Valree Carma**
**12826 Southwillow Drive**
**Draper, UT 84020**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Downey, David M**
**12826 Southwillow Drive**
**Draper, UT 84020**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Downing, Laura Jane**
**966 Sherman Ct**
**Milpitas, CA 95035**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Downman , Laura**
**4202 Spyglass Hills Drive**
**Katy, TX 77450**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Doyle , Bruce**
**6800 Amstele Bluff Way**
**Chesterfiled, VA 23838**

- Contingent
- Unliquidated
- Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Drager, Tracy Anne**
**1517 California Street Northeast**
**Albuquerque, NM 87110**

- Contingent
- Unliquidated
- Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Drew , Marilyn**
**14090 Brenton Reef Way**
**Fort Myers, FL 33919**

- Contingent
- Unliquidated
- Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Driscoll , Daniel Kenneth**
**104 Spring Farm Place**
**Summerville, SC 29485**

- Contingent
- Unliquidated
- Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Drowns , Leon**
**PO Box 264**
**South Bridge, MA 01550**

- Contingent
- Unliquidated
- Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Duane Dudley**
**PO Box 597**
**Salem, UT 84653**

- Contingent
- Unliquidated
- Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Duane Noon**
**35 Ross Ct**
**Medford, OR 97501**

- Contingent
- Unliquidated
- Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Project Neptune, LLC**
_____     Case number (*if known*) _____
Name

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Duarte, Margarita**
**1510 South Meadow Drive Apt 130**
**San Diego, CA 92081**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Dubay , Gwendolyn Ann**
**200 Governors Lane**
**Zionsville, IN 46077**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Dubay , Maureen C.**
**P.O. Box 173**
**Unity, ME 04988**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Dudley , Janet**
**833 Wildwood Pointe Dr**
**New Bern, NC 28560**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Dudley, Duane Charles**
**PO Box 597**
**Salem, UT 84653**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Duffield , Denise**
**6618 75th Drive North East**
**Marysville, WA 98270**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Duke , Delores Mae**
**13704 Long Cove Place**
**Midlothian, VA 23112**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Project Neptune, LLC**
_____
Name                                                         Case number (if known) _____

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dunbabin , Lawrence Allen**
**15464 South Falcon Ridge Drive**
**Draper, UT 84020**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Duncan, Paula**
**18130 Upper Midhill Drive**
**West Linn, OR 97068**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dunn , Thomas James**
**44 Treetop Place**
**Holland, OH 43528**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dunning , Lawrence**
**123 Fake Street**
**Lehi, UT 84043**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dupree, Sandra**
**5149 W Locust Ave**
**Fresno, CA 93722**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Durfee, Elaine Renee**
**2709 W Palmer Dr**
**Payson, AZ 85541**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Durfee, Merilee**
**2709 W Palmer Dr**
**Payson, AZ 85541**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Project Neptune, LLC** _____   Case number *(if known)* _____
           Name

---

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Durfey, Carol Ann**
**1692 W 1100 N**
**Pleasant Grove, UT 84062**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dyer , Stephen Edward**
**P.O Box 399**
**Saratoga, WY 82331**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Easter , Tina**
**7462 County Rd 346**
**Terrell, TX 75161**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eastman, John**
**7842 Toucan Drive**
**Orlando, FL 32822**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eberhard, Dorine Monsen**
**268 East 100 South**
**Blanding, UT 84511**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eckert , Janel**
**1104 Brewer Street**
**Jacksonville, AR 72076**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eckman , Mary Stephanie**
**4025 E 120th St**
**Tulsa, OK 74137**

Date(s) debt was incurred  **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.589**

**Nonpriority creditor's name and mailing address**

**Eckstrom , David Reuben**
**2602 Nottingham Place**
**Grand Prairie, TX 75050**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.590**

**Nonpriority creditor's name and mailing address**

**Edgar, Alfred Lloyd**
**676 Lava Point Dr. # 50**
**Saint George, UT 84770**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.591**

**Nonpriority creditor's name and mailing address**

**Edid Martinez**
**717 Western Bit**
**Cibolo, TX 78108**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.592**

**Nonpriority creditor's name and mailing address**

**Edmunds, Julene**
**8162 E Portobello Ave**
**Mesa, AZ 85212**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.593**

**Nonpriority creditor's name and mailing address**

**Edward Brown**
**18653 Ventura Blvd # 724**
**Tarzana, CA 91356**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.594**

**Nonpriority creditor's name and mailing address**

**Edwards, Kathleen Lynn**
**2649 Madrone Ave**
**Stockton, CA 95207**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.595**

**Nonpriority creditor's name and mailing address**

**Edwards, Lynda**
**10745 South First East**
**Idaho Falls, ID 83404**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.596**

**Nonpriority creditor's name and mailing address**

Eileen Bryner
2871 west 5245 south
Taylorvilles, UT 84129

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.597**

**Nonpriority creditor's name and mailing address**

Elaine Durfee
2709 W Palmer Dr
Payson, AZ 85541

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.598**

**Nonpriority creditor's name and mailing address**

Elder, Greg Evan
1215 Camelot Dr
Provo, UT 84601

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.599**

**Nonpriority creditor's name and mailing address**

Eleanor Gwendoline Berrey
14588 so Sunset Dunes Way
Draper, UT 84020

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.600**

**Nonpriority creditor's name and mailing address**

Elizabeth Kelley
17294 West Bent tree drive
Surprise, AZ 85387

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.601**

**Nonpriority creditor's name and mailing address**

Ellen Baker
2120 E Ivy st
Mesa, AZ 85213

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.602**

**Nonpriority creditor's name and mailing address**

Ellingson, Paula K
2803 Stonehurst Drive
Grape Vine, TX 76051

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.603**

**Nonpriority creditor's name and mailing address**
**Elliott , Rex Eugene**
**20 Bradley Rd**
**Andover, MA 01810**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.604**

**Nonpriority creditor's name and mailing address**
**Ellis , Lynette LeLea**
**1316 N Robie Ln**
**Spokane Valley, WA 99206**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.605**

**Nonpriority creditor's name and mailing address**
**Ellis , Todd Edward**
**49 Bell St**
**Dayton, OH 45403**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.606**

**Nonpriority creditor's name and mailing address**
**Ellsworth, Christine**
**198 E 7650 S**
**Spanish Fork, UT 84660**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.607**

**Nonpriority creditor's name and mailing address**
**Elofson , Randy**
**2200 2ND Ave #208**
**Anoka, MN 55303**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.608**

**Nonpriority creditor's name and mailing address**
**England, Walter Gary**
**9038 Deer Grass Street**
**Corona, CA 92883**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.609**

**Nonpriority creditor's name and mailing address**
**Engstrom , James Harold**
**105 North Ash Street**
**Harcourt, IA 50544**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.610**

**Nonpriority creditor's name and mailing address**

**Epley , Bradley Thomas**
**166 Bradford Cir**
**Hendersonville, TN 37075**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.611**

**Nonpriority creditor's name and mailing address**

**Erckman , Paul Neff**
**PO Box 629**
**Monroe, NC 28111**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.612**

**Nonpriority creditor's name and mailing address**

**Erdman , Linda Holly**
**3611 East Boise Ave**
**Boise, ID 83706**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.613**

**Nonpriority creditor's name and mailing address**

**Erekson, Lynda**
**Pox Box 694**
**Salome, AZ 85348**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.614**

**Nonpriority creditor's name and mailing address**

**Eric Springall**
**PO Box 750997**
**Las Vegas, NV 89136**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.615**

**Nonpriority creditor's name and mailing address**

**Erich, Jonathan George**
**19610 North East 35th Court**
**Rich Field, WA 98642**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.616**

**Nonpriority creditor's name and mailing address**

**Erickson, Joshua Sameul**
**801 Creek Lane**
**Farmington, UT 84025**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Project Neptune, LLC** _____  Case number (*if known*) _____

Name

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ericson , Judith**
**79 Sugar Creek Place**
**Woodway, TX 76712**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Erwin, Mary Kathleen**
**3044 South East Michigan Ave**
**Topeka, KS 66605**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Espinoza, Robert B**
**3010 Windmill Road**
**Torrance, CA 90505**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Estabrook, Karla**
**416 Pelican St**
**Klamath Falls, OR 97601**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Esteban Ibarra Perez**
**12681 W Reservation Rd.**
**Pocatello, ID 83202**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Estella, Fely Gonzales**
**210 Leora Park St**
**Ft. Orchard, WA 98366**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Evans , David Michael**
**1695 Robert Wynn St**
**El Paso, TX 79936**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evans , Lee**
**1029 East Rose Lane**
**Phoenix, AZ 85014**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evans , Morgan J**
**8994 Cobble Canyon Lane**
**Sandy, UT 84093**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evans , Robert Charles**
**1315 W Whitestone Drive**
**St. George, UT 84790**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evans, David Frederick**
**4417 Hazelwood Ave**
**Sacramento, CA 95821**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evans, Derk Max**
**169 North 100 West**
**Cedar City, UT 84720**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evans, Joe**
**4417 Hazelwood Ave**
**Sacramento, CA 95821**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evans, Larita C**
**2050 Stadium Lane**
**Provo, UT 84604**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.631**

**Nonpriority creditor's name and mailing address**

**Evans, Makinsee Kathleen**
**98 E Harmony Court**
**Saratoga Springs, UT 84043**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.632**

**Nonpriority creditor's name and mailing address**

**Evans, Robert Ray**
**1028 East Tabernacle**
**St. George, UT 84770**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.633**

**Nonpriority creditor's name and mailing address**

**Evans, Romina Yolanda**
**43 Faith Ave**
**Free Port Grand Bahama, Bahamas**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.634**

**Nonpriority creditor's name and mailing address**

**Ewing , Marilyn I**
**519 N 3rd Ave**
**Atohson, KS 66002**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.635**

**Nonpriority creditor's name and mailing address**

**Eyre, James Orlo**
**1159 West 450 North**
**Provo, UT 84601**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.636**

**Nonpriority creditor's name and mailing address**

**Fahrenthold, Carol Jean**
**PO Box 295075**
**Kerrville, TX 78029**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.637**

**Nonpriority creditor's name and mailing address**

**Fannon , Sandra Jones**
**2097 Highway 81 South**
**Jonesborough, TN 37659**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

Debtor   **Project Neptune, LLC**
_____   Case number (if known) _____
Name

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Farmer , Charles Blond**
**3218 115 Ave South East**
**Snohomish, WA 98290**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Farnsworth , Brandon R**
**9244 Wisteria Way**
**West Jordan, UT 84081**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Faro , Mary Teresa Jacoby**
**1816 Kim Acres Ln**
**Dover, FL 33527**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Farshi, Allen**
**18653 Ventura Blvd #258**
**Tarzana, CA 91356**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fast, Brenda**
**19410 95 Drive Se**
**Snohomish, WA 98296**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Faucheux , Ann**
**20 Heron St**
**New Orleans, LA 70124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fazio, Judith**
**806 N 375 E**
**Springville, UT 84663**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.645**

**Nonpriority creditor's name and mailing address**

**Ferguson, Kimroy**
**Trade Invest Finacial Services 6 Floor (**
**New Provedence, Bahamas 12345-0000**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.646**

**Nonpriority creditor's name and mailing address**

**Fey , Charles**
**800 Wren Ct**
**Forney, TX 75126**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.647**

**Nonpriority creditor's name and mailing address**

**Fidler, Rita Margarita**
**PO Box 505**
**Elverta, CA 95626**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.648**

**Nonpriority creditor's name and mailing address**

**Finder, Richard Glenn**
**4304 Saratoga Woods Dr**
**Louisville, KY 40299**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.649**

**Nonpriority creditor's name and mailing address**

**Finke , Christine**
**9253 Great Lakes Circle**
**Dayton, OH 45458**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.650**

**Nonpriority creditor's name and mailing address**

**Finn , Carolyn**
**9253 Great Lakes Circle**
**Dayton, OH 45458**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.651**

**Nonpriority creditor's name and mailing address**

**Fisher , Diane P**
**4804 Wheelock Rd**
**Fort Wayne, IN 46835**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Project Neptune, LLC**
_____   Case number (if known) _____
Name

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fisher , Valerie Jasicki**
**4075 Monarch Ln N**
**Lake Elmo, MN 55042**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fitch , Dana Kaye**
**2734 E Rock Land Dr**
**Washington, UT 84780**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fix, Loren Lyman**
**13189 1096th Avenue North West**
**Elk River, MN 55330**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Flake , Mary Louise**
**490 W Fish Lane**
**Snowflake, AZ 85937**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Flanagan, Craig**
**115 Raybourn Road**
**Sumrall, MS 39482**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fleishman , Erik**
**4920 Llano Dr**
**Woodland Hills, CA 91364**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Floberg , William Michael**
**1042 Michigan Ave**
**Slidell, LA 70458**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
| | Name | | |

---

**3.659** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Florez, Cesar Augusto**
**6450 Stoneridge Mull Rd #217**
**Pleasanton, CA 94588**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.660** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Focht, Thomas J**
**7553 Eagles Flight Lane**
**Fort Meyers, FL 33912**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.661** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Fogg, Julie Marie**
**7041 Serenity Circle**
**Anchor Ridge, AK 99502**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.662** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Foltz, David Earl**
**1902 N Village Ave**
**Tampa, FL 33612**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.663** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Foote, Christine Ann**
**3856 Burgundy Bay Blvd East**
**Medina, OH 44256**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.664** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ford , Leeann Ruth**
**17641 South West Richmon Way**
**Beaverton, OR 97006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.665** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Forester , Kennon Dwain**
**Hc 76 Box 995**
**Tonopah, NV 89049**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**                                          Case number (if known) _____

Name

---

| 3.666 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Forrest, Greta Myrthle Susanna**
**359 South Lincoln Ave**
**Pocatello, ID 83204**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Fort, Joan Annabel**
**335 Duke St**
**Alexandria, VA 22304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Fortier , Kathryn Rita**
**1915 Breckland Dr**
**Ann Arbor, MI 48108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Fortney , Thomas L**
**3754 Brook Trail Lane**
**Bartlett, TN 38135**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Fortress , James Gilbert**
**4860 Glory View Drive**
**Placerville, CA 95667**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Foster , Bess**
**P.O. Box 3378**
**Grand Canyon, AZ 86023**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Fowers, Melanee A**
**255 East 1080 N**
**Willard, UT 84340**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.673**

**Nonpriority creditor's name and mailing address**

**Fowler , Rachel Ann**
**469 Sitetrai Dr**
**New Draunsel, TX 78130**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.674**

**Nonpriority creditor's name and mailing address**

**Fox, Joyce Ann**
**732 Kingston Court**
**Apollo Beach, FL 33572**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.675**

**Nonpriority creditor's name and mailing address**

**Frampton, Nancy G**
**485 South Towers Drive**
**Salem, UT 84653**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.676**

**Nonpriority creditor's name and mailing address**

**France, Lyniss McAffee**
**1495 NE 16th Ave**
**Camby, OR 97013**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.677**

**Nonpriority creditor's name and mailing address**

**Francesca Matern**
**1121 W 1390 S**
**Orem, UT 84058**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.678**

**Nonpriority creditor's name and mailing address**

**Francis, Avon Kirk**
**1195 W 2500 S**
**Syracuse, UT 84075**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.679**

**Nonpriority creditor's name and mailing address**

**Francis, Duane Wilford**
**31606 N 54 Place**
**Cave Creek, AZ 85331**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.680**

**Nonpriority creditor's name and mailing address**

**Frank , Susie Marie**
**1402 North McKinny Lane**
**Boise, ID 83704**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.681**

**Nonpriority creditor's name and mailing address**

**Franklin, Priscilla**
**511 13th St**
**Pacific Road, CA 93950**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.682**

**Nonpriority creditor's name and mailing address**

**Freese , Wayne Ralph**
**604 Lake Ave**
**Worthington, MN 56187**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.683**

**Nonpriority creditor's name and mailing address**

**Frei , Sheldon John**
**842 West 675 South**
**Mapleton, UT 84664**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.684**

**Nonpriority creditor's name and mailing address**

**Freilich , Kira K**
**1269 Nash Trail**
**Moorhead, IA 51558**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.685**

**Nonpriority creditor's name and mailing address**

**Frey, Rosemarie**
**1699 Southpointe Dr**
**Yuba City, CA 95991**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.686**

**Nonpriority creditor's name and mailing address**

**Frisch , Joyce Ann**
**615 Starboard Ct**
**Katy, TX 77494**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.687**

**Nonpriority creditor's name and mailing address**

**Fry, Katherine May**
**139 Las Colinas**
**Cloverdale, CA 95425**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.688**

**Nonpriority creditor's name and mailing address**

**Fyksen, Rachel Arietta**
**21480 Arnold Dr**
**Sonoma, CA 95476**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.689**

**Nonpriority creditor's name and mailing address**

**Gabrielson , Glen Alan**
**1891 Honeysuckle Rd**
**Dothan, AL 36305**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.690**

**Nonpriority creditor's name and mailing address**

**Gager Jr., Richard J**
**3308 Forrester Lane**
**Wako, TX 76708**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.691**

**Nonpriority creditor's name and mailing address**

**Galang, Jaime Esguerra**
**1913 Cellini Terrace**
**Brentwood, CA 94513**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.692**

**Nonpriority creditor's name and mailing address**

**Galati , James Anthony**
**1108 Hollymont Drive**
**Holly Springs, NC 27540**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.693**

**Nonpriority creditor's name and mailing address**

**Gale Harrison**
**3083 W 1750 N Unit 7**
**Cedar City, UT 84721**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400,000.00** |

**Gale Roberts**
**938 East 3740 South**
**Washington, UT 87480**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Secured Promissory Note (not perfected)__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Galloway , Richard James**
**35 Magellam Road**
**Hattiesburg, MS 39402**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __0__

**Basis for the claim:** __Canceled Trip__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Gamma , Beverly Regina**
**4520 North Collister**
**Boise, ID 83703**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __0__

**Basis for the claim:** __Canceled Trip__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Garagliano, Chrystene**
**PO Box 7**
**Stevensville, MT 59870**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __0__

**Basis for the claim:** __Canceled Trip__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Garcia , Jennifer Lynne**
**4707 Woods Rd**
**Fort Wayne, IN 46818**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __0__

**Basis for the claim:** __Canceled Trip__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Garcia, Anna M**
**815 East Van Buren**
**Harlingen, TX 78550**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __0__

**Basis for the claim:** __Canceled Trip__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Garcia, Velia Leija**
**14546 Saco St**
**Poway, CA 92064**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __0__

**Basis for the claim:** __Canceled Trip__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
| | Name | | |

---

**3.701** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Garcia, Yolanda Leticia**
**12450 Marshal Ave #247**
**Chino, CA 91710**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.702** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Garrett , Cathy Colleen**
**2130 Terrace Blvd**
**Longwood, FL 32779**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Garrett , Edward Thomas**
**2671 Monocacy Ford Road**
**Frederick, MD 21701**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Garrett, Rodney Lee**
**18027 Crystal Knoll**
**San Antonio, TX 78258**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Garritty, Adrian Thomas**
**1405 Oak Knolls Circle**
**Fort Smith, AR 72903**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.706** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gary Fuller**
**1720 E 400 S**
**Heber City, UT 84032**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.707** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Garza , Arnold Marcus**
**5326 Anemone**
**San Antonio, TX 78253**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.708**

**Nonpriority creditor's name and mailing address**

**Garza , Irma B**
**26006 Rolling Forest Lane**
**Hockley, TX 77447**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.709**

**Nonpriority creditor's name and mailing address**

**Garza Sr, Samuel G**
**133 Nautilus**
**Vallejo, CA 94591**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.710**

**Nonpriority creditor's name and mailing address**

**Gastaldo, Rita**
**8651 Busey Rd**
**Canal Winchester, OH 43110**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.711**

**Nonpriority creditor's name and mailing address**

**Gatdula, Rossana Santos**
**2762 Herford Ln**
**Tracy, CA 95377**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.712**

**Nonpriority creditor's name and mailing address**

**Gates , Susan Elizabeth**
**337 Darbyhurst Road**
**Columbus, OH 53228**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.713**

**Nonpriority creditor's name and mailing address**

**Gayle Thacker**
**1053 W Pheasant Tail Dr**
**Bluffdale  84065**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.714**

**Nonpriority creditor's name and mailing address**

**Geary Hines**
**3003 Surreywood C**
**Duncan, OK 73533**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.715** | **Nonpriority creditor's name and mailing address**

**Gebhardt Jr, Robert Edward**
**558 County Rd 3420**
**Bridgeport, TX 76426**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.716** | **Nonpriority creditor's name and mailing address**

**Geer, Dwight Allan**
**2902 North Willows Ranch Rd**
**Kingman, AZ 86401**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.717** | **Nonpriority creditor's name and mailing address**

**George Paul Majors**
**138 E 100 N**
**Centerville, UT 84014**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.718** | **Nonpriority creditor's name and mailing address**

**George, June Reynolds**
**1418 W 500 S**
**Layton, UT 84041**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.719** | **Nonpriority creditor's name and mailing address**

**Geraldine P Margetts**
**9585 S Pendleton Way**
**South Jordan, UT 84095**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.720** | **Nonpriority creditor's name and mailing address**

**Germaine, Monty Ray**
**2145 E Main St**
**Mesa, AZ 85213**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.721** | **Nonpriority creditor's name and mailing address**

**Gesch , Randall**
**10400 220th St**
**Hastings, MN 55033**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Getz , Rodger Russell**
**1641 Olivia Way**
**Auburn, AL 36830**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ghassemieh, Mohammad Bagher**
**10306 Galloping Ct**
**Great Falls, VA 22026**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Giauque, Connie C**
**10001 West Calico Street**
**Boise, ID 83709**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gibbs, Lori**
**662 N 12TH St**
**Philomath, OR 97370**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gibson , Harriette Antoinette**
**110 Wynnewood Lane,**
**Aiken,, SC 29801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gibson, Audra Shenika**
**Pinewood Gardens**
**, Bahamas**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gibson, Christine**
**2501 9th Place**
**Wasco, CA 93280**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**                                    Case number (if known) _____
_____
Name

---

**3.729**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown

**Gibson, Laurie Anne**                                          ■ Contingent
**2207 Wood Springs**
**Caldwell, ID 83605**                                          ■ Unliquidated

Date(s) debt was incurred  **0**                                ■ Disputed

Last 4 digits of account number _                               Basis for the claim:  **Canceled Trip**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.730**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown

**Gibson, Nancy Suzette**                                        ■ Contingent
**12695 W Nadine Way**
**Peoria, AZ 85383**                                             ■ Unliquidated

Date(s) debt was incurred  **0**                                ■ Disputed

Last 4 digits of account number _                               Basis for the claim:  **Canceled Trip**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.731**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown

**Gilliland , Sandra Kent**                                      ■ Contingent
**5313 Dona Rd**
**Julian, NC 27283**                                            ■ Unliquidated

Date(s) debt was incurred  **0**                                ■ Disputed

Last 4 digits of account number _                               Basis for the claim:  **Canceled Trip**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.732**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown

**Gilliland , Susan Fowler**                                     ■ Contingent
**330 Country Club Lane**
**Atlantic Beach, FL 32233**                                     ■ Unliquidated

Date(s) debt was incurred  **0**                                ■ Disputed

Last 4 digits of account number _                               Basis for the claim:  **Canceled Trip**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.733**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown

**Gilma Kelly**                                                  ■ Contingent
**972 zNo Sunset**
**Washington, UT 84780**                                         ■ Unliquidated

Date(s) debt was incurred  **0**                                ■ Disputed

Last 4 digits of account number _                               Basis for the claim:  **Canceled Trip**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.734**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown

**Gilson, Clyde**                                                ■ Contingent
**2320 Via Linda Way**
**St George, UT 84790**                                          ■ Unliquidated

Date(s) debt was incurred  **0**                                ■ Disputed

Last 4 digits of account number _                               Basis for the claim:  **Canceled Trip**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.735**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown

**Gipulan, Danilo P**                                            ■ Contingent
**410 South Verdugo Road**
**Glendale, CA 91205**                                           ■ Unliquidated

Date(s) debt was incurred  **0**                                ■ Disputed

Last 4 digits of account number _                               Basis for the claim:  **Canceled Trip**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Project Neptune, LLC**                                    Case number (*if known*) _____
_____
Name

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gisseman, Edith Schruhl**
**644 S Camarilla Cir**
**Salt Lake City, UT 84104**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Glaser , Brigitte Herta**
**1186 Meadowlark**
**Midland, MI 48640**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Glave , Clark**
**2019 West Grace St**
**Richmond, VA 23220**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Glen Allen Michaelson**
**11173 W Brougham Dr.**
**Nampa, ID 83686**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Glenn Craig McCann**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Glenn Hatton Sebring**
**PO Box 562**
**Huntington, UT 84528**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | **Unknown** |
|---|---|---|

**Gloria McAllister**
**4051 North 900 West**
**Pleasent Grove, UT 84062**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.743** | **Nonpriority creditor's name and mailing address**
Gloria Rems
1230 Autumn Hills Drive
Reno, NV 89511

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.744** | **Nonpriority creditor's name and mailing address**
Godsell , Carriellen
750 Callarney Bay Court
Winterpark, FL 32789

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.745** | **Nonpriority creditor's name and mailing address**
Goel, Rajinder
17802 Noran Circle
Cerritos, CA 90703

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.746** | **Nonpriority creditor's name and mailing address**
Goff, Marilyn Jean
2586 W 100 S
Hurricane, UT 84737

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.747** | **Nonpriority creditor's name and mailing address**
Gogna, Joline R
2007 Cedar Ridge Dr
Stockton, CA 95207

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.748** | **Nonpriority creditor's name and mailing address**
Golin, Arthur Lewis
3936 Norton Hills Road
Muskegon, MI 49441

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.749** | **Nonpriority creditor's name and mailing address**
Golshani , Maryam
3936 Norton Hills Road
Muskegon, MI 49441

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.750**

**Nonpriority creditor's name and mailing address**
**Gonzalez, Kathy Kay**
**7973 South Cliffside Drive**
**Sandy, UT 84094**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.751**

**Nonpriority creditor's name and mailing address**
**Gonzalez, Ofelia**
**2032 Delores St**
**West Covina,, CA 91792**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.752**

**Nonpriority creditor's name and mailing address**
**Gonzalez, Trinidad Guadalupe**
**19808 Clark Street**
**Perris, CA 92570**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.753**

**Nonpriority creditor's name and mailing address**
**Goodyear , Marianne**
**114 S Chaparal**
**Burnet, TX 78611**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.754**

**Nonpriority creditor's name and mailing address**
**Gordon , Janet Ann**
**19631 East Camina Plata**
**Queen Creek, AZ 85142**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.755**

**Nonpriority creditor's name and mailing address**
**Gordon , Larry Robert**
**19631 East Camina Plata**
**Queen Creek, AZ 85142**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.756**

**Nonpriority creditor's name and mailing address**
**Gordon, Karla**
**38 Webber Ave**
**Bath, ME 04530**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    **Project Neptune, LLC**                                           Case number (if known) _____
_____
Name

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gorgueiro , Augusto Abel**
**3361 Briarcliff Dr**
**Prosper, TX 75078**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Gosan Investments**
**9041 N. Torrey Pines Loop**
**Eagle Mountain, UT 84005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim:  **Secured Promissory Note (not perfected)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gottschalk , Chris**
**6860 Stone Point Court**
**Taducah, KY 42003**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gowen , Jerry Michael**
**13568 S. Fireback Dr.**
**Riverton, UT 84065**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gower , Gaylord Mark**
**610 Helle Greathouse Circle**
**Middlen, TX 79708**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Grace , Kathryn Grace**
**364 Cranfield Rd**
**Mountain Home, AR 72653**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Grace , Timothy**
**PO Box 8003**
**Cape Creek 85331, AZ 85327**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Graci , Ronald Joseph**
**1328 Chickasaw Ave**
**Metarie, LA 70005**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Graff, Kenneth Jay**
**911 W Blue Mountain Rd**
**Washington City, UT 84780**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Graham, Connie G**
**6160 N Conquistador St**
**Las Vegas, NV 89149**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Graham, Gordon J**
**11239 Gunn Trail Cricle**
**South Jordan, UT 84095**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Granito , Mark**
**P.O. Box 130**
**Tijeras, NM 87059**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Grant , Coleen Marie**
**PO Box 82**
**Scammon, KS 66773**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Greaves, Theresa Anderson**
**30591 McGowans Pass**
**Murrieta, CA 92563**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.771** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Green , Catherine Barrie**
444 Maple Knoll Rd
Prosperity, SC 29127

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.772** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Green , Christopher Edward**
18803 Pheasant Lane
Tomball, TX 77377

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.773** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Green , Jennifer May**
PO Box 172
Bassett, NE 68714

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.774** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Green , Lane Garland**
22618 148th Ave Se
Kent,, WA 98042

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.775** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Greene , Donna Lynn**
4520 Agate Hills Road Northwest
Albuquerque, NM 87114

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.776** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gregg, John Wayford**
PO Box 793
Coleman, TX 76834

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.777** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gregor, David J**
27872 Lake Ridge Dr
Menisee, CA 92585

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**
_____   Case number (if known) _____
Name

---

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Gregory Chris Decker**
**6684 S 375 E**
**South Weber, Ut 84405**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Gregory Clark**
**781 E South Fork Dr**
**Draper, UT 84020**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Grensing , Rita**
**10535 Neiderhouse Road**
**Perrysburg, OH 43551**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Gretrude Siraco**
**128 Elm Street**
**Tewksbury, MA 01876**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Griffin , Gary Scott**
**930 Boise St**
**Montpelier, ID 83254**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Griffin , Ozel**
**25 Kiska Road**
**San Francisco,, CA 94124**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Griffis, Anthony Erid**
**355 Park Ave Sw**
**Aiken, SC 29801**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (*if known*) | |
| | Name | | | |

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Griffith , David Allen**
PO Box 733
Sanford, NC 27331

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Griffiths , Donald Eugene**
919 E 13800 S
Draper, UT 84020

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Grimm, Paul**
4340 Potomac Avenue
Dallas, TX 75205

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Grisbeck, Marianne**
1894 Clearwater Rd
Bullhead City, AZ 86442

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gross, Billie Sue**
2900 Government Way Box #80
Coeur d'Alene, ID 83815

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Grover, Ashley**
143 E 750 S
Salem, UT 84653

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Grover, DeAnn**
143 E 750 S
Salem, UT 84653

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 114 of 351 |

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.792**

**Nonpriority creditor's name and mailing address**
Grover, John H
2257 Arlington Court
Auburn, AL 36830

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.                     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.793**

**Nonpriority creditor's name and mailing address**
Grubb, Joseph Alfred
4615 Brookwood Terrace
St Joseph, MO 64506

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.                     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.794**

**Nonpriority creditor's name and mailing address**
Gruber , Carrie Ann
17256 305th Ave
Pierz, MN 56364

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.                     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.795**

**Nonpriority creditor's name and mailing address**
Grueninger , James Nunlist
P.O. Box 126
Harveysburg, OH 45032

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.                     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.796**

**Nonpriority creditor's name and mailing address**
Grunst , Timothy George
718 Us Highway 82 East #286
Sherman, TX 75090

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.                     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.797**

**Nonpriority creditor's name and mailing address**
Gunderson Jr. , Ole Thorvald
1270 Cottonwood Circle
Heber City, UT 84032

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.                     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.798**

**Nonpriority creditor's name and mailing address**
Gunn Jr., Harold Wallace
7669 S Redwood Rd
West Jordan, UT 84095

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.                     Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.799** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Gupta, Roshan Lal**
**17802 Noran Circle**
**Cerritos, CA 90703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.800** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Gustaveson II, Ronald Glen**
**2822 W Park Side Dr**
**Lehi, UT 84043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.801** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Gusztak , Anna Catherine**
**2303-55 Ave Close**
**Alberta, AB T9V 2T6**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.802** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Guthrie , Rodney James**
**P.O. Box 24201**
**Dayton, OH 45424**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Guthrie, Catherine Anne**
**10945 S 1ST E**
**Idaho Falls, ID 83404**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Gutierrez,David Leon**
**1496 Strawberry Dr**
**Perry, CA 92571**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Guzman , Joan**
**11326 Michelle St.**
**Serritos, CA 90703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |

**H Too O Inv.**
**14344 Heritage View Cove**
**Bluffdale, UT 84065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Secured Promissory Note (not perfected)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Habekost , Charles**
**17632 Scenic Heights Drive**
**Snonora, CA 95370**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Hadley , Janis**
**1706 Fox River Drive**
**Bloomfield Hills, MI 48304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Hadley, Shirley**
**1941 W Trailside Drive**
**Syracuse, UT 84075**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Hafler , Gerald**
**461 Lehigh Rd**
**Covington Twp, PA 18424**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Hagan , Jeanne**
**39454 Evergreen Drive**
**Avon, OH 44011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Hair, Barbara Smith**
**4940 Sw 89 Ave**
**Cooper City, FL 33328**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.813**

**Nonpriority creditor's name and mailing address**

**Halcom, James Robert**
**11577 Lampton View Dr**
**South Jordan, UT 84010**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.814**

**Nonpriority creditor's name and mailing address**

**Hales, Melody**
**2101 Warfield**
**Redondo Beach, CA 90278**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.815**

**Nonpriority creditor's name and mailing address**

**Haley Stiles**
**1246 south 420 west**
**Salem, UT 84653**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.816**

**Nonpriority creditor's name and mailing address**

**Haley Wolcott**
**665 North 1050 West**
**Clearfield, UT 84015**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.817**

**Nonpriority creditor's name and mailing address**

**Hall , Carolyn Ruth**
**23421 S Gateway Ln**
**Cheney, WA 99004**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.818**

**Nonpriority creditor's name and mailing address**

**Hall II, Robert Franklin**
**161 Candlelite Dr**
**Carlisle, PA 17013**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819**

**Nonpriority creditor's name and mailing address**

**Hall, Ralph Jamison**
**113 West Autumn Blaze Drive**
**Vineyard, UT 84059**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (if known) | |
|--------|--------------------------|---|------------------------|---|
| | Name | | | |

---

**3.820** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hall, Rhonda Jean**
12706 Hawaii Lane
Bakerfield, CA 93312

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.821** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hall, Robert**
41126 N Eagle Trl
Anthem, AZ 85086

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.822** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hallinan , Patricia Mullen**
818 Nelsons Walk
Naples, FL 34102

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.823** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hammar, Megan**
556 Woodbridge St
Rexburg, ID 83440

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.824** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hammar, Ruth**
3902 132 N
Rigby, ID 83442

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.825** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hammer, David Lee**
PO Box 1064
Santa Rosa, CA 95402

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.826** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hammes , Catherine Lynn**
P.O. Box 670
Holly, CO 81047

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) |
|--------|----------------------|------------------------|
| | Name | |

---

**3.827**

**Nonpriority creditor's name and mailing address**
**Hancock , Mark Dee**
**1154 Bateman Point**
**West Jordan, UT 84084**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.828**

**Nonpriority creditor's name and mailing address**
**Hancock , Tim Alan**
**9457 South Uni Blv 188**
**Highland Ranch, CO 80126**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.829**

**Nonpriority creditor's name and mailing address**
**Hancock, Roger**
**11223 Se 220 Pl**
**Kent, WA 98031**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.830**

**Nonpriority creditor's name and mailing address**
**Hancock, Vonnette Gwen**
**16847 Isosceles Ave**
**Lakeville, MN 55044**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.831**

**Nonpriority creditor's name and mailing address**
**Handy , James Earl**
**P.O. Box 1954**
**Eureka, MT 59917**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.832**

**Nonpriority creditor's name and mailing address**
**Haney, Lori**
**323 Manor Drive**
**Ione, CA 95640**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.833**

**Nonpriority creditor's name and mailing address**
**Hanks , Curtis James**
**8204 Miller Ridge Drive**
**Bakersfield, CA 93313**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**
_____     Case number (*if known*) _____
Name

---

**3.834** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hanks Lindberg , Juli Ann**
**1815 Carluk St**
**Anchorage, AK 99501**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.835** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hanlen , Thomas**
**7792 Foster Ridge Road**
**Germantown, TN 38138**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.836** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hansen , Sandra Dahl**
**8733 Kingston Way**
**Middleton, ID 83644**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.837** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hansen-Daniels, Elissa**
**4333 Marvel Lane**
**Emmett, ID 83617**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.838** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hanson, Barbara Sue**
**30591 McGowans Pass**
**Murrieta, CA 92563**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.839** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hanson, Cynthia**
**1975 Johnstone Rd**
**Casper, WY**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hantragoon, Suchada Jinjin**
**17314 Cortner Ave.**
**Cerritos, CA 90703**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims |

Debtor **Project Neptune, LLC** _____   Case number (*if known*) _____

Name

---

| 3.841 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Harbertson, Scott Casey**
**977 Mill Shadow Drive**
**Kaysville, UT 84037**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Hardeman , Donna Marshall**
**3 Middlbury Court**
**Pinehurst, NC 28374**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.843 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Hardy , Catherine Rita**
**468 Summit Dr**
**Jonesboro, TN 37659**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.844 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Hardy, Catherine Rita**
**225 Aster Bowers Rd**
**Greenville, TN 37743**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.845 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Hardy, Thomas Calvin**
**400 Sebring Rd**
**Springfield, IL 62707**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.846 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Harker, Norman John**
**12104 Nw 7th Ave**
**Vancouver, WA 98685**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.847 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Harman , Ronald David**
**730 Chesnut St**
**Columbia, PA 17512**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.848**

**Nonpriority creditor's name and mailing address**

**Harns , Renee**
**105 Kerry St**
**Eaton Rapids, MI 48827**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849**

**Nonpriority creditor's name and mailing address**

**Harper , Michael William**
**8000 E 63rd St. S**
**Derby, KS 67037**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.850**

**Nonpriority creditor's name and mailing address**

**Harris , Amanda Melissa**
**23021 115th Ave Ne**
**Arlington, WA 98223**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.851**

**Nonpriority creditor's name and mailing address**

**Harris, Janet**
**16234 West Cactus Lane**
**Surprise, AZ 85374**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.852**

**Nonpriority creditor's name and mailing address**

**Hart , Johanna**
**9035 Dublin Road**
**Howell, OH 43065**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.853**

**Nonpriority creditor's name and mailing address**

**Harvey, Georgette Warnock**
**420 W 300 S**
**Sigurd, UT 84657**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.854**

**Nonpriority creditor's name and mailing address**

**Harwick , Phyllis Carol**
**18904 Rogers Rd**
**Odessa, FL 33556**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Project Neptune, LLC**
_____   Case number (if known) _____
         Name

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hashimoto, Linda**
**6622 E WoodBridge Road**
**Acampo, CA 95220**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hastings, Melanie Patricia**
**244 Glenview Ln**
**Hemet, CA 92545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hatch , Beth J**
**741 East 340 North**
**America Fork, UT 84003**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hatch, Julie**
**2216 East Sunland Ave**
**Phoenix, AZ 85040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hauer , Noreen E**
**821 4TH Ave**
**Newport, MN 55055**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hauge , Robert Earl**
**13605 Rebonito Court Ne**
**Albuquerque, NM 87112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hauge , Robert Earl**
**13605 Rebonito CT Ne**
**Albuquerque, NM 87112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

---

**3.862**

**Nonpriority creditor's name and mailing address**

**Haviland, Marggie Lynn**
**1435 W 540 N**
**St. George, UT 84770**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.863**

**Nonpriority creditor's name and mailing address**

**Hawkins , Jacqueline G**
**5331 East Courtney Ave**
**Castle Rock, CO 80104**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.864**

**Nonpriority creditor's name and mailing address**

**Hawkins, Anthony**
**13369 Scotsman Rd**
**Lakeside, CA 92040**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.865**

**Nonpriority creditor's name and mailing address**

**Hawthorne, Mary Jane**
**4463 County Road 895**
**Princeton, TX 75407**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.866**

**Nonpriority creditor's name and mailing address**

**Hayden , Amber Michelle**
**4360 West 9460 North**
**Elwood, UT 84337**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.867**

**Nonpriority creditor's name and mailing address**

**Hayes, Janan Mary**
**3046 Trailside Dr**
**Syracuse, UT 84075**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.868**

**Nonpriority creditor's name and mailing address**

**Haynes , Peter**
**717 Whisper Wind Court**
**Woodstock, GA 30182**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor  **Project Neptune, LLC**                                  Case number (if known) _____
_____
Name

---

3.869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Heaps, Erma Gayle**
**539 N Grove Dr**
**Alpine, UT 84003**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Heather Laws**
**1603 E Millbrook Way**
**Bountiful, UT 84010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hebdon, Danna W**
**2037 E 17th Street**
**Idaho Falls, ID 83404**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hefty, Sheila**
**5133 Whisper Oaks Ln**
**Carmichael, CA 95608**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Heideman, Edith**
**12000 Trackside Drive**
**Bakersfield, CA 93312**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Heidi Bancroft**
**195 Essex Cir**
**Fayetteville, Georgia 30215-0000**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Heidi Wilson**
**3168 S 1940 E**
**SLC, UT 84106**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.876**

Nonpriority creditor's name and mailing address

**Heileson, Johnnie Lloyd**
**15306 E23rd Ave**
**Spokane Valley, WA 99037**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.877**

Nonpriority creditor's name and mailing address

**Heilman , Karalee**
**15306 E23rd Ave**
**Spokane Valley, WA 99037**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.878**

Nonpriority creditor's name and mailing address

**Henderson , Mildred**
**920 Hunters Lake Drive**
**Johnson City, TN 37604**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.879**

Nonpriority creditor's name and mailing address

**Henderson, Ruth**
**137 Tanner Way**
**Orland, CA 95963**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.880**

Nonpriority creditor's name and mailing address

**Henderson, William Vance**
**1177 Anethyst Street**
**Mentone, CA 92359**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.881**

Nonpriority creditor's name and mailing address

**Hendricks, Bradley**
**13192 S Midlake Court**
**Draper, UT 84020**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.882**

Nonpriority creditor's name and mailing address

**Hendricks, Cleo J**
**13192 S Midlake Court**
**Draper, UT 84020**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.883** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Hendricks, Jeffery Dee**
**765 North 880 East**
**Springville, UT 84663**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.884** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Hendricks, Lloyd Kevin**
**6274 West City Vistas Way**
**West Valley City, UT 84128**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.885** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Hendrickson, Diane Sue**
**4476 Wanda Lane Rd**
**Columbus, OH 43224**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.886** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Henning , Geraline Bethel**
**255 Honeysuckle Circle**
**Prescott, AR 86301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.887** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Henning , Jamie Lea**
**255 Honeysuckle Circle**
**Prescott, AR 86301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.888** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Henriksen, Jenelle**
**3406 E Harvard Ct**
**Visalia, CA 93292**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.889** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Henry , Shari June**
**125 Lakeshore Dr S**
**Lake Quivira, KS 66217**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.890**

**Nonpriority creditor's name and mailing address**

Henry, Lionel Richard
2021 Applegate St. #2
Philomath, OR 97370

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.891**

**Nonpriority creditor's name and mailing address**

Henry, William Robert
3391 W 4525 S
West Haven, UT 84401

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.892**

**Nonpriority creditor's name and mailing address**

Herbert Smith
285 Noland Dr
Hamilton, MT 59840

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.893**

**Nonpriority creditor's name and mailing address**

Hermann, Veronica
2344 Hurley Way
Sacramento, CA 95825

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.894**

**Nonpriority creditor's name and mailing address**

Herredia, Yolanda
2484 82nd Ave. Se
Salem, OR 97317

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.895**

**Nonpriority creditor's name and mailing address**

Hess, Hilda Diane
1647 W 4575 S
Roy, UT 84067

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.896**

**Nonpriority creditor's name and mailing address**

Hess, William
PO Box 813 Ocean Shores
Gray Harbor County, WA 98569

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor  **Project Neptune, LLC**
_____    Case number (if known) _____
Name

---

**3.897**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is: Check all that apply.            Unknown

Hiatt Jr, Roger Lew            ■ Contingent
10047 Bushrod Cove
Collierville, TN 38017            ■ Unliquidated

Date(s) debt was incurred **0**            ■ Disputed

Last 4 digits of account number __            Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.898**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is: Check all that apply.            Unknown

Hiatt, NellAnn            ■ Contingent
80 Little Bay Rd
Newington, NH 03801            ■ Unliquidated

Date(s) debt was incurred **0**            ■ Disputed

Last 4 digits of account number __            Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.899**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is: Check all that apply.            Unknown

Hickey, Marlene R            ■ Contingent
6 Hilltop Ct
Troy, NY 12182            ■ Unliquidated

Date(s) debt was incurred **0**            ■ Disputed

Last 4 digits of account number __            Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.900**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is: Check all that apply.            Unknown

Hielscher , Brenda Carol            ■ Contingent
14017 Knollwood Dr
Sterling Heights, MI 48312            ■ Unliquidated

Date(s) debt was incurred **0**            ■ Disputed

Last 4 digits of account number __            Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.901**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is: Check all that apply.            Unknown

Hightower, David            ■ Contingent
6 Crystal Creek Trail
Austin, TX 78737            ■ Unliquidated

Date(s) debt was incurred **0**            ■ Disputed

Last 4 digits of account number __            Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.902**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is: Check all that apply.            Unknown

Hill , Diana            ■ Contingent
12801 S Bellagio Way
Herriman, UT 84096            ■ Unliquidated

Date(s) debt was incurred **0**            ■ Disputed

Last 4 digits of account number __            Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.903**  Nonpriority creditor's name and mailing address            As of the petition filing date, the claim is: Check all that apply.            Unknown

Hill, Robert Thomas            ■ Contingent
12797 Via Moura
San Diego, CA 92128            ■ Unliquidated

Date(s) debt was incurred **0**            ■ Disputed

Last 4 digits of account number __            Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Project Neptune, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.904** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Himle, Becky Ann
1127 Mendocino Way
Redlands, CA 92374

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.905** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Hines, Geary
3003 Surreywood C
Duncan, OK 73533

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.906** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Hingst , Patricia Mary
2886 Colleen Dr
Canyon Lake, TX 78133

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.907** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Hintze, Joel
3618 Santa Anita Dr
St. George, UT 84790

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.908** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Hippely , Christina
14850 Meadow Lark Lane
Middlefield, OH 44062

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.909** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Hixson , Ben Tyler
125 Glen Abby Lane
Alabaster, AL 35007

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.910** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Ho, Victor Viet
1045 Sloat Blv
San Fransico, CA 94132

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**

Name

Case number (*if known*) _____

---

| 3.911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Hoang, Khanh Tien**
**504 210th St. Se**
**Bothell, WA 98021**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Hobbs, Bradley Howard**
**4938 Vintage Ln**
**Idaho Falls, ID 83406**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Hobbs, Jill Louise**
**2165 Cavalero**
**Idaho Falls, ID 83406**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Hoche , Cristine Barbara**
**PO Box 23313**
**Glade Park, CO 81523**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Holbo , Valerie Anne**
**11475 Highway 66**
**Ashland, OR 97520**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Holdaway , Barbara**
**11477 S Markridge Cir**
**South Jordan, UT 84095**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Holdaway, David**
**1055 N 500 E**
**Pleasant Grove, UT 84062**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Project Neptune, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Holland, Michelle Kay**
**PO Box 2721278**
**Papakura, New Zealand 02244-0000**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Holman , Breeze Corinne**
**160 South Oak Street #105**
**Sisters, OR 97759**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Holt , Ronald Maynard**
**P.O. Box 403**
**Ridgeway, VA 24148**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Holtzman , Charles William**
**11137 Arrowhead Drive**
**Grafton, OH 44044**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Hone, MaLesa Lynn**
**587 S 1600 E**
**Spanish Fork, UT 84660**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Hooper, William James**
**4427 Canadian River Dr**
**Sugar Land, TX 77478**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Hopkins , Denise Eileen**
**662 Waters Edge Drive**
**Clarkeville, GA 30523**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.925**

**Nonpriority creditor's name and mailing address**

**Hopkins , Kathleen A**
**1521 West Dean Road**
**Temperance, MI 48182**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.926**

**Nonpriority creditor's name and mailing address**

**Horn , Patricia**
**1600 Firestone Park Way**
**Akron, OH 44301**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.927**

**Nonpriority creditor's name and mailing address**

**Horner, David**
**3 Blu Harbor Blvd Unit 440**
**Redwood City, CA 94063**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.928**

**Nonpriority creditor's name and mailing address**

**Horwood , Heather Lynn**
**6170 North Duxbury Pier Place**
**Garden City, ID 83709**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.929**

**Nonpriority creditor's name and mailing address**

**Houx , Kay Lynne**
**6572 S Hardin Rd**
**Harrod, OH 45850**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.930**

**Nonpriority creditor's name and mailing address**

**Howard , Douglas**
**1423 Park Place #10**
**Santa Barbra, CA 93103**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.931**

**Nonpriority creditor's name and mailing address**

**Howard , Phyllis June**
**33767 Hunters Point Rd**
**Farmington Hills, MI 48331**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.932**

**Nonpriority creditor's name and mailing address**
Hu, Jing Yao
438 Los Encinos Avenue
San Jose, CA 95134

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.933**

**Nonpriority creditor's name and mailing address**
Hudson , Harold
1488 Columbine Dr
Tupelo, MI 38801

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.934**

**Nonpriority creditor's name and mailing address**
Hudspeth , Janet Louise
1325 East Fox Hill Dr Apt 203
Fresno, CA 93720

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.935**

**Nonpriority creditor's name and mailing address**
Hulme, Jared William
2949 South Galcier Bay Way
Meridian, ID 83642

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.936**

**Nonpriority creditor's name and mailing address**
Hults , Christie Marie
286 Pavilion Circle
Saratoga Springs, UT 84045

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.937**

**Nonpriority creditor's name and mailing address**
Humphries, Chickita Domonique
12668 Sheffield Walk Ln
Jacksonville, FL 32226

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.938**

**Nonpriority creditor's name and mailing address**
Hunt, Timathie Joe
2112 Ea 6225 So
Ogden, UT 84403

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor __Project Neptune, LLC_____  Case number (if known) _____
      Name

---

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hunter , George John**
**8026 East Del Joya Dr**
**Scottsdale, AZ 85258**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** |

**Hunter, Richard**
**60 Rivas Ave**
**San Francisco, CA 94132**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** |

**Huntington, Mark K**
**1134 East 3325 North**
**Layton, UT 84040**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** |

**Huppe , John Joseph**
**PO Box 99**
**Wells, AE 04090**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** |

**Huppenthal , Terry**
**11886 North Michelle Drive**
**Wheatfeild, ID 46392**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** |

**Hurl , Margaret**
**296 Hazen Rd**
**Sharpsville, PA 16150**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** |

**Hurley , Nina Althea**
**296 Hazen Rd**
**Sharpsville, PA 16150**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Unknown**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.946**

**Nonpriority creditor's name and mailing address**

**Hustler , Lysbeth A**
**PO Box 1283**
**Edmonds, WA 98020**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.947**

**Nonpriority creditor's name and mailing address**

**Hutchinson II, Ralph Henry**
**53 Blanchard Road**
**Cumberland, ME 04021**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.948**

**Nonpriority creditor's name and mailing address**

**Hyrum Jay Adams**
**663 South Five Sisters Dr**
**St George, UT 84790**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.949**

**Nonpriority creditor's name and mailing address**

**Hyrum Morris**
**3111 W Church St**
**Thatcher, AZ 85552**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.950**

**Nonpriority creditor's name and mailing address**

**Illig, Tauniecia Kristene**
**3220 So Proctor St**
**Tacoma, WA 98409**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.951**

**Nonpriority creditor's name and mailing address**

**Ingle, Harris W**
**403 Turner Dr**
**Benicia, CA 94510**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.952**

**Nonpriority creditor's name and mailing address**

**Ingram , Billie Jean**
**2709 Post Oak Dr**
**Ruston, LA 71270**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.953** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ipsen-Borgersen, Erin Rae**
**1173 Forest Street**
**St Paul, MN 55106**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.954** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Iriarte, Gloria**
**819 Sawtelle Ave**
**San Diego, CA 92114**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.955** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Irvine , Carol Diane**
**2495 Viva Dr**
**Idaho Falls, ID 83402**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.956** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Irving , Helen Christine**
**7117 South West Archer Road Lot 2207**
**Gainesville,, FL 32608**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.957** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Isaacson, Kim Dee**
**833 Royal Oak Ct**
**Farmington, UT 84025**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.958** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Isabel Dominguez**
**2623 N 6th St**
**Orlando, FL 32820**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.959** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Isfeld, Joyce Elaine**
**8941 Mint Ave**
**West Minister, CA 92683**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Ison , Karen Jean**
**1949 N Vista Park Circle**
**Washington, UT 84780**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Izaguirre , Rosalinda**
**1728 South Olson Street**
**Kennewick, WA 99338**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Jabbora, John Lee**
**106 Dieienger Street**
**Vallejo, CA 94589**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Jackson , Cassandra**
**204 Delchester Dr**
**Elgin, SC 29045**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Jackson, Rebekah Nicole**
**320 East Seaview Dr.**
**Duck Key, FL 33050**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Jacqueline Faye Oliveri**
**PO Box 570085**
**Tarzana, CA 91357**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.966 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Jaime Lynn Hasler**
**6509 Carissa ave**
**Riverside, CA 92504**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | __Project Neptune, LLC__ | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

---

**3.967**

**Nonpriority creditor's name and mailing address**

Jake Hinkins
4918 W. Dock Street
South Jordan, UT 84009

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **$30,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Secured Promissory Note (not perfected)__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.968**

**Nonpriority creditor's name and mailing address**

Jakubowski , Janelle Margaret
6 N 332 Rohlwing Road
Itasca, IL 60143

**Date(s) debt was incurred** __0__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Canceled Trip__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.969**

**Nonpriority creditor's name and mailing address**

Jambon Sr., Larry
328 Cottenwood Drive
Gretna, LA 70056

**Date(s) debt was incurred** __0__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Canceled Trip__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.970**

**Nonpriority creditor's name and mailing address**

James , Elizabeth A
9161 Rosewater Lane
Jacksonville, FL 32256

**Date(s) debt was incurred** __0__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Canceled Trip__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.971**

**Nonpriority creditor's name and mailing address**

James Anderson

**Date(s) debt was incurred** __0__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Canceled Trip__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.972**

**Nonpriority creditor's name and mailing address**

James Daniel Morgan
260 N Mountain Rd
Fruit Heights, UT 84037

**Date(s) debt was incurred** __0__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Canceled Trip__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.973**

**Nonpriority creditor's name and mailing address**

James Flanagan
5267 Farm Station Way
West Valley, UT 84120

**Date(s) debt was incurred** __0__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Canceled Trip__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Project Neptune, LLC**
_____
Name                                                      Case number (if known) _____

---

| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**James Haddock**
**214 Lennon Camp Rd**
**Monroe, LA 71203**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**James Moore**
**266 CR2133**
**Valley View, TX 76272**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jane Gardner Stoddard**
**2004 Two Mile Rd**
**Grace, ID 83241**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Janeen Diamond**
**409 South 720 East**
**American Fork, UT 84003**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Janet Smith**
**3298 Wrenwood Ave.**
**Clovis, CA 93619**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Janett S Borg**
**Po Box 570131**
**Sigurd, UT 84657**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Janice Davis**
**2201 E White Hawk St**
**Meridian  83646**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Janice Lee Tanner**
**2044 w 8870 s**
**W Jordan, UT 84088**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Janice Lucherini-Cole**
**7936 So. 2200 W**
**West Jordan, UT 84088**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Janice Padula**
**105 Bushtale Court**
**Milford, PA 18337**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Janine Dixler**
**821 West Oakview Drive**
**Peoria, IL 61615**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Janszen , MaryClaire**
**360 Killarney Bay Court**
**Winterpark, FL 32789**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jarvis, Terry Black**
**1111 Harlan Rd**
**Navasota, TX 77868**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jason Hales**
**65 N main unit 667**
**Tooele, UT 84074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number __

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.988**

**Nonpriority creditor's name and mailing address**

**Javier , Nora Silvia**
**9022 Ferndale View Dr**
**Houston, TX 77064**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.989**

**Nonpriority creditor's name and mailing address**

**Jean Bailey**
**1131 Meadow Spring Court**
**Kissimmee, FL 34744**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.990**

**Nonpriority creditor's name and mailing address**

**Jean Connor**
**1007 3rd Street SouthEast**
**Conover, NC 28613**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.991**

**Nonpriority creditor's name and mailing address**

**Jeananne Hornbarger**
**2791 South Conestoga Rd**
**Apache Junction, AZ 85119**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.992**

**Nonpriority creditor's name and mailing address**

**Jeanne Hagan**
**39454 Evergreen Drive**
**Avon, OH 44011**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.993**

**Nonpriority creditor's name and mailing address**

**Jefferson Roy Robison**
**4826 Nolan St**
**Jacksonville, FL 32254**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.994**

**Nonpriority creditor's name and mailing address**

**Jeffrey Peterson**
**1970 N 1475 E**
**Lehi, UT 84043**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.995** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jeffrey Welliver
396 Mosteller Road
Montoursville, PA 17754

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.996** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jena McClure
757 W Jordan Creek Dr
South Jordan, UT 84095

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.997** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jenkins , Mitzi
18760 142nd Street
Hamburg, MN 55339

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.998** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jenkins, Diane Holley
1367 West Temple Vista Lane
South Jordan, UT 84095

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.999** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jennifer Hales
430 E 100 N
Logan, UT 84321

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1000** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Jennifer West
c/o Darrel Bostwick
10528 Hemisphere Court
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1001** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Jennings, Diane Irene
16144 Hackney Dr
Orland Park, IL 60467

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Project Neptune, LLC**
_____
Name

Case number (*if known*)  _____

| 3.100<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jensen , Dana Jessica**
**3061 Pomelo Cr**
**Norman, OK 73071**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jensen , Karen Adell**
**P.O Box 51002**
**Provo, UT 84605**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jensen, Larry**
**6516 White Tiger Ct**
**Las Vegas, NV 89130**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jensen, Rahn Margret Galster**
**10812 25th Drive Se**
**Everett, WA 98208**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jephson, John**
**467 E 1000 S**
**Pleasant Grove, UT 84062**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jerrilyn Roush**
**198 E. Backhand Ln.**
**Lehi, UT 84043**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

**Jerry Gowen**
**13568 S. Fireback Dr.**
**Riverton, UT 84065**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

**Jesus Alvarez**
**3287 East Stone Ct.**
**Eagle Mountain, UT 84005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **$80,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Secured Promissory Note (not perfected)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

**Jil Cornaby**
**3327 N 1750 E**
**Layton, UT 84040**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

**Jill Hobbs**
**2165 Cavalero**
**Idaho Falls, ID 83406**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

**Jimenez, Iluminado D**
**8661 Octans St**
**San Diego, CA 92126**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

**Jimenez, Jose**
**1606 Apt 9 Montecito**
**Ramona, CA 92065**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

**Jo Ann Porter Wiseman**
**1985 n 1800 E**
**Layton, UT 84040**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

**Joan Kimber**
**150 E 975 S**
**Layton, UT 84041**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

**Joan Reyes**
**1948 Glentana st**
**Simi Valley, CA 93065**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 7**

**Nonpriority creditor's name and mailing address**

**John Dyer**
**1641 Rat Pack Ave**
**Henderson, NV 89002**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

**John Heaton**
**265 Country Club DR**
**Calimesa, CA 92320**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

**John Metcalf**
**11551 Cassowary dr**
**Sandy, UT 84092**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.102 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Johns , James**
**4939 Highway 19 South**
**Meridian, MS 39301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.102 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Johnson , Heather**
**870 E 3550 N**
**Ogden, UT 84414**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.102 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Johnson , Parl**
**P.O Box 970004**
**Orem, UT 84097**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.102 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Johnson , Patricia Quinby-Amon**
**5840 Broadwell Drive**
**Plano, TX 75093**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.102 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Johnson, Allyson Peay**
**19306 135 Ave Se**
**Renton, WA 98058**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.102 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Johnson, Dawn Marie**
**1437 Church Street Apt B**
**Kingsburg, CA 93631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.102 6**

**Nonpriority creditor's name and mailing address**

**Johnson, Joceylyn M**
**2732 Fashion Dr**
**Corona, CA 92883**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102 7**

**Nonpriority creditor's name and mailing address**

**Johnson, Karen E**
**481 E Center St**
**Logan, UT 84321**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

**Johnson, Katherine Erva**
**47 N Beacon Dr**
**Cedar City, UT 84720**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

**Johnson, KayLynn Wilkinson**
**37 East 750 South**
**St. George, UT 84770**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

**Johnson, Mary**
**1920 E 70 So**
**Heber City, UT 84032**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

**Joiner , Otis Wayne**
**3701 40TH Ave E**
**Palmetto, FL 34221**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.103
2**

**Nonpriority creditor's name and mailing address**

**Jolynn Udy**
**243 East 330 North**
**North SLC, UT 84054**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.103
3**

**Nonpriority creditor's name and mailing address**

**Jon Sipos**
**7553 Eagles Flight Lane**
**Fort Meyers, FL 33912**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.103
4**

**Nonpriority creditor's name and mailing address**

**Jon Warren**
**661 97th Ave**
**Naples, FL 34108**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.103
5**

**Nonpriority creditor's name and mailing address**

**Jon Wayne Jepperson**
**772 S Cresole**
**ST GEORGE, UT 84770**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.103
6**

**Nonpriority creditor's name and mailing address**

**Jonell O'Brien**
**10022 Ramblin River Rd**
**San Antonio, TX 78251**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.103
7**

**Nonpriority creditor's name and mailing address**

**Jones , Janice Rae**
**PO Box 221**
**Batavia, OH 45103**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | | Case number (*if known*) | |
| | Name | | | |

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Jones , Kimberly M** | ■ Contingent | |
| | **625 North 24th Street** | ■ Unliquidated | |
| | **Allantown, PA 18104** | ■ Disputed | |
| | **Date(s) debt was incurred 0** | | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Canceled Trip** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Jones , Sidney Arthur** | ■ Contingent | |
| | **919 E 13800 S** | ■ Unliquidated | |
| | **Draper, UT 84020** | ■ Disputed | |
| | **Date(s) debt was incurred 0** | | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Canceled Trip** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Jones , Susan Marie** | ■ Contingent | |
| | **808 Delong St** | ■ Unliquidated | |
| | **Pikerington, OH 43147** | ■ Disputed | |
| | **Date(s) debt was incurred 0** | | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Canceled Trip** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.104 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Jones, Gerri Lynn** | ■ Contingent | |
| | **26507 172 Place Se** | ■ Unliquidated | |
| | **Covington, WA 98042** | ■ Disputed | |
| | **Date(s) debt was incurred 0** | | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Canceled Trip** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Jones, Sandra Lee** | ■ Contingent | |
| | **4609 Blossom Glen Way** | ■ Unliquidated | |
| | **Roy, UT 84067** | ■ Disputed | |
| | **Date(s) debt was incurred 0** | | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Canceled Trip** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.104 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Jonnel Kelley** | ■ Contingent | |
| | **23130 East Nowlin rd** | ■ Unliquidated | |
| | **Midland, SD 57552** | ■ Disputed | |
| | **Date(s) debt was incurred 0** | | |
| | **Last 4 digits of account number _** | **Basis for the claim:  Canceled Trip** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor   **Project Neptune, LLC**                                Case number *(if known)* _____
_____
Name

| 3.104 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joodi, Rhonda**
**8 Beachfront Trail**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.104 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jordan Gardner Stoddard**
**920 River Rd**
**Grace, ID 83241**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.104 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Jorgensen , Tate**
**6618 Craigway Rd**
**Spring, TX 77389**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.104 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Glade Holyoak**
**5050 State Highway 303**
**Bremerton, WA 98311**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.104 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Paulos**
**9107 West Russell Road**
**Las Vegas, NV 89148**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Breach of Settlement Agreement**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.104 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Paulos**
**9107 West Russell Rd**
**Las Vegas, NV 89148**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

**Joseph Pearce**
**3314 S Hunter Villa Unit B**
**West Valley, UT 84128**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

**Joseph William Myrer**
**1407 W 1100 N**
**Provo, UT 84604**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.105 2**

**Nonpriority creditor's name and mailing address**

**Joyce Kelley**
**6061 Silver King Blv 806**
**Cape Coral, FL 33914**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

**Joyce Maxwell**
**8 Antwerp Drive Apt 1**
**Castleton, NY 12033**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

**Juanita Giles**
**720 E 1500 N**
**Bountiful, UT 84010**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

**Juarez, Kathleen Kindt**
**7143 E Keynote St**
**Long Beach, CA 90808**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**
_____   Case number (if known) _____
    Name

---

3.105
6

**Nonpriority creditor's name and mailing address**

**Judge , Lisa Marie**
**525 Overlake Drive East**
**Medina, WA 98039**

**Date(s) debt was incurred 0**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.105
7

**Nonpriority creditor's name and mailing address**

**Judith A Scott**
**733 W Division Road**
**Clinton, MO 64735**

**Date(s) debt was incurred 0**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.105
8

**Nonpriority creditor's name and mailing address**

**Judith Ericson**
**79 Sugar Creek Place**
**Woodway, TX 76712**

**Date(s) debt was incurred 0**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.105
9

**Nonpriority creditor's name and mailing address**

**Judith Harvey**
**2118 Davison Ave**
**Richland, WA 99354**

**Date(s) debt was incurred 0**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.106
0

**Nonpriority creditor's name and mailing address**

**Judy Thompson**

**Date(s) debt was incurred 0**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.106
1

**Nonpriority creditor's name and mailing address**

**Julie Brown**
**1900 NE 3RD ST STE 106-233**
**Bend, OR 97701**

**Date(s) debt was incurred 0**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.106 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julie G Davis**
**7518 n Hwy 91**
**Smithfield, UT 84335**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julie Hafen**
**2144 Hafen lane**
**Santa Clara, UT 84765**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julie Hafen**
**2144 Hafen lane**
**Santa Clara, UT 84765**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julie Hafen**
**2144 Hafen lane**
**Santa Clara, UT 84765**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julie Sorensen**
**2458 E Riley dr**
**Eagle mountain, UT 84005**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Junko Reynolds**
**1345 Colie Branham Rd**
**Lugoff, SC 29078**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Project Neptune, LLC**                                          Case number (*if known*) _____
_____
Name

---

| 3.106<br>8 | **Nonpriority creditor's name and mailing address**<br>**Junko Reynolds**<br>1345 Colie Branham Rd<br>Lugoff, SC 29078 | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>9 | **Nonpriority creditor's name and mailing address**<br>**Justice , Patricia J**<br>1600 Ridgehaven Rd<br>Richmond, VA 23229 | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>0 | **Nonpriority creditor's name and mailing address**<br>**Justin Johnsen**<br>3270 south Monte Verde dr<br>SLC, UT 84109 | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>1 | **Nonpriority creditor's name and mailing address**<br>**Justin Johnsen**<br>3270 south Monte Verde dr<br>SLC, UT 84109 | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>2 | **Nonpriority creditor's name and mailing address**<br>**Justin Stoddard**<br>P.O. Box 312<br>Grace, ID 83241 | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107<br>3 | **Nonpriority creditor's name and mailing address**<br>**Justus, William E**<br>271 Birch Heaven Dr<br>Sagle, ID 83860 | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Project Neptune, LLC**                                          Case number (if known) _____
_____
Name

| 3.107 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kammeyer , Adele Gibson**
**4902 Apache Way**
**Ogden, UT 84403**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip/Dismissed Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kane, Vickie A**
**1707 Ivy Church Rd**
**Maiden, NC 28650**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Karen Ballard**
**875 Sun rise dr**
**Garner, NC 27529**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Karen Jensen**
**P.O Box 51002**
**Provo, UT 84605**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Karen Johnson**
**1954 n 420 e**
**North Logan, UT 84341**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Karen Price**
**po box 501063**
**San Diego, CA 92150**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Project Neptune, LLC**
Name

Case number (*if known*)

---

3.108 0

**Nonpriority creditor's name and mailing address**
**Karen Sawatzki**
**708 W 240 S**
**Lehi, UT 84043**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.108 1

**Nonpriority creditor's name and mailing address**
**Karen Stastny**
**1047 north Berkshire dr**
**Washington, UT 84780**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.108 2

**Nonpriority creditor's name and mailing address**
**Karl Hiatt**
**3418 East Incanto**
**Mesa, AZ 85213**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.108 3

**Nonpriority creditor's name and mailing address**
**Karla Ann Stephanie Trim**
**2033 Double Springs Place**
**Monroe, GA 30656**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.108 4

**Nonpriority creditor's name and mailing address**
**Karla Lawson**
**849 Maplewood DR**
**Idaho Falls, Idaho 83401-0000**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.108 5

**Nonpriority creditor's name and mailing address**
**Karleen Hadlock Bechtel**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108
6**

**Nonpriority creditor's name and mailing address**

**Kartchner, Melissa**
**12433 N Wildflower Lane**
**Highland, UT 84003**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108
7**

**Nonpriority creditor's name and mailing address**

**Karydas , Paul Jude**
**3716 Colgate St**
**Houston, TX 77087**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108
8**

**Nonpriority creditor's name and mailing address**

**Kass , Monique A**
**4922 East Mendoza Ave**
**Mesa, AZ 85209**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108
9**

**Nonpriority creditor's name and mailing address**

**Kathleen Bassford**
**2692 Back Mountain Rd**
**Winchester, VA 22602**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109
0**

**Nonpriority creditor's name and mailing address**

**Kathleen Butt**
**2326 N 1085 W**
**Layton, UT 84041**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109
1**

**Nonpriority creditor's name and mailing address**

**Kathleen Coleman**
**35192 Hogan Dr**
**Beaumont, CA 92223**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**                                    Case number (*if known*) _____
         _____
         Name

---

| 3.109 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathleen Williams Price**
**268 Joshua Cir**
**Washington, UT 84780**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathryn B Powell**
**4981 Grapevine Dr**
**St George, UT 84790**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathryn Rademaker**
**300 West Bethasda Rd**
**Burleson, TX 76028**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathryn Sargent Cornwall**
**8155 Owens Way**
**Arvada, CO 80005**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathryn Scott**
**718 Sunny Grove Lane**
**Glendora, CA 91741**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kathryn Stuard**
**2216 Cimmaron Drive**
**Midland, TX 79705**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1098**

**Nonpriority creditor's name and mailing address**

**Keith Lundberg**
**4832 Desert Varnish Dr**
**Colorado Springs, CO 80922**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1099**

**Nonpriority creditor's name and mailing address**

**Keith Steib**
**57112 Rille Castle Lan**
**Las Vegas, NV 89130**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1100**

**Nonpriority creditor's name and mailing address**

**Kellenberger , Irene Mildred**
**773 Grand Canal Drive**
**Kissimmee, FL 34759**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1101**

**Nonpriority creditor's name and mailing address**

**Keller , Sean Lee**
**334 Great Lawn Dr**
**Summerville, SC 29486**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1102**

**Nonpriority creditor's name and mailing address**

**Keller, Ann Alice**
**5730 Calpine Dr**
**San Jose, CA 95123**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1103**

**Nonpriority creditor's name and mailing address**

**Kelley , Michael**
**3095 Greenspring Ln**
**Rochester Hills, MI 48309**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.110 4 |
|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

**Kelley , Sharon**                                                 ◼ Contingent
**1212 S Grand Ave W Unit B 126**
**Springfield, IL 62704**                                           ◼ Unliquidated

**Date(s) debt was incurred  0**                                    ◼ Disputed

**Last 4 digits of account number _**                               **Basis for the claim:**  **Canceled Trip**

                                                                    Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.110 5 |
|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

**Kelley, Christina**                                               ◼ Contingent
**3011 Esplanade**
**Mansfield, TX 91107**                                             ◼ Unliquidated

**Date(s) debt was incurred  0**                                    ◼ Disputed

**Last 4 digits of account number _**                               **Basis for the claim:**  **Canceled Trip**

                                                                    Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.110 6 |
|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

**Kelley, Joyce**                                                   ◼ Contingent
**6061 Silver King Blv 806**
**Cape Coral, FL 33914**                                            ◼ Unliquidated

**Date(s) debt was incurred  0**                                    ◼ Disputed

**Last 4 digits of account number _**                               **Basis for the claim:**  **Canceled Trip**

                                                                    Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.110 7 |
|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

**Kelly , Linda Lighton**                                           ◼ Contingent
**5601 Beach Rd**
**Medina, OH 44256**                                                ◼ Unliquidated

**Date(s) debt was incurred  0**                                    ◼ Disputed

**Last 4 digits of account number _**                               **Basis for the claim:**  **Canceled Trip**

                                                                    Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.110 8 |
|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

**Kelly , Sarah Frances**                                           ◼ Contingent
**2061 West Glentree Drive**
**Lomita, CA 90717**                                                ◼ Unliquidated

**Date(s) debt was incurred  0**                                    ◼ Disputed

**Last 4 digits of account number _**                               **Basis for the claim:**  **Canceled Trip**

                                                                    Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.110 9 |
|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

**Kelly Kupiec**                                                    ◼ Contingent
**113 Teal Street**
**St. Rose, LA 70087**                                              ◼ Unliquidated

**Date(s) debt was incurred  0**                                    ◼ Disputed

**Last 4 digits of account number _**                               **Basis for the claim:**  **Canceled Trip**

                                                                    Is the claim subject to offset? ◼ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

**Kelly, Helen**
**1923 S Palamar Ct**
**Nampa, ID 83686**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

**Kelly, Marlene**
**1822 S 910 W Unit C**
**Syracuse, UT 84075**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 2**

**Nonpriority creditor's name and mailing address**

**Kennedy , Robert Griffith**
**473 Millcreek Drive**
**Littleton, NC 27850**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 3**

**Nonpriority creditor's name and mailing address**

**Kenneth Oveson**
**1235 w Vista View Dr**
**Washington, UT 84780**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 4**

**Nonpriority creditor's name and mailing address**

**Kenneth Pugh Jr.**
**6032 so Lakeside Dr**
**SLC, UT 84121**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 5**

**Nonpriority creditor's name and mailing address**

**Kenneth Snow**
**891 W 680 N**
**St George, UT 84770**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Project Neptune, LLC**                                    Case number (*if known*) _____
                Name

---

| 3.111 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kent Blaine Buckner**
**5254 W Woodledge Ave**
**West Valley, UT 84120**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.111 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kevin Robinson**
**1041 Via Canale**
**Henderson, NV 89011**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.111 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Keyes, Angela**
**4657 W 9900 N**
**Cedar Hills, UT 84062**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.111 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Keyworth, Christine**
**1066 Riggs St**
**Fort Charlotte, FL 33952**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.112 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Keyworth, Christine**
**1066 Riggs St**
**Fort Charlotte, FL 33952**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.112 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kibby , Nancy**
**4159 Griffin Road**
**Syracuse, NY 13215**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor   **Project Neptune, LLC**                                         Case number (if known)
_____
Name

---

| 3.112 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kienholz, Stephen Roy**
**4603 Ridgewest Dr East**
**Laketapps, WA 98391**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kilpatrick, Dianna Little**
**3105 Myrtle St**
**Edisto Beach, SC 29438**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kimberlee Jean Marsh Solipo**
**382 N 450 E**
**Bountiful, UT 84010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kimberly Allen Eyre**
**1201 Madrona St N**
**Twin Falls, ID 83301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kimberly Babcock**
**16621 e Indiana Ave apt c101**
**Spokane valley, WA 99216**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kimberly DeVries**
**14248 S 6600 W**
**Herriman, UT 84096**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**                                              Case number (if known) _____
         _____
         Name

| 3.112 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kimberly Ruth Gordacan**
**1144 Senoma Ave Suite 101**
**Santa Rosa, CA 95405**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number __**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kincaid , Donald E**
**603 Briarcreek Road**
**Gastonia, NC 28056**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number __**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**King , Ernest Jupp**
**1056 Kismet Avenue**
**Stillwater, MN 55082**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number __**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**King, Preston**
**5905 Weston Dr**
**Greensboro, NC 27407**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number __**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kinney , KimberLee**
**312 E Auburn Ave**
**Bellefontaine, OH 43311**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number __**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kinnibrugh , Beverly**
**3701 Arthurs Cir**
**Abilene, TX 79606**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number __**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.113 4**

**Nonpriority creditor's name and mailing address**

**Kirk , Barbara F**
**114 Cherry Laurel Drive**
**Jupiter, FL 33458**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 5**

**Nonpriority creditor's name and mailing address**

**Kirkland, Cynthia Blair**
**577 Summertree Drive**
**Livermoore, CA 94551**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 6**

**Nonpriority creditor's name and mailing address**

**Kitei , Lynne Dumin**
**4015 East Flynn Lane**
**Paradise Valley, AZ 85253**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 7**

**Nonpriority creditor's name and mailing address**

**Kivlin , Kathleen Ann**
**S7540 Ridgewood Drive**
**EauClaire, WI 54701**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

**Klein , Rebecca Ruth**
**88827 Hill Rd**
**Noti, OR 97461**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

**Klein, Denise**
**1674 Lone Oak Rd**
**Vista, CA 92084**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

**Klugman, Uri**
**26072 Red Correll**
**Laguna Hills, CA 92653**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

**Knapp , Brent**
**130 Jellico Cir**
**South Lake, TX 76092**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

**Knowlton , Kristy**
**18401 Purcht**
**Torrence, CA 90504**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

**Knutsen, Sarah**
**3247 Willowgate Pass**
**Colgate, Wisconsin 53017-0000**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

**Koehne , Marjorie Ellen**
**800 Wren Ct**
**Forney, TX 75126**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114 5**

**Nonpriority creditor's name and mailing address**

**Koloneita Iongi**
**6080 West Park Lane**
**West Valley, UT 84118**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

**Kopp , Rachele Mildred**
**113 Rockport Ridge Way**
**Cary, NC 27519**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**Kornbluh, Sheila Ruth**
**1800 So Ocean Blvd #804**
**Pompano Beach, FL 33062**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**Kowalski , Christina Cecille**
**3525 Terin Court**
**Punta Gorda, FL 33950**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**Kracht , Dennis Lee**
**1147 Us Highway 77**
**Marysville, KS 66508**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**Kraig Ellis**
**935 E 11150 S**
**Sandy, UT 84094**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**Kreiner, Shawn**
**P.O. Box 435**
**Mount Gretna, PA 17064**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**
_____     Case number (if known) _____
Name

---

| 3.115<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Kremling, Barry Wayne**
**PO Box 235**
**Gonzalez, TX 78629**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Kristiann Huntington**
**2603 E Encanto St**
**Mesa, AZ 85213**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Kristin Stroud**
**2680 N 50 E Apt D**
**North Ogden, UT 84414**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Kristine Philips**
**P.O. Box 9101**
**Salt Lake City, UT 84109**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Kristofor Peters**
**17408 Gulf Blv Apt 1401**
**Redington Shores, FL 33708**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Kroeger, Terre Lynn**
**711 West Broadway**
**Maumee, OH 43537**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim: **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

**Kroskie , Edward Wayne**
**4815 Saint Medan Drive**
**Westerville, OH 43082**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

**Krueger , Kristine**
**12597 West Blackstone Ln**
**Peoria, AZ 85383**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

**Kruse , Shirley Kay**
**13642 Old Gate Dr**
**Pickerington, OH 43147**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

**Krzymowski, David Kent**
**168 E 1000 S**
**Ephraim, UT 84627**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 2**

**Nonpriority creditor's name and mailing address**

**Kumer , William Bernard**
**P.O. Box 1450**
**Minden, NV 89423**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

**Kundrot, Patricia Emily**
**315 133rd Street East**
**Bardenton, Fl 34212**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kunefke , John Raymond**
**16493 Sandell Rd**
**Hamshire, TX 77622**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kupiec , Kelly Sue**
**113 Teal Street**
**St. Rose, LA 70087**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kusy , Sandra Marie**
**113 Teal Street**
**St. Rose, LA 70087**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kuzmich, Kaye Murphy**
**7622 E Manana Dr**
**Scottsfield, AZ 85255**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kyle , Linda Beth**
**6216 North Church Ave**
**Tampa, FL 33614**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kylie Smith**
**1246 south 420 west**
**Salem, UT 84653**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|--------|---------------------|------------------------|--|
| | Name | | |

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

**LaBelle , Christine Louise**
**N 8424 578th Street**
**Coalfax, WI 54730**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

**Lamothe , Nick**
**34001 31ST Ave S**
**Roy, WA 98580**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 2**

**Nonpriority creditor's name and mailing address**

**Landers, Sharon Kay**
**832 No Wekiwa Springs Rd**
**Apopka, FL 32712**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 3**

**Nonpriority creditor's name and mailing address**

**Langfeld , Michelle Martine**
**4627 Helena Street Ne**
**Saint Petersberg, FL 33703**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 4**

**Nonpriority creditor's name and mailing address**

**Langner , Jacqueline Ann**
**355 Park Ave Sw**
**Aiken, SC 29801**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 5**

**Nonpriority creditor's name and mailing address**

**Lanning, Cynthia Segarra**
**1300 Twin Court**
**Placerville, CA 95667**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.117 6**

**Nonpriority creditor's name and mailing address**

**LaPorta Jr, Anthony William**
**3008 Druvor Street**
**Idaho Falls, ID 83402**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.117 7**

**Nonpriority creditor's name and mailing address**

**Laramore , Douglas**
**1301 Redbud Ct**
**Moore, OK 73160**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

**Larkin , Dolores**
**72 North Main Street Suite 300**
**Hudson, OH 44236**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

**LaRose , Nanette Elizabeth**
**2801 Quebec St. Nw Apt 724**
**Washington DC, VA 20008**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

**Larry Clark**
**452 Fairway Dr**
**Midway, UT 84049**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.118 1**

**Nonpriority creditor's name and mailing address**

**Larry Kocherhans**
**708 Woodland Dr**
**Farmington, UT 84025**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor      **Project Neptune, LLC**                                          Case number (*if known*) _____
                          Name

| 3.118 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Larry Scott Corbaley**
**2413 N Rhode Island st**
**Kennewick, WA 99336**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.118 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Larsen , Kevan Crapo**
**1595 County Rd 125**
**Thayne, WY 83127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.118 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Larsen, David Edwin**
**232 Winona Circle**
**Henderson, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.118 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Larson, Gary Gardner**
**4801 Santa Fe Ct**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.118 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lassman , Diane Marie**
**12309 FM 236**
**Victoria, TX 77905**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.118 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lassman , Diane Marie**
**17931 Windy Canyon Ln**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.118 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Laura Brown**
**125 Lakeshore Dr S**
**Lake Quivira, KS 66217**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.118 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Law, Nancy**
**136 Freedom Way**
**Madison, AL 35758**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lawrence , Cathy Lynn**
**665 18th Ave**
**Coobay, OR 97420**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lawrence , Samuel Robert**
**208 Tupelo Lake Dr**
**Summerville, SC 29486**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lawrence Aragon**
**19831 Katy Way**
**Corona, CA 92881**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Leal, Marilou**
**9781 Oma Place**
**Garden Grove, CA 92841**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.119 4**

**Nonpriority creditor's name and mailing address**

**LeAnn Price**
**706 N Star Lane**
**Elkridge, UT 84651**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 5**

**Nonpriority creditor's name and mailing address**

**Leano, Joel**
**152 Lily Bait Circle**
**Sacramento, CA 95834**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 6**

**Nonpriority creditor's name and mailing address**

**Leatham , Scott Dana**
**73 South 600 East**
**Brigham City, UT 84302**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 7**

**Nonpriority creditor's name and mailing address**

**Leawprasert, Nantaporn**
**317 S. Alhambra Ave**
**Monterey Park, CA 91755**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 8**

**Nonpriority creditor's name and mailing address**

**Lebaron , Willa D**
**5534 Elmhurst Dr**
**Trenton, MI 48183**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 9**

**Nonpriority creditor's name and mailing address**

**LeBlanc, Mary Harrison**
**1380 W 310 N**
**Midway, UT 84049**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.120 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Ledford, Clarence Micheal**
**82 Palm Dr**
**Union City, CA 94587**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lee , Dianna**
**75630 London Road**
**Cottage Grove, OR 97424**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lee Evans**
**1029 East Rose Lane**
**Phoenix, AZ 85014**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lee Lowry**
**1129 N 1170 E**
**Orem, UT 84097**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lee Samsel**
**10542 East Kinetic Drive**
**Mesa, AZ 85212**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**LeFevre , Stacy Hewlett**
**2688 South 4010 West**
**Hurricane, UT 84737**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

**Leithe Jr., Erick M**
**3065 68th Avenue Se**
**Mercer Island, WA 98040**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

**Lennon , Charle Hoffman**
**10667 Murchie Mine Road**
**Nevada City, CA 95959**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

**Lent, Terri Susan**
**1186 Caysie Circle**
**Idaho Falls, ID 83402**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 9**

**Nonpriority creditor's name and mailing address**

**Leon Papin**
**11845 E Harvard Ave**
**Sanger, CA 93657**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 0**

**Nonpriority creditor's name and mailing address**

**Leona Mondello**
**2487 E Big View dr**
**Tucson, AZ 85755**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 1**

**Nonpriority creditor's name and mailing address**

**Leopold , Norma Evelyn**
**18952 Northern Dancer Ln**
**Yorba Linda, CA 92886**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.121 2**

**Nonpriority creditor's name and mailing address**

**Lercher, Philip**
**1713 4th St. Ne**
**Auburn, WA 98002**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☐■ No  ☐ Yes

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

**Leslie Jeanne Roth**
**6259 Halehaven Dr**
**Las Vegas, NV 89110**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☐■ No  ☐ Yes

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

**Leslie Roth**
**6259 Halehaven Dr**
**Las Vegas, NV 89110**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☐■ No  ☐ Yes

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

**Lester , Virginia Eileen**
**2770 Seastrand Lane**
**Mount Pleasant, SC 29466**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☐■ No  ☐ Yes

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

**Lewis , Lynn**
**543 Bradbury Rd**
**Monrovia, CA 91016**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☐■ No  ☐ Yes

---

**3.121 7**

**Nonpriority creditor's name and mailing address**

**Lewis Jr, Clarence Carter**
**2864 Longhorn St**
**Ontario, CA 91761**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☐■ No  ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

**Leyburn, Lorie M**
**76 W Main Street**
**Cortland, NY 13045**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

**Licudine , Teri-Kay**
**27386 Capricho**
**Mission Viejo, CA 92692**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

**Liddick , Eugene Albert**
**406 Davis Street**
**Harrisburg, PA 17109**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

**Lidtka, Karen**
**19853 133 Place Se**
**Renton, WA 98058**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 2**

**Nonpriority creditor's name and mailing address**

**Lien , George G.**
**3535 Folly Rd Blvd Apt 218**
**Charelston, SC 29407**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

**Lien, George G**
**3535 Folly Rd Blvd Apt 218**
**Charelston, SC 29407**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Project Neptune, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.122 4**

**Nonpriority creditor's name and mailing address**

**Light , Sylvia Montez**
**11775 S La Cienega Blvd Apt 2442**
**Los Angeles, CA 90045**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 5**

**Nonpriority creditor's name and mailing address**

**Lim, Edwin Yap**
**3231 Vineyard Ave**
**Pleasanton, CA 94566**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

**Linda Brown**
**9336 Cottonwood Wash Rd**
**Pima, AZ 85543**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 7**

**Nonpriority creditor's name and mailing address**

**Linda Jean White Simpson**
**8082 E Autumn Sage Trl**
**Gold Canyon, AZ 85118**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 8**

**Nonpriority creditor's name and mailing address**

**Linda Lester**
**510 E Watercrest Ln**
**Eagle, ID 83616**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

**Lindley , Anita Atchley**
**200 Private Rd 1147**
**Marshall, TX 75672**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**
_____
Name

Case number (*if known*)
_____

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

**Lindorf, Paul**
**2603 East Express Way**
**Eagle Mountain, UT 84005**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

**Unknown**

---

**3.123 1**

**Nonpriority creditor's name and mailing address**

**Lindsay , Karen Judy**
**6207 83RD Ave W**
**University Pl, WA 98467**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

**Unknown**

---

**3.123 2**

**Nonpriority creditor's name and mailing address**

**Lindsay, Rosa**
**5201 S Torrey Pines Dr Unit 1238**
**Las Vegas, NV 89118**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

**Unknown**

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

**Lines , Rosalie Payne**
**6656 E Mountain View Place**
**Yuma, AZ 85365**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

**Unknown**

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

**Linton , Margie Rebecca**
**2631 Mill Race Rd**
**Frederick, MD 21701**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

**Unknown**

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

**Lisa Nuttall**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                                Case number (if known) _____

_____
Name

---

| 3.123 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Lisa Parsons**
**144 Mountain view Dr**
**Berea, KY 40403**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Lisa Young**
**13962 S Rockwell View Lane**
**Draper, UT 84020**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Litchfield , Sharon Kay**
**29846 Woodfield Drive**
**Mackinaw, IL 61755**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Litster , Joseph**
**8350 W. Golse Dr.**
**Boise, ID 83704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Little , Russell Sidney**
**304 Julianna Circle**
**Franklin, TN 37064**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Lockette, Jennifer A**
**15 Vine Terrace Way**
**American Canyon, CA 94503**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.124 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lockridge , Dianne Marie**
**520 Highland Ridge Drive**
**Wylie, TX 75098**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lockwood , Lela**
**111 East Chetnut St. Apt 27 C**
**Chicago, IL 60611**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Loebig , Mary Aileen**
**265 Magnolia Place**
**Pittsburgh, PA 15228**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Loma Lee McKinnon**
**286 Pavilion Circle**
**Saratoga Springs, UT 84045**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lomaz, Teresa Lynn**
**13416 Drysdale Street**
**Spring Hill, FL 34609**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Long , Linda Speights**
**500 North Pine Hill Rd**
**Griffin, GA 30223**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

**Longbrake, Catherine L**
**2925 West Shaw Butte Dr**
**Phoenix, AZ 85029**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

**Lopez, Maria Danette Infante**
**9918 Camcora Way**
**Stockton, CA 95209**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

**Lora Davis**
**3946 E Greenway Cir**
**Mesa, AZ 85205**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 1**

**Nonpriority creditor's name and mailing address**

**Lori Moore**
**1602 east Jordan Point dr**
**Sandy, UT 84092**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 2**

**Nonpriority creditor's name and mailing address**

**Lori Roberts**
**2210 North Fairfield Lyton Utah**
**Lyton, UT 84041**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 3**

**Nonpriority creditor's name and mailing address**

**Losey, Carol Frances**
**5231 Mohawk Lane**
**Rowland Park, KS 66205**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.125 4**

**Nonpriority creditor's name and mailing address**

**Loutzenhiser, Robert**
**9269 N Hauser Lake Rd**
**Post Falls, ID 83854**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 5**

**Nonpriority creditor's name and mailing address**

**Low, Maria Dorotea**
**5328 Banks St**
**San Diego, CA 92110**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 6**

**Nonpriority creditor's name and mailing address**

**Low, Sonia**
**4556 Appian Way**
**El Sobrante, CA 94803**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 7**

**Nonpriority creditor's name and mailing address**

**Lowe , Leonor Aliaga Mendoza**
**2325 Bingham Street**
**Honolulu, HI 96826**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 8**

**Nonpriority creditor's name and mailing address**

**Lowe, Richard H**
**1714 East Cloverdale Road**
**Salt Lake City, UT 84121**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 9**

**Nonpriority creditor's name and mailing address**

**Lozano, Vicki Marie**
**771 Brandywine Dr**
**Lodi, CA 95240**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.126 0**

**Nonpriority creditor's name and mailing address**

**Lubuguin, Ester Mulimbayan**
**2200 Bolero Ave**
**Haywerd, CA 94545**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.126 1**

**Nonpriority creditor's name and mailing address**

**Lucas , Mark Alan**
**4233 Oakcrest Dr**
**Lorain, OH 44053**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.126 2**

**Nonpriority creditor's name and mailing address**

**Lucero , Eric Matthew**
**18551 Bates Street Ne**
**Dayton, MN 55327**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

**Lucian Lungulescu**
**1700 Cherapple Drive**
**Orem, UT 84097**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

**Luevano**
**5035 N Lyman Ave**
**Covina, CA 91724**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

**Luevano, Veronica**
**3173 Bancroft Dr #24**
**San Diego, CA 91977**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor    **Project Neptune, LLC**
_____
Name

Case number (*if known*) _____

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

**Luevano, Zobeyda**
**5035 N Lyman Ave**
**Covina, CA 91724**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.126 7**

**Nonpriority creditor's name and mailing address**

**Luna , Gonzalo Gomez**
**15371 Live Oak St**
**Hesperia, CA 92345**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

**Lund , AnnaMarie Erickson**
**27790 Granite Ridge Rd**
**Escondido,, CA 92026**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

**Lund, David**
**2235 West Signal Circle**
**Cedar City, UT 84720**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

**Lunn, Patricia A**
**100 King Richards Place**
**Del Rio, TX 78840**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

**Lupien , Arthur Lawrence**
**PO Box 264**
**South Bridge, MA 01550**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.127 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lyman, Bonnie Jo**
**3240 S Jefferson St**
**Spokane, WA 99203**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.127 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LynAnn Ellsworth Imlay**
**421 S 1100 E**
**New Harmony, UT 84757**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.127 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lynda Diane Henry**
**1325 Grove Park Ln**
**Cumming, GA 30041**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.127 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lynda Perna**
**10770 Spring St**
**Largo, FL 33774**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.127 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lynn Butler**
**683 North Eagle View Drive**
**Alpine, UT 84004**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.127 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mabey, Willis F**
**665 W 1725 N**
**Orem, UT 84057**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) |
| --- | --- | --- |
| | Name | |

---

**3.127 8**

**Nonpriority creditor's name and mailing address**
**Mach, Quy Anh**
**504 210th St. Se**
**Bothell, WA 98021**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 9**

**Nonpriority creditor's name and mailing address**
**Machesky, Stephen**
**N2300 400 Street**
**Menomonie, WI 54751**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 0**

**Nonpriority creditor's name and mailing address**
**Maciel, Teresa**
**1500 Ensenada Dr**
**Modesto, CA 95355**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 1**

**Nonpriority creditor's name and mailing address**
**Mackay , Morgan James**
**106 Shoal Drive West**
**Vallejo, CA 94591**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 2**

**Nonpriority creditor's name and mailing address**
**Mackay SR, Clayton Grant**
**1538 West 4800 South**
**Taylorsville, UT 84123**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 3**

**Nonpriority creditor's name and mailing address**
**MacKey Jr, Edward**
**PO Box 1441**
**Sault Sainte Marie, MI 49783**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.128 4**

**Nonpriority creditor's name and mailing address**
**Mackley, Karen**
**1251 W Melanie Ln**
**Syracuse, UT 84075**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128 5**

**Nonpriority creditor's name and mailing address**
**MacRitchie , Carol Ann**
**1024 Dellwood Drive**
**Troy, OH 45373**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128 6**

**Nonpriority creditor's name and mailing address**
**Maddie Stiles**
**1246 south 420 west**
**Salem, UT 84653**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128 7**

**Nonpriority creditor's name and mailing address**
**Mager , Helen V**
**51 Sleepy Hollow Drive**
**Canfield, OH 44406**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128 8**

**Nonpriority creditor's name and mailing address**
**Maggini , Judy Ann**
**711 Laurel Circle Se**
**Grand Rapids, MI 49506**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128 9**

**Nonpriority creditor's name and mailing address**
**Mahoney, April L**
**6069 Stream View Drive**
**San Diego, CA 92115**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

| 3.129 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Main, Alice Margaret**
**132 N Main St**
**Johnstown, OH 43031**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.129 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Main, Melanie Margaret**
**235 Village Dr**
**Johnstown, OH 43031**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.129 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Mainord, Sydney Marian**
**1177 N 100 W**
**Blanding, UT 84511**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.129 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Makulinski , Matthew Kent**
**4122 Upton Ave**
**Toledo, OH 43613**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.129 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Malesa Lynn Hone**
**587 S 1600 E**
**Spanish Fork, UT 84660**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.129 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Maley , John Thomas**
**7481 East Vancouver Drive**
**Tuscan, AZ 85730**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.129 6**

**Nonpriority creditor's name and mailing address**

**Mallory , Maria Diane**
**853 Rolling Green Ct**
**Sartell, MN 56377**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.129 7**

**Nonpriority creditor's name and mailing address**

**Malone , Virginia Hancock**
**5460 Cherry Hill Lane**
**Salisbury, MD 21801**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.129 8**

**Nonpriority creditor's name and mailing address**

**Maloy , Sally**
**5460 Cherry Hill Lane**
**Salisbury, MD 21801**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.129 9**

**Nonpriority creditor's name and mailing address**

**Manaois, Ruth Nalua**
**5635 W Bookdale Dr**
**Reno, NV 89523**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.130 0**

**Nonpriority creditor's name and mailing address**

**Mandeles , James R**
**3904 Piana Place**
**Leander, TX 78641**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.130 1**

**Nonpriority creditor's name and mailing address**

**Manning , Ronald Lee**
**2948 Sn 141**
**Giddings, TX 78942**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.130.2**

**Nonpriority creditor's name and mailing address**

**Manrique, Jesus F**
**409 Wyandanch Ave Apt 130**
**West Babylon, NY 11704**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130.3**

**Nonpriority creditor's name and mailing address**

**Manriquez Saucedo, Maribel**
**1173 Keniston Ave**
**Los Angeles, CA 90019**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130.4**

**Nonpriority creditor's name and mailing address**

**Marchand , Deborah L**
**5151 Revere Ave Nw**
**Massillon, OH 44647**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130.5**

**Nonpriority creditor's name and mailing address**

**Marchant, Bradlee Lamont**
**12426 29th Ave W**
**Everett, WA 98204**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130.6**

**Nonpriority creditor's name and mailing address**

**Marchant, Mary Ann**
**2817 County Road 1560**
**Madison, MO 65263**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130.7**

**Nonpriority creditor's name and mailing address**

**Marche Edgington**
**13127 West Pala Mesa Dr**
**Boise, ID 83713**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Project Neptune, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

**Marchitelli, Carole Anne Loretta**
**2012 Case Hill Rd**
**Treadwell, NY 13846**

**Date(s) debt was incurred 0**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

**Marchitelli, Vincent Louis**
**4611 Bimini Dr**
**Bradenton, FL 34210**

**Date(s) debt was incurred 0**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

**Marcus Wells Blood**
**2297 N 2350 E**
**Layton, UT 84040**

**Date(s) debt was incurred 0**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

**Margaret Leavitt**
**1543 Bryce Canyon**
**Boulder City, NV 89005**

**Date(s) debt was incurred 0**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 2**

**Nonpriority creditor's name and mailing address**

**Margo Angell**
**2050 Graceland**
**Goodlettsville, TN 37072**

**Date(s) debt was incurred 0**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

**Margo Decker**
**2338 South Fork Circle**
**Sugar City, ID 83448**

**Date(s) debt was incurred 0**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Project Neptune, LLC**                                  Case number (if known)
_____
Name

| 3.131 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Margo Lois Decker**
**2338 South Fork Circle**
**Sugar City, ID 83448**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Luiza Hesselgesser**
**884 S Silvertree**
**North Salt Lake, UT 84054**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Marie, Ann**
**2217 Solitude Way**
**Rocklin, CA 95765**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Marietta , Rodney Wayne**
**603 Clearview Dr**
**Newark, OH 43055**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Marilyn Bassford**
**2692 Back Mountain Rd**
**Winchester, VA 22602**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Marissa Rose Neeley**
**904 E Simpson Ave**
**SLC, UT 84106**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**
_____                    Case number (if known) _____
Name

---

| 3.132 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Marjorie Masonbrink**
**991 Wyckwood Drive**
**Liberty, MO 64068**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.132 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mark Aune**
**105 Rocky Ledge Cove**
**George Town, TX 78633**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.132 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mark Goulding**
**3113 NE 95th St**
**Vancouver, WA 98665**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.132 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mark R Dennis**
**320 W Burnts Field Rd**
**Midway, UT 84049**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.132 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mark Shelton**
**PO box 121**
**Newport, VT 24128**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.132 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Marks , Joel Stephen**
**411 North New River Drive East Apt 2206**
**Fort Lauderdale, FL 33301**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Project Neptune, LLC**
_____    Case number (*if known*) _____
Name

---

| 3.132 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Markvicka , James Donald**
**1813 Flat Branch Court**
**Valrico, FL 33594**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marlene Hickey**
**6 Hilltop Ct**
**Troy, NY 12182**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marlene Kelly**
**1822 S 910 W Unit C**
**Syracuse, UT 84075**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marlin Sharp**
**540 north 675 east**
**Lindon, UT 84042**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marne Tucker**
**2738 east 1000 north**
**Roosevelt, UT 84066**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maroney , Michael John**
**3615 Laterraza Drive**
**Sierra Vista, AZ 85650**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Project Neptune, LLC**                                Case number *(if known)* _____
          _____
          Name

---

| 3.133<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Marquises, Eleanor**
**4408 Sloat Rd**
**Freemont, CA 94538**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Marrie , Paula Ann**
**4639 Shull Road**
**Gahanna, OH 43230**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Marsh , Bradley Alan**
**39 Ravane Rd**
**Powell, OH 43065**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Marsha Walters**
**4540 Big Branch Rd**
**Shingle Springs, CA 95682**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Marshall , Lucy Smith**
**110 Cross Tree Drive N**
**Hilton Head Island, SC 29926**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Marta Marshall**
**26308 S 198th Way**
**Queren Creek, AZ 85142**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Project Neptune, LLC**
_____   Case number *(if known)* _____
Name

---

**3.1338**

**Nonpriority creditor's name and mailing address**

**Martha Mourino**
**99 north floral cirlce**
**the woodlands, TX 77381**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1339**

**Nonpriority creditor's name and mailing address**

**Martin , Aubrey Louis**
**2270 Jordan Meadows Cove**
**West Jordan, UT 84084**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1340**

**Nonpriority creditor's name and mailing address**

**Martin , Gary James**
**143 Aaronvale Circle**
**Birmingham, AL 35242**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1341**

**Nonpriority creditor's name and mailing address**

**Martin, Caryn J**
**5553 Walden Meadows Dr**
**Murray, UT 84123**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1342**

**Nonpriority creditor's name and mailing address**

**Martin, David**
**2411 South East 138 Court**
**Vancouver, WA 98683**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1343**

**Nonpriority creditor's name and mailing address**

**Martineau , Mamye Joyce**
**411 Scenic Dr**
**Alamogordo, NM 88310**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

**Martinez , Edda Gloria**
**2515 Elmont Dr Apt 260**
**Austin, TX 78741**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

**Martinez, Jesus**
**1874 South Capital Ave**
**San Jose, CA 95127**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

**Mary Brooks**
**291 Twiggs Corner**
**Peach Tree City, GA 30269**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.134 7**

**Nonpriority creditor's name and mailing address**

**Mary Brooks**
**291 Twiggs Corner**
**Peach Tree City, GA 30269**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.134 8**

**Nonpriority creditor's name and mailing address**

**Mary Oney**
**2668 E Mariposa Dr**
**Eagle, ID 83616**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.134 9**

**Nonpriority creditor's name and mailing address**

**Mary Vicars**
**54 N 500 E**
**Hyde Park, UT 84318**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor     **Project Neptune, LLC**                                    Case number *(if known)* _____

Name

---

3.135
0

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

**Maryliz Abril**
**14500 Olive View Dr Unit 116**          ■ Contingent
**Sylmar, CA 91342**
                                          ☐ Unliquidated
**Date(s) debt was incurred 0**
                                          ■ Disputed
**Last 4 digits of account number _**
                                          **Basis for the claim:  Canceled Trip**

                                          Is the claim subject to offset? ■ No  ☐ Yes

---

3.135
1

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

**Mason , Mary Ann**
**2233 Montague Court**          ■ Contingent
**Columbus, OH 43220**
                                          ☐ Unliquidated
**Date(s) debt was incurred 0**
                                          ■ Disputed
**Last 4 digits of account number _**
                                          **Basis for the claim:  Canceled Trip**

                                          Is the claim subject to offset? ■ No  ☐ Yes

---

3.135
2

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

**Massa Neufville**
**72 Clinton St**          ■ Contingent
**Brockton, MA 02302**
                                          ☐ Unliquidated
**Date(s) debt was incurred 0**
                                          ■ Disputed
**Last 4 digits of account number _**
                                          **Basis for the claim:  Canceled Trip**

                                          Is the claim subject to offset? ■ No  ☐ Yes

---

3.135
3

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

**Massa Neufville**
**72 Clinton St**          ■ Contingent
**Brockton, MA 02302**
                                          ☐ Unliquidated
**Date(s) debt was incurred 0**
                                          ■ Disputed
**Last 4 digits of account number _**
                                          **Basis for the claim:  Canceled Trip**

                                          Is the claim subject to offset? ■ No  ☐ Yes

---

3.135
4

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

**Matta , Kelly Lynn**
**735 Jeffery Drive**          ■ Contingent
**Tyler, TX 75703**
                                          ☐ Unliquidated
**Date(s) debt was incurred 0**
                                          ■ Disputed
**Last 4 digits of account number _**
                                          **Basis for the claim:  Canceled Trip**

                                          Is the claim subject to offset? ■ No  ☐ Yes

---

3.135
5

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

**Matula , Larry Fred**
**2720 Bell Mead Drive**          ■ Contingent
**Waco, TX 76705**
                                          ☐ Unliquidated
**Date(s) debt was incurred 0**
                                          ■ Disputed
**Last 4 digits of account number _**
                                          **Basis for the claim:  Canceled Trip**

                                          Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

**Mauriello, Madeline Ann**
**8904 Glen Falls Lane**
**Denton, TX 76210**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 7**

**Nonpriority creditor's name and mailing address**

**Max Smith**
**1228 NW 19th ave**
**Albany, OR 97321**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 8**

**Nonpriority creditor's name and mailing address**

**Maxwell , Thomas C**
**7430 Sw 52ND Ave**
**Coral Gables, FL 33143**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

**Maxwell, Joyce E**
**8 Antwerp Drive Apt 1**
**Castleton, NY 12033**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

**May, Jennifer Kay**
**13821 Shoreline Drive**
**Willis, TX 77318**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

**May, Michael Singleton**
**611 S Orchard St**
**Boise, ID 83705**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

---

**3.136 2**

**Nonpriority creditor's name and mailing address**

**Mayfield, Desirae**
**2149 South East**
**Topeka, KS 66605**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

**Maynard , Lula Anne**
**2403 Gem Oak**
**San Antonio, TX 78232**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

**Mazar-Berrios , Alma**
**720 East 5 Street**
**Hialeah, FL 33010**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

**Mazza, John E**
**1225 Vienna Dr #354**
**Sunnyvale, CA 94089**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

**McAllister , Gloria M**
**4051 North 900 West**
**Pleasent Grove, UT 84062**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 7**

**Nonpriority creditor's name and mailing address**

**McArthur, Robert Laraine**
**42 North 870 East**
**American Fork, UT 84003**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Project Neptune, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.136 8**

**Nonpriority creditor's name and mailing address**

**McCammon, Cory Allen**
**1724 Howell**
**Richland, WA 99394**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 9**

**Nonpriority creditor's name and mailing address**

**McCready, Claudia**
**PO Box 663**
**St. Ignatius, MT 59865**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 0**

**Nonpriority creditor's name and mailing address**

**McCullough, Mary Christena**
**317 26th Ave Ne**
**Watford, ND 58854**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 1**

**Nonpriority creditor's name and mailing address**

**McCusker , Pamela K**
**645 Cotswold Dr**
**Yorkville, IL 60560**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 2**

**Nonpriority creditor's name and mailing address**

**McDaris Jr, Harry Lee**
**1108 Appalachee Dr**
**Huntsville, AL 35801**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137 3**

**Nonpriority creditor's name and mailing address**

**McDowell, Sally Laughlin**
**5000 Estate Enighed Pmv 532**
**St. John   00830**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                                      Case number (*if known*) _____
_____
Name

---

| 3.137 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**McEvers, Mary McCune**
**34 Brindisi**
**Mission Viejo, CA 92692**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**McGrath, Kellie Lee Hamilton**
**8868 Westside Way**
**Elk Groove, CA 95758**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**McGraw , John James**
**13049 Deer Park Road**
**Manitowish Waters, WI 54545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**McGugin, Katherine A**
**514 O'Neil Ln**
**Franklin, TN 37067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**McGwier , John Michael**
**263 Mount Vernon Cove**
**Atlanta, GA 30328**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**McKennon , Jerri Carson**
**8016 Bridge St**
**North Richland, TX 76180**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Project Neptune, LLC**
_____    Case number (*if known*) _____
          Name

---

| 3.138 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**McKennon , Stephanie**
**8016 Bridge St**
**North Richland, TX 76180**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**McKinlay , Russell**
**123 St**
**Ut, UT 11111**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**McKinnon , Loma Lee**
**286 Pavilion Circle**
**Saratoga Springs, UT 84045**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**McLea, Michael V**
**3927 West Austin Street**
**Broken Arrow, OK 74011**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**McLean , Robert**
**2135 W Marten Creek Ct**
**Merridean, ID 83646**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**McLeod , Ross Alan**
**17225 Mare Lane**
**Loxahatchee, FL 33470**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Project Neptune, LLC** _____     Case number (*if known*) _____

Name

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**McMahon , Jamice Gaygan**
**7052 Edgewater Dr**
**Willis, TX 77318**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**McMillan, Lisa Lorene**
**13707 Reserve Ct**
**Bakersfield, CA 93314**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**McNeight , Judy**
**3455 Caroland Dr**
**Ft. Mill, SC 29708**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**McQuay , Jessica Fayetta**
**6170 Caminito Plata**
**San Diego, CA 92120**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**McRae , Kimberly Jane Swafford**
**2112 Woodberry Rd**
**Brandon, FL 33510**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Mead , Alba Borsoi**
**111 Wheeler Hill Dr**
**Durham, CT 06422**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.139
2**

**Nonpriority creditor's name and mailing address**

**Mehrkhast , Fathieh**
**2455 Delmaere Ave**
**Santa Rosa, CA 95403**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139
3**

**Nonpriority creditor's name and mailing address**

**Meier , Shirlee Joyce**
**3912 E 21ST St**
**Sioux Falls, SD 05710**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139
4**

**Nonpriority creditor's name and mailing address**

**Melanie Sessions**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139
5**

**Nonpriority creditor's name and mailing address**

**Melba Rasmussen**
**P.O. Box 80**
**Nephi, UT 84648**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139
6**

**Nonpriority creditor's name and mailing address**

**Melchior, Myrna**
**0319 Glorrrion Ave**
**Ventura, CA 93004**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139
7**

**Nonpriority creditor's name and mailing address**

**Mele Toki-Maiugoa**
**4605 south Sunstone rd**
**Taylorsville, UT 84123**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.139
8**

**Nonpriority creditor's name and mailing address**

**Melich , John David**
**45329 County Road 11**
**Hector, MN 55342**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139
9**

**Nonpriority creditor's name and mailing address**

**Melissa Stokes**
**2895 Stanford Ave**
**Clovis, CA 93611**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140
0**

**Nonpriority creditor's name and mailing address**

**Melissa Stokes**
**2895 Stanford Ave**
**Clovis, CA 93611**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140
1**

**Nonpriority creditor's name and mailing address**

**Mellor, Susan Kae**
**PO Box 88**
**Milford, UT 84751**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140
2**

**Nonpriority creditor's name and mailing address**

**Melvin Hymas**
**1233 E Sandcastle Court**
**Gilbert, AZ 85234**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140
3**

**Nonpriority creditor's name and mailing address**

**Merendo , Charles**
**6811 West Bloomfield Road**
**Peoria, AZ 85381**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.140 4**

**Nonpriority creditor's name and mailing address**

**Merendo, Charles Michael**
**6811 West Bloomfield Road**
**Peoria, AZ 85381**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

**Merilee Durfee**
**2709 W Palmer Dr**
**Payson, AZ 85541**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

**Merilee Ellsworth**
**937 Rainbow Dr**
**Layton, UT 84041**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 7**

**Nonpriority creditor's name and mailing address**

**Merriman, John**
**601 N Kirby St**
**Hemet, CA 92545**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 8**

**Nonpriority creditor's name and mailing address**

**merson, Virginia**
**106 Santa Barbara Ct.**
**Foothill Ranch, CA 92610**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140 9**

**Nonpriority creditor's name and mailing address**

**Merx , Kayleen Brown**
**5705 South 2325 West**
**Roy, UT 84067**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                                    Case number (if known) _____

Name

---

| 3.141 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mesenburg , Joseph**
**96 Northwoods Blvd**
**Columbus, OH 43235**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Messick, Anna C**
**2045 Carlisle Dr**
**Crowley, TX 76036**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Messina-Gates , Bernice Antonia**
**122 Sleepy Hollow Dr**
**Fate, TX 75189**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Meyer , LeAnne Kay**
**31649 Wass Avenue**
**Round Lake, MN 56167**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Meyer , Paula**
**11390 Huntington Village Lane**
**Gold River,, CA 95670**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael De Luca**
**5592 Nina Circle**
**Coopersburg, PA 18036**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Project Neptune, LLC**

Name

Case number *(if known)*

---

3.141
6

**Nonpriority creditor's name and mailing address**

**Michael Kelley**
**3095 Greenspring Ln**
**Rochester Hills, MI 48309**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.141
7

**Nonpriority creditor's name and mailing address**

**Michael Tremayne**
**253 W 550 S**
**Hyde Park, UT 84318**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.141
8

**Nonpriority creditor's name and mailing address**

**Michele Smith**
**1655 W 200 S Unit C**
**Mapleton, UT 84664**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.141
9

**Nonpriority creditor's name and mailing address**

**Michelle Meske**
**58 S McCall Ln**
**Farmington, UT 84025**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.142
0

**Nonpriority creditor's name and mailing address**

**Michelle Proctor-Stembridge**
**7899 Amber Jam Way**
**Berrien Springs, MI 49103**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.142
1

**Nonpriority creditor's name and mailing address**

**Middlemas, Susan Christenson**
**9238 South Sterling Drive**
**Sandy, UT 84093**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**

Name

Case number (*if known*)

---

| 3.142 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mietzner , Vicki Lynn**
**308 North Washington**
**Bloom Field, IA 52537**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.142 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mihalczo , John**
**114 Lehigh Ln**
**OakRidge, TN 37830**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.142 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mikeska , Ginger Lea**
**3707 Sweet Briar Drive**
**Bryan, TX 77802**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.142 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Milaitis , Victoria**
**2441 Clarke St**
**River Grove, IL 60171**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.142 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miller, Geraldine**
**106 Edgewater Dr S**
**Lake Placid, FL 33852**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.142 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miller, Gregory Lee**
**944 South 350 West**
**Salem, UT 84653**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                                    Case number (if known) _____

_____
Name

---

**3.1428**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

**Millerd, Tirzah Louise**
**163 Armena Rd**                                                   ☑ Contingent
**Leesburg, GA 31763**
                                                                    ☑ Unliquidated

Date(s) debt was incurred **0**                                     ☑ Disputed

Last 4 digits of account number _                                   Basis for the claim:  **Canceled Trip**

                                                                    Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1429**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

**Mima , Donna Marie**
**719 Reynolds Street**                                             ☑ Contingent
**McKeesport, PA 15132**
                                                                    ☑ Unliquidated

Date(s) debt was incurred **0**                                     ☑ Disputed

Last 4 digits of account number _                                   Basis for the claim:  **Canceled Trip**

                                                                    Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1430**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

**Mingey , Patricia**
**2291 South Valley Roud**                                          ☑ Contingent
**Verwin, PA 19312**
                                                                    ☑ Unliquidated

Date(s) debt was incurred **0**                                     ☑ Disputed

Last 4 digits of account number _                                   Basis for the claim:  **Canceled Trip**

                                                                    Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1431**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

**Miriam Noordam**
**585 PO Box 2465**                                                 ☑ Contingent
**Harrisburg, PA 17105**
                                                                    ☑ Unliquidated

Date(s) debt was incurred **0**                                     ☑ Disputed

Last 4 digits of account number _                                   Basis for the claim:  **Canceled Trip**

                                                                    Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1432**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

**Misclevitz , Jason Edward**
**406 Davis Street**                                                ☑ Contingent
**Harrisburg, PA 17109**
                                                                    ☑ Unliquidated

Date(s) debt was incurred **0**                                     ☑ Disputed

Last 4 digits of account number _                                   Basis for the claim:  **Canceled Trip**

                                                                    Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1433**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **Unknown**

**Mitchell , Bruce Michael**
**11130 East Faumer Rd**                                            ☑ Contingent
**Rosholt, WA 54473**
                                                                    ☑ Unliquidated

Date(s) debt was incurred **0**                                     ☑ Disputed

Last 4 digits of account number _                                   Basis for the claim:  **Canceled Trip**

                                                                    Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

**Mitchell , Martha Varga**
**13914 Beechwood Point Road**
**Midlothian, VA 23112**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

**Mock, Arlan Duaine**
**217 Lochside Drive**
**Cary, NC 27518**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

**Moe , Lois Marilyn**
**2108 South Halcyon Dr**
**Sun City Center, FL 33573**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143 7**

**Nonpriority creditor's name and mailing address**

**Moessner , Frederick William**
**102 Crossington Way**
**Fountain Inn, SC 29644**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143 8**

**Nonpriority creditor's name and mailing address**

**Moffat, Robert W**
**5858 North Yaqina Head Way**
**Boise, ID 83714**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143 9**

**Nonpriority creditor's name and mailing address**

**Moghaddam, Shirin**
**7986 Larwin Dr**
**Citrus Heights, CA 95610**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**
_____   Case number (*if known*) _____
         Name

---

**3.144 0**

**Nonpriority creditor's name and mailing address**

**Moise , Alice**
**347 Eldin St**
**Staten Island, NY 10314**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144 1**

**Nonpriority creditor's name and mailing address**

**Molina , Gilbert Manuel**
**5204 Academy Dr**
**Fairfield, CA 94534**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144 2**

**Nonpriority creditor's name and mailing address**

**Moline, Janet**
**419 Willow Street**
**Faribault, MN 55021**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144 3**

**Nonpriority creditor's name and mailing address**

**Moll , Anne**
**35 Burroughs Road Apt 3 Second Floor**
**North Reading, MA 01864**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144 4**

**Nonpriority creditor's name and mailing address**

**Molleson, Charles Anthony**
**34 Rembrandt Ct**
**Oakley, CA 94561**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144 5**

**Nonpriority creditor's name and mailing address**

**Momtaz, Amir H**
**4061 Germainder Way**
**Irvine, CA 92612**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1446**

**Nonpriority creditor's name and mailing address**

**Monte Schofield**
**150 Parkside Loop**
**Elk Ridge, UT 84651**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1447**

**Nonpriority creditor's name and mailing address**

**Moon, Nathan W**
**81002 Madison Street**
**Pecos, TX 79772**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1448**

**Nonpriority creditor's name and mailing address**

**Mooradian, Tina Marie**
**1274 Wimbledon Way**
**Manteca, CA 95336**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1449**

**Nonpriority creditor's name and mailing address**

**Moore , Sally Ann**
**1212 10th Street**
**Huntsville, TX 77320**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1450**

**Nonpriority creditor's name and mailing address**

**Moore , Tamela Suzanne**
**1713 Burnley Drive**
**Cary, NC 27511**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1451**

**Nonpriority creditor's name and mailing address**

**Moradkhan, Florence V**
**906 J Street**
**Modesto, CA 95351**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                                    Case number (*if known*) _____
_____
        Name

| 3.145 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Morden , Melissa Pauline**
**106 Spruce Lane**
**Cavalier, ND 58220**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.145 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Morgia , Amelia Suarez**
**1454 Don Ave**
**Santa Clara, CA 95050**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.145 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Morris , Carol A**
**753 San Carols Drive**
**Fortmeyers Beach, FL 33931**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.145 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Morris , Joel Edward**
**2409 Spyglass Hill Court**
**Abilene, TX 79606**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.145 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Morris , Matthew**
**12281 Provincetown St**
**Seal Beach, CA 90740**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.145 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Morris , Susan Marie**
**3830 E 1150 N**
**Macy, IN 46951**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Project Neptune, LLC**
         _____                    Case number *(if known)* _____
         Name

| 3.145<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morris, David Luckie**
**211 Ridgeview Drive**
**Murphy, TX 75094**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.145<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morrison, Bethany Christine**
**3300 West Champagne St**
**Eagle, ID 83616**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.146<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morrow, Dennis**
**4012 Greyhawk Place**
**Apex, NC 27539**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.146<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mortensen, Betty**
**1026 North Mountainside Avenue**
**Washington, UT 84780**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.146<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mortensen, Robert**
**1340 North Golfview Way**
**Meridian, ID 83642**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.146<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Morton, Duane Lynn**
**15512 N Pinewood Way**
**Hayden, ID 83835**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

| 3.146 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Moser, Leah Colleen**
**1923 S Palamar Ct**
**Nampa, ID 83686**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Moss, Lakeisha Shanette**
**60 High Point Estate**
**Nassau, Bahamas 56281-0000**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Moulton, Shane**
**11721 N Cumberland Rd**
**Pocatello, ID 83202**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Moyer , Jo Anne Bernhart**
**595 Prince George Drive**
**Lancaster, PA 17601**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Muhlestein , Trent David**
**8744 N West Drive**
**Eagle Mountain, UT 84005**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mullins, Mellissa**
**467 E 1000 S**
**Pleasant Grove, UT 84062**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.147 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Munoz, Benjamin Cortez**
**2215 Quincy Street Apt D**
**Bakersfield, CA 93306**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Muntean , Nancy Ann**
**7134 Cedar Grove Ave Nw**
**North Canton, OH 44720**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Murdock , Kathryn E**
**3265 Arrowgrass Way**
**San Diego, CA 92115**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Murk, Donald Manfred**
**1073 Cheyenne**
**Los Alamos, NM 87544**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Murley , Paula Hereford**
**2208 Shady Vista**
**Richardson, TX 75080**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mutz, Kevin Arthur**
**13627 Country Green Court**
**Houston, TX 77059**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.147 6**

**Nonpriority creditor's name and mailing address**

**Myers, John Todd**
**6674 West 200 North**
**Ogden, UT 84404**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.147 7**

**Nonpriority creditor's name and mailing address**

**Nace , Daryl L**
**2324 Chestnut Street**
**Camp Hill, PA 17011**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.147 8**

**Nonpriority creditor's name and mailing address**

**Nadine T Day**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.147 9**

**Nonpriority creditor's name and mailing address**

**Nancie Nalder**
**1663 Mirabella Way**
**Fruit Heights, UT 84037**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

**Nancy Ann Freitag**
**7184 Sea Orchard**
**Las Vegas, NV 89131**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

**Nancy Howard Griffin**
**po box 393**
**Thatcher, AZ 85552**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                                    Case number *(if known)* _____
         Name

---

| 3.148 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Nancy Shull**
**1115 Solomon Ave, PO Box 2855**
**Tybee Island, GA 31328**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Nankee , Richard**
**457 Essex Rd**
**Westbrooke, CT 06498**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Nanos , George Philip**
**32 Yacht Harbor**
**Montgomery, TX 77356**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Napitupulu, Rita**
**4817 Princeton St**
**Monclair, CA 91763**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Narayan , Philip Mountbatten**
**2434 W 230th Pl**
**Torrence, CA 90501**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Narvaez, Sylvia**
**481 Catalina Way**
**Vallejo, CA 94589**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Project Neptune, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.148 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Natoli , Michael Edward**
**1611 Highway W**
**Foristell, MO 63348**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Navarre , Michael Fay**
**4462 E Decatur St**
**Mesa, AZ 85205**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Navas, Maria**
**12950 Sw 4th Court Apt 8112**
**Pembroke Pines, FL 33027**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neale , Terry Lee**
**103 Dove Cove Lane**
**West Minster, SC 29693**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neeley, Marissa**
**904 E Simpson Ave**
**SLC, UT 84106**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Neil , Lexee**
**3835 Sout .20 East**
**Saint George, UT 84790**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.149 4**

**Nonpriority creditor's name and mailing address**

**Nelson, Cynthia**
**PO Box 385**
**Cabazon, CA 92230**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 5**

**Nonpriority creditor's name and mailing address**

**Nelson, Donald E**
**15621 Caloosa Creek Cir**
**Ft. Myers, FL 33908**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 6**

**Nonpriority creditor's name and mailing address**

**Nelson, Teresa Eveleen**
**50 Dawn Lane**
**Placer Ville, CA 95667**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 7**

**Nonpriority creditor's name and mailing address**

**Neumann , Myrna Mae**
**1010 South 32nd Street**
**Clinton, IA 52732**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 8**

**Nonpriority creditor's name and mailing address**

**Newbold, Arlene**
**P.O. Box N 8728**
**Nassau, Bahamas**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.149 9**

**Nonpriority creditor's name and mailing address**

**Newman, Patricia Moore**
**2005 Matthews Dr**
**Austin, TX 78703**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.150 0**

**Nonpriority creditor's name and mailing address**

**Nguyen, Cindy**
**507 Willow Avenue**
**Milpitas, CA 95035**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.150 1**

**Nonpriority creditor's name and mailing address**

**Nichols , Marcia**
**631 County Rd I**
**Wisconson Dells, WI 53965**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.150 2**

**Nonpriority creditor's name and mailing address**

**Nickel , Donna Jean**
**415 North Swedonia Street**
**Marquette, KS 67464**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.150 3**

**Nonpriority creditor's name and mailing address**

**Nicole Kristine Patterson**
**161 E 2700 N**
**Lehi, UT 84043**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.150 4**

**Nonpriority creditor's name and mailing address**

**Nina Shouse**
**1487 W Morning Mist Ln**
**Kaysville, UT 84037**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.150 5**

**Nonpriority creditor's name and mailing address**

**Nokes, Sandra**
**4852 N Arctic Fox**
**Lehi, UT 84020**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.150 6**

Nonpriority creditor's name and mailing address

**Nokes, Weston Roy**
**14777 Lewsky Lane**
**Bluffdale, UT 84065**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.150 7**

Nonpriority creditor's name and mailing address

**Noonan , Robin M.**
**670 Richards St**
**New Castle, IN 47362**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.150 8**

Nonpriority creditor's name and mailing address

**Noordam , Miriam Ruth**
**585 PO Box 2465**
**Harrisburg, PA 17105**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.150 9**

Nonpriority creditor's name and mailing address

**Nora Javier**
**9022 Ferndale View Dr**
**Houston, TX 77064**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.151 0**

Nonpriority creditor's name and mailing address

**Norin , Janet Warnecke**
**415 North Swedonia Street**
**Marquette, KS 67464**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.151 1**

Nonpriority creditor's name and mailing address

**Norma Shipp**
**1761 north 165 east**
**Orem, UT 84057**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.151 2**

**Nonpriority creditor's name and mailing address**

**Norment , Jill Mallicoat**
**3939 Kingury St**
**Springfield, MO 65809**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

**Norrod , Rebecca Julie**
**66-01 Burns St. Apt5l**
**Rego Park, NY 11374**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 4**

**Nonpriority creditor's name and mailing address**

**Nott , Melanie Kay**
**86 Harvard St**
**Dedham, MA 02026**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

**Novak, Cheryl Ann**
**2234 Forge Road**
**Toano, VA 23168**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

**Nunez , Louis A**
**2366 Antler Ave**
**Ventura, CA 93003**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 7**

**Nonpriority creditor's name and mailing address**

**Nunez Perez , Gilda E**
**2366 Antler Ave**
**Ventura, CA 93003**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**

Name

Case number (*if known*)

---

| 3.151 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Nunnally , Susan**
**1814 Vista de Colinas Drive Se**
**Rio Rancho, NM 87124**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Nuttall, Lisa W**
**438 W 470 S**
**Provo, UT 84601**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**O`Connor , Ann Elizabeth**
**19040 Mitch Lane**
**Jeffersonton, VI 22724**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**O`Connor , Kasey Shawn**
**7480 Hawksfield Ave Nw Canal**
**Fulton, OH 44614**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**O`Connor Sr, Brian Francis**
**667 Trimble Rd**
**Joppa, MD 21085**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ochej, Marysia Barbara**
**1500 Rocky Oak Ln**
**Nipomo, CA 93444**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Project Neptune, LLC**_____    Case number (if known) _____
Name

| 3.152 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Oden , Janet Marie**
**307 Club Hill Road**
**Galeton, PA 16922**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Odom , Elizabeth Woodham**
**742 Haycourt Lane**
**Hoover, AL 35244**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Offenberg , Cosha Ann**
**3004 Waterbury Peak Court**
**Henderson, NV 89052**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Oittinen, Karl Christian**
**13 Whistling Swan**
**Irvine, CA 92604**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Oliver , Nathalie Alma**
**2312 Bellmont**
**Temple, TX 76504**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Olivieri, Judith**
**5201 S Torrey Pines Dr Unit 1238**
**Las Vegas, NV 89118**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Project Neptune, LLC**

Name

Case number *(if known)* _____

---

3.153 0

**Nonpriority creditor's name and mailing address**

**Olsen, Gloria Christenson**
**60 Royal Dublin Downs**
**Pinehurst, NC 28374**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.153 1

**Nonpriority creditor's name and mailing address**

**Olson , Amy Lyn**
**80 Pole Dr**
**Heber City, UT 84032**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.153 2

**Nonpriority creditor's name and mailing address**

**Olson , Robert**
**4133 E Narowleaf Dr**
**Gilbert, AZ 85298**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.153 3

**Nonpriority creditor's name and mailing address**

**Olson, Kay L**
**104 Pine View Ln**
**Longview, WA 98632**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.153 4

**Nonpriority creditor's name and mailing address**

**Oney , Bob**
**2668 E Mariposa Dr**
**Eagle, ID 83616**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.153 5

**Nonpriority creditor's name and mailing address**

**Oquin , Karla Bradley**
**4714 Scarlet Oak Dr**
**San Angelo, TX 76904**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor      **Project Neptune, LLC**                                    Case number *(if known)* _____
            _____
            Name

| 3.153 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Orellana, Gioconda Aurora**
**18464 Nw 21 Street**
**Pembroke Pines, FL 33029**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.153 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Oropeza, Beatriz Avalos**
**5850 E Jahant Rd**
**Galt, CA 95632**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.153 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Orozco, Sylvia Cristina**
**5100 Gary Owen Rd**
**El Paso, TX 79903**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.153 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Ortiz , Shawn Retelle**
**10104 W Southern Ave**
**Tolleson, AR 85853**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.154 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Osborne, Barbara Lynne**
**17 Davis Road**
**Franklin, NJ 07416**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.154 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Osborne, Tanzy Lila**
**4411 Compton Avenue**
**Caldwell, ID 83607**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.154 2**

**Nonpriority creditor's name and mailing address**

**Owen, Gail Gupton
11230 Bill Tuck Hwy
Buffalo Jct, VA 24529**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 3**

**Nonpriority creditor's name and mailing address**

**Owens , Michelle Lynn
665 18th Ave
Coobay, OR 97420**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 4**

**Nonpriority creditor's name and mailing address**

**Oyen , Lynell Kay
3487 Nance Run
The Villages, FL 32163**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 5**

**Nonpriority creditor's name and mailing address**

**Pace , Teresa Lawson
25485 Gooch Ln
Unionville, VA 22567**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 6**

**Nonpriority creditor's name and mailing address**

**Padilla , Robert Martin
5605 Venado Ave
Atascedero, CA 93422**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 7**

**Nonpriority creditor's name and mailing address**

**Padilla, Rita Marie
1401 N Michael Way Apt 223
Las Vegas, NV 89108**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1548**

**Nonpriority creditor's name and mailing address**

**Padula , Janice Robin**
**105 Bushtale Court**
**Milford, PA 18337**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1549**

**Nonpriority creditor's name and mailing address**

**Page Jr., Don**
**1902 Mechanic Street**
**Galveston, TX 77550**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1550**

**Nonpriority creditor's name and mailing address**

**Palica, Tania**
**1346 South 2990 East**
**Spanish Fork, UT 84660**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1551**

**Nonpriority creditor's name and mailing address**

**Palmer III, Jack Reynolds**
**190 Baymont Acres Dr**
**Statesville, NC 28625**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1552**

**Nonpriority creditor's name and mailing address**

**Palmer, Kenneth**
**285 Rockbrook Crossing Court**
**Galloway, OH 43119**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1553**

**Nonpriority creditor's name and mailing address**

**Pamela Dee Jackson**
**5351 Max Godde In**
**palmdale, CA 93551**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Project Neptune, LLC**                                   Case number (if known) _____
          Name

---

| 3.155 4 |
|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

**Pamela Russell**
**2514 S 3850 W**
**Ogden, UT 84401**                           ■ Contingent
                                              ■ Unliquidated
**Date(s) debt was incurred  0**              ■ Disputed

**Last 4 digits of account number  _**        Basis for the claim:  **Canceled Trip**

                                              Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 5 |
|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

**Pamela Welsh**
**11042 Shoreline Drive**
**Baton Rouge, LA 70809**                     ■ Contingent
                                              ■ Unliquidated
**Date(s) debt was incurred  0**              ■ Disputed

**Last 4 digits of account number  _**        Basis for the claim:  **Canceled Trip**

                                              Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 6 |
|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

**Pann , Carolyn Jane**
**PO Box 1165**
**Jamul, CA 91935**                           ■ Contingent
                                              ■ Unliquidated
**Date(s) debt was incurred  0**              ■ Disputed

**Last 4 digits of account number  _**        Basis for the claim:  **Canceled Trip**

                                              Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 7 |
|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

**Papion, Hilda**
**4132 Hidden Meadow Court**
**Medesto, CA 95356**                         ■ Contingent
                                              ■ Unliquidated
**Date(s) debt was incurred  0**              ■ Disputed

**Last 4 digits of account number  _**        Basis for the claim:  **Canceled Trip**

                                              Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 8 |
|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

**Parham , Mary Ann**
**30435 Us Hwy 281 N**
**Bulverde, TX 78163**                        ■ Contingent
                                              ■ Unliquidated
**Date(s) debt was incurred  0**              ■ Disputed

**Last 4 digits of account number  _**        Basis for the claim:  **Canceled Trip**

                                              Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 9 |
|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

**Parra , Lisa**
**17234 Seventh Ave**
**Handford, CA 93230**                        ■ Contingent
                                              ■ Unliquidated
**Date(s) debt was incurred  0**              ■ Disputed

**Last 4 digits of account number  _**        Basis for the claim:  **Canceled Trip**

                                              Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

**Parrish, Tremayne V
1020 Elton St. Apt B
Brooklyn, NY 11208**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

**Parsons , Pamela Moore
10 Penniman Terrace
Braintree, MA 02184**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 2**

**Nonpriority creditor's name and mailing address**

**Parsons , Retta
66-01 Burns St. Apt5l
Rego Park, NY 11374**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

**Parsons , Roberta Renee
3409 Hines Road
Kingsville, OH 44048**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 4**

**Nonpriority creditor's name and mailing address**

**Pascoe, Christopher James
5919 No Sycamore
Fresno, CA 93723**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 5**

**Nonpriority creditor's name and mailing address**

**Pascoe, Stacy Lynn
P.O. Box 537
Shelley, ID 83274**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

**Pasetchnik , Arturo**
**5848 Pine Ridge Circle**
**Vero Beach, FL 32967**

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 7**

**Nonpriority creditor's name and mailing address**

**Pata, Desiree Gwen**
**4100 Godfrey Drive**
**Salida, CA 95368**

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

**Patricia A. Draper**
**146 Country Springs Circle**
**Bountiful, UT 84010**

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 9**

**Nonpriority creditor's name and mailing address**

**Patricia Ann Jensen**
**798 Arrowhead Ln**
**Murray, UT 84107**

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 0**

**Nonpriority creditor's name and mailing address**

**Patricia Gerheim**
**5670 so Oak Rideg Dr**
**Tucson, AZ 85746**

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 1**

**Nonpriority creditor's name and mailing address**

**Patricia K Peacock**
**11088 Via Encantada Way**
**South Jordan, UT 84095**

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.157 2**

**Nonpriority creditor's name and mailing address**

**Patricia Limb**
**465 W 200 S**
**Smithfield, UT 84335**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

**Patricia Mills**
**26454 Raccoon Ford Rd**
**Culpepper, VA 22071**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

**Patricia Proschek**
**6214 Roxburgh Court**
**Columbus, OH 43213**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

**Patricia Terry**
**458 W 1640 S**
**Orem, UT 84058**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

**Patterson, James William**
**4948 Accolade Circle**
**St. George, UT 84790**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

---

**3.157 7**

**Nonpriority creditor's name and mailing address**

**Patterson, Richard**
**5873 Forest Drive**
**Hillsboro, MO 63050**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No □ Yes

---

Debtor    **Project Neptune, LLC**                                    Case number (if known) _____
          _____
          Name

---

| 3.157<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Patti Anderson**
**9432 Dunbar Cove**
**South Jordan, UT 84095**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Paul Millar**
**3175 E Sotney Creek Cir**
**Heber City, UT 84032**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Paul Siewert**
**204 Hogan RD Hunley MT**
**Hunley, MT 59037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Paula Lee**
**6016+ North davenport st**
**Dalton Gardens, ID 83815**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Paula Peterson**
**1318 Hidden Quail Cove**
**Farmington, UT 84025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Pauley , Kathleen Ann**
**202 Main St. Suite 4**
**Longmont, CO 80501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.158 4**

**Nonpriority creditor's name and mailing address**

**Paulos, Joseph**
**c/o Peter Christensen**
**9107 West Russell Rd**
**Las Vegas, NV 89148**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.158 5**

**Nonpriority creditor's name and mailing address**

**Payne , April Utana**
**5037 Chimney Rock Drive**
**Ammon, ID 93406**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.158 6**

**Nonpriority creditor's name and mailing address**

**Peck, Susan Jean**
**2560 West Canyon Ridge Road**
**Saint George, UT 84770**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.158 7**

**Nonpriority creditor's name and mailing address**

**Pecora , Lisa**
**117 Malba Dr**
**Malba, NY 11357**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.158 8**

**Nonpriority creditor's name and mailing address**

**Pedersen, Linda J**
**8096 Marquita Court**
**Dublin, CA 94568**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.158 9**

**Nonpriority creditor's name and mailing address**

**Peebles , Gerald Lloyd**
**53 Wagon Road**
**Alpine, TX 73830**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.159 0**

**Nonpriority creditor's name and mailing address**

**Peggy Spencer**
**2903 N 2300 W**
**Cedar City, UT 84721**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 1**

**Nonpriority creditor's name and mailing address**

**Pelias, Kathleen Manalo**
**22900 Oak Ridge Dr Apt 96**
**Santa Clarita, CA 91350**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 2**

**Nonpriority creditor's name and mailing address**

**Pennock, Bonnie Jean**
**149 West 200 North Apt 21**
**Salt Lake City, UT 84103**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 3**

**Nonpriority creditor's name and mailing address**

**Penny, Robert Craig**
**1305 Saratoga Ct**
**Aledo, TX 76008**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 4**

**Nonpriority creditor's name and mailing address**

**Penrod , Keller Garn**
**9512 North Canyon Heights Dr**
**Cedar Hills, UT 84062**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 5**

**Nonpriority creditor's name and mailing address**

**Peramas, Carmen Rosa**
**139 Bayside Dr**
**Palm Coast, FL 32137**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**
Name

Case number *(if known)*

---

| 3.159 6 | **Nonpriority creditor's name and mailing address**<br>**Perez, Esteban**<br>**11292 Brown Dr**<br>**Rancho Cucamonga, CA 91701** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 7 | **Nonpriority creditor's name and mailing address**<br>**Perkins , Jolene**<br>**237 Deer Haven Dr**<br>**Ponte Vedra Beach, FL 32082** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 8 | **Nonpriority creditor's name and mailing address**<br>**Perkins, Jolene**<br>**237 Deer Haven Dr**<br>**Ponte Vedra Beach, FL 32082** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 9 | **Nonpriority creditor's name and mailing address**<br>**Perna , Lynda Fay**<br>**10770 Spring St**<br>**Largo, FL 33774** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 0 | **Nonpriority creditor's name and mailing address**<br>**Perry, Teresa Deone**<br>**1415 Whitewater Dr Apt 4109**<br>**Idaho Falls, ID 83402** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 1 | **Nonpriority creditor's name and mailing address**<br>**Petersen, Crystal Flake**<br>**39 S 1st St. W**<br>**Snowflake, AZ 85937** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

| 3.160 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Petersen, John Bruce**
**14896 S Ox Cart Ln**
**Draper, UT 84020**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Peterson , Cathy Cutler**
**464 E Fairmont Hill Court**
**Draper, UT 84020**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Peterson, Burke E**
**5853 Holsein Way**
**Murray, UT 84107**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Peterson, Jeffrey**
**1970 N 1475 E**
**Lehi, UT 84043**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Petrey , Creighton**
**10753 Rippling Bay**
**South Jordan, UT 84009**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Pezzuti , Gary W**
**16 Voight Lane**
**Lafayette, NJ 07848**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**
Name

Case number (if known)

---

**3.1608**

**Nonpriority creditor's name and mailing address**
**Pfau, Tiffany Monique**
**4462 Seabiscuit Dr**
**Roseville, CA 95747**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1609**

**Nonpriority creditor's name and mailing address**
**Pfister, Barbara Ann**
**631 North James Place**
**Anaheim, CA 92801**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1610**

**Nonpriority creditor's name and mailing address**
**Philips, Kristine Marie**
**P.O. Box 9101**
**Salt Lake City, UT 84109**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1611**

**Nonpriority creditor's name and mailing address**
**Pianalto , Debra Diana**
**3203 W Quapaw Road**
**Rogers, AR 72758**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1612**

**Nonpriority creditor's name and mailing address**
**Pickering, James Kelly**
**7698 Cassie Circle**
**Midvale, UT 84047**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.1613**

**Nonpriority creditor's name and mailing address**
**Pierson , Carolyn S**
**1104 Brewer Street**
**Jacksonville, AR 72076**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    **Project Neptune, LLC**                                          Case number (if known)  _____
_____
Name

| 3.161 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pieske , Cheryl Campbell**
**200 Governors Lane**
**Zionsville, IN 46077**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pinder, Donald**
**4850 NE 5th Ave Apt 111**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pinegar, JaNece J**
**6918 Summer Sky St**
**Las Vegas, NV 89149**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Plonowski, Krystyna B**
**1800 South Ocean Blvd Apt 308**
**Pompano Beach, FL 33062**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Poindexter, Virginia Katanda**
**2508 Frontier**
**Midland, TX 79705**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Poitier, Wendy I**
**PO Box N1100**
**Nassau, Bahamas**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.162 0**

**Nonpriority creditor's name and mailing address**

**Ponce, Dayce Yajaira**
**5201 S Torrey Pines Dr Unit 1238**
**Las Vegas, NV 89118**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.162 1**

**Nonpriority creditor's name and mailing address**

**Porter, Kristi**
**3207 Shamise Rd**
**Silver City, NM 88061**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.162 2**

**Nonpriority creditor's name and mailing address**

**Poulin , Eileen Lo Russo**
**15 Weldon Ct**
**Goshen, CT 06756**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.162 3**

**Nonpriority creditor's name and mailing address**

**Poulin II, Mark David**
**534 Rolling Road South**
**Scottsville, VA 24590**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.162 4**

**Nonpriority creditor's name and mailing address**

**Powell, David Mark**
**29055 Deer Creek Circle**
**Menifee, CA 92584**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.162 5**

**Nonpriority creditor's name and mailing address**

**Preece, Dale Seeley**
**3872 South Spinnaker Bay Dr**
**Saratoga Springs, UT 84045**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.1626**

**Nonpriority creditor's name and mailing address**

**Preuss , Carole Joy**
**PO Box 718**
**Snowflake, AZ 85937**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1627**

**Nonpriority creditor's name and mailing address**

**Prickett , Lyra**
**82 Pine Haven Road**
**Hendersonville, NC 28971**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1628**

**Nonpriority creditor's name and mailing address**

**Priest, Richard Harold**
**1919 Vutte View Dr**
**Caldwell, ID 83605**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1629**

**Nonpriority creditor's name and mailing address**

**Priest, Richard Harold**
**1919 Vutte View Dr**
**Caldwell, ID 83605**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1630**

**Nonpriority creditor's name and mailing address**

**Princivalli , Kelly**
**18760 142nd Street**
**Hamburg, MN 55339**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1631**

**Nonpriority creditor's name and mailing address**

**Priscilla Adams**
**1206 Karen Ln**
**Douglas, GA 31533**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**
Name                                                          Case number (if known)

---

| 3.163 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Pritchard , Danny J**
**419 Anderson County Road #375**
**Palestine, TX 75801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Proschek , Patricia Ruth**
**162 Ash St**
**Delaware, OH 43015**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Prusakowski , Susan Jeanette**
**3923 Brookridge Dr**
**Mechanicsburg, PA 17050**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Puddy , Cynthia Sue**
**PO Box 23313**
**Glade Park, CO 81523**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Pulsipher, James**
**719 West 1545 North Circle**
**Washington City, UT 84780**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Purvis , James Neal**
**14407 Northwest Rd**
**Tyler, TX 75707**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Project Neptune, LLC**
Name

Case number *(if known)*

---

**3.163 8**

Nonpriority creditor's name and mailing address

**Quagletti , Patricia Ann**
**10535 Neiderhouse Road**
**Perrysburg, OH 43551**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.163 9**

Nonpriority creditor's name and mailing address

**Qualls , Loretta Diane**
**P.O. Box 425**
**Lake City, AK 72437**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.164 0**

Nonpriority creditor's name and mailing address

**Quinlan Guerin , Janis Suzanne**
**6638 21st Street North**
**Oakdale, MN 55128**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.164 1**

Nonpriority creditor's name and mailing address

**Quiroga, Lorena Mendez**
**831 North Clybourne Ave**
**Burbank, CA 91505**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.164 2**

Nonpriority creditor's name and mailing address

**Rachele Kopp**
**113 Rockport Ridge Way**
**Cary, NC 27519**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.164 3**

Nonpriority creditor's name and mailing address

**Rademaker , Kathryn Ann**
**300 West Bethasda Rd**
**Burleson, TX 76028**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.164 4**

**Nonpriority creditor's name and mailing address**

**Rago , Corrine Carol**
**3984 Upper Pack River Road**
**Sand Point, ID 83864**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164 5**

**Nonpriority creditor's name and mailing address**

**Rainey , Dixie Lee**
**74 West Clinton Avenue**
**Bergenfield, NJ 07621**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164 6**

**Nonpriority creditor's name and mailing address**

**Ralph & Marcia Ritzma**
**13335 White Tail Drive**
**Tyler, TX 75707**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164 7**

**Nonpriority creditor's name and mailing address**

**Ralston , Alissa**
**200 S Aspen**
**Rockland, ID 83271**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164 8**

**Nonpriority creditor's name and mailing address**

**Ramage, Lydia Ann**
**2512 Butano Drive**
**Sacramento, CA 95821**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164 9**

**Nonpriority creditor's name and mailing address**

**Ramamohan Anantatmula**
**13815 E Bellessa Ln**
**Spokane Valley, WA 99206**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**                                      Case number (if known)
         Name

---

3.165 0
**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.      **Unknown**

**Ramirez , Laura E**
**107-21 107 St. Ozone Park**
**New York, NY 11417**

- Contingent
- Unliquidated
- Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.165 1
**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.      **Unknown**

**Ramirez, Karen Liliana**
**6500 Nw 114th Ave**
**Doral, FL 33178**

- Contingent
- Unliquidated
- Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.165 2
**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.      **Unknown**

**Ramos , Donna**
**6160 Se Webfoot Rd**
**Dayton, OR 97114**

- Contingent
- Unliquidated
- Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.165 3
**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.      **Unknown**

**Ramos, Clyde**
**860 Heritage Dr**
**Addison, IL 60101**

- Contingent
- Unliquidated
- Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.165 4
**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.      **Unknown**

**Ramsay, Clayton Jay**
**3328 E Willow Springs Dr**
**Washinton, UT 48780**

- Contingent
- Unliquidated
- Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.165 5
**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.      **Unknown**

**Ranae Peck**
**PO box 17729**
**Holliday, UT 84117**

- Contingent
- Unliquidated
- Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Project Neptune, LLC**
Name

Case number (*if known*)

---

| 3.165 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Randolph, Cindy Lyn**
**1430 West Sapphire Court**
**Saint George, UT 84770**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.165 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Randy Elofson**
**2200 2ND Ave #208**
**Anoka, MN 55303**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.165 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Randy Marell Brady**
**109 Joel Ct**
**Cary, NC 27513**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.165 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Rappa, Penelope Aldine**
**1255 Hidden Creek Canyon**
**San Louis Obispo, CA 93405**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.166 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Raquel Ruth Westover**
**4191 Imperial Way**
**Provo, UT 84604**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.166 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Rathjen, Mary Louise**
**3931 Coffee Rd 21**
**Modesto, CA 95355**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Project Neptune, LLC**
_____
Name

Case number (if known) _____

---

| 3.166 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Ravenberg , John Duane**
**26143 Clay Road**
**Caty, TX 77493**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.166 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Rawls , Frederick Stewart**
**225 Prego Hill Rd**
**Chehalis, WA 98532**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.166 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Ray , Brett Allan**
**675 Michelle Creek Rd**
**Spar, BC BOB2G1**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.166 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Ray , Janet**
**238 Surfwood Drive**
**Florence, KY 41042**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.166 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Ray LaVarr Moore**
**777 Campus Dr**
**Twin Falls, ID 83301**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.166 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Raymond Hintze**
**p.o. box 4487**
**WY 83112**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.1668**

**Nonpriority creditor's name and mailing address**
**Raymond Hintze**
p.o. box 4487
 WY 83112

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1669**

**Nonpriority creditor's name and mailing address**
**Raymund Soliven Pichay**
21424 Ely Ave
Lakewood, CA 90715

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1670**

**Nonpriority creditor's name and mailing address**
**Read, Vera**
239 E 1500 N
Pleasant Grove, UT 84062

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1671**

**Nonpriority creditor's name and mailing address**
**Rebecca Peifer**
3943 E Juniper Cir
Mesa, AZ 85205

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1672**

**Nonpriority creditor's name and mailing address**
**Redd, Kimberly**
598 Red Run Road
Washington, PA 15301

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1673**

**Nonpriority creditor's name and mailing address**
**Redd, Patricia K**
907 Thames Ct
Farmington, UT 84025

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.167 4**

**Nonpriority creditor's name and mailing address**

**Redding, Loraine**
**1411 East 1980 North**
**North Logan, UT 84341**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 5**

**Nonpriority creditor's name and mailing address**

**Rees, Paul J**
**1966 North Summerwood Drive**
**Farmington, UT 84025**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 6**

**Nonpriority creditor's name and mailing address**

**Reese , Dusty Layne**
**5926 Zion Road**
**Kanab, AE 84741**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 7**

**Nonpriority creditor's name and mailing address**

**Reid , Sharron Ann**
**4908 Clear Lake Drive**
**Frisco, TX 75035**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 8**

**Nonpriority creditor's name and mailing address**

**Reid, Albert**
**13330 Del Monte Dr**
**Seal Beach, CA 90740**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 9**

**Nonpriority creditor's name and mailing address**

**Reiland , Sheila Jane**
**1145 Blck Walnut Rd**
**Clover, SC 29710**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                                      Case number *(if known)* _____
_____
Name

| 3.168 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Reinert , Cynthia**
**118 Davis Circle**
**Holly, CO 81047**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**Nonpriority creditor's name and mailing address**
**Reintsema, Robert Arnold**
**2029 South Pebble Beach Blvd**
**Sun City Center, FL 33573**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Nonpriority creditor's name and mailing address**
**Reitz, Kelly Ann**
**4263 Farview Rd**
**Columbia, PA 17512**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Nonpriority creditor's name and mailing address**
**Rems , Gloria**
**1230 Autumn Hills Drive**
**Reno, NV 89511**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Nonpriority creditor's name and mailing address**
**Renee Bentz**
**26 Lindendale Ave**
**Charlston, SC 29407**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Nonpriority creditor's name and mailing address**
**Repovsch , Terry**
**25570 Springtide Court**
**Bonita Springs, FL 34135**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.168 1
3.168 2
3.168 3
3.168 4
3.168 5

Debtor    **Project Neptune, LLC**                                          Case number (if known) _____
_____
Name

---

| 3.168 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Resolme, Marylou E**
**11614 Enid Court**
**San Diego, CA 92131**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Retcho, Mark**
**1628 Clearview Circle**
**Columbia, MS 39429**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Reuter, Paul Raymond**
**2117 S River Dr**
**Tempe, AZ 85282**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Reynolds , Geralyn Sheldon**
**37 S Barksdale St**
**Memphis, TN 38104**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.169 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Rhodes , Jeffrey Dee**
**1 West Timberline Court**
**Rogers, AR 72758**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.169 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Rhodes , William Thomas**
**468 Summit Dr**
**Jonesboro, TN 37659**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number (if known) | |
| | Name | | | |

---

3.169
2

**Nonpriority creditor's name and mailing address**

**Rhodes, William Thomas**
**225 Aster Bowers Rd**
**Greenville, TN 37743**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.169
3

**Nonpriority creditor's name and mailing address**

**Rhonda Wentworth**
**P.O. Box 173**
**Unity, ME 04988**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.169
4

**Nonpriority creditor's name and mailing address**

**Rhonda Westmann**
**2205 Eagles Landing Way**
**Kissimmee, FL 83440**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.169
5

**Nonpriority creditor's name and mailing address**

**Ribelin , Jeanette**
**16305 Double Eagle Dr**
**Austin, TX 78717**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.169
6

**Nonpriority creditor's name and mailing address**

**Richard Loechinger**
**180 A E Spring Valley Rd**
**Dayton, OH 45458**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.169
7

**Nonpriority creditor's name and mailing address**

**Richard Nicholls**
**1 Erindale dr**
**Marlton, NJ 08053**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Project Neptune, LLC**                                              Case number (if known) _____
          _____
          Name

---

| 3.169 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Richardson , Jade Kauikeaolani**
**95-1116 Anuanu Street**
**Mililani, HI 96789**

Date(s) debt was incurred **0**

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.169 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Richardson, Ruth**
**10630 Bridle Lane**
**Cincinatti, OH 45241**

Date(s) debt was incurred **0**

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.170 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Richter , Ralph Conrad**
**PO Box 664**
**Manlius, NY 13104**

Date(s) debt was incurred **0**

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.170 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |

**Rick Roberts**
**2 North 200 East**
**Shoshone, ID 83352**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Secured Promissory Note (not perfected)**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.170 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Rickey Lawrence Smith**
**10704 NW 285th Dr**
**North Plains, OR 97133**

Date(s) debt was incurred **0**

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.170 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ricks, Steven**
**680 E 810 N**
**Basalt, ID 83218**

Date(s) debt was incurred **0**

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor   **Project Neptune, LLC**                                                    Case number (*if known*) _____
_____
Name

---

**3.170 4**

**Nonpriority creditor's name and mailing address**
**Ridl, Marci Frazier**
**720 North 5500 West**
**Ogden, UT 84404**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170 5**

**Nonpriority creditor's name and mailing address**
**Riley, Debra**
**4008 S Ursila St**
**Monahans, TX 79756**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170 6**

**Nonpriority creditor's name and mailing address**
**Risley II , Richard Alyn**
**5527 Yarborough Lane**
**Lakeland, FL 33812**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170 7**

**Nonpriority creditor's name and mailing address**
**Rita Gastaldo**
**8651 Busey Rd**
**Canal Winchester, OH 43110**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170 8**

**Nonpriority creditor's name and mailing address**
**Rivera, Norma Colipapa**
**1923 S Palamar Ct**
**Nampa, ID 83686**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170 9**

**Nonpriority creditor's name and mailing address**
**Rizzo , Loretto Louise**
**1 Northwood Pl**
**Colts Neck, NJ 07722**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                              Case number *(if known)* _____
_____
Name

| 3.171 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robben, Elizabeth Mary**
**8055 Runge Rd**
**Dixon, CA 95620**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robbins , William Dean**
**2312 Loch Lomond Ave**
**Bishop, CA 93514**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Roberson, Elwanda**
**2570 W Horizon Ridge Pkwy Apt 4204**
**Henderson, NV 89052**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Roberson, Eric**
**257 Fair Play St**
**Henderson, NV 89052**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Roberson, Rebecca**
**2930 Geer Rd**
**Turlock, CA 95382**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Evans**
**2655 N 140 E 205**
**Provo, UT 84604**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Project Neptune, LLC**                                    Case number (if known)  _____
        _____
        Name

---

| 3.171 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Robert Guy Rallison**
**1082 E. CANYON WAY**
**CHANDLER, AZ 85249**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Robert Jolley**
**13941 Corner Ridge Ct**
**Draper, UT 84020**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Robert Milton Fowler II**
**1483 Mirabella way**
**Fruit Heights, UT 84037**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Robert Olson**
**4133 E Narowleaf Dr**
**Gilbert, AZ 85298**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Robert Wallace**
**3253 Midway Church Rd**
**Blackshear, GA 31516**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Robert Wilson**
**11602 S 1518 PRSW**
**Prosser, WA 99350**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**                                    Case number (*if known*)
_____
Name

---

| 3.172 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Roberts, Georgene**
**215 Folland Drive**
**American Canyon, CA 94503**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robertson , Jeffery**
**1250 S Rainbow Ranch Rd**
**Wimbley, TX 78676**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robertson , Linda J**
**615 Starboard Ct**
**Katy, TX 77494**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robinson , Gertrude Esther**
**27247 Matthews Rd**
**Parma, ID 83660**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robinson , Kevin**
**1041 Via Canale**
**Henderson, NV 89011**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robinson , Patricia Anne**
**9576 Yankee Street**
**Fredericktown, OH 43019**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**
_____        Case number (if known)  _____
Name

---

**3.172
8**

**Nonpriority creditor's name and mailing address**
**Robinson, Michael Jeffery**
**836 Best Loyola**
**Visalia, CA 93277**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172
9**

**Nonpriority creditor's name and mailing address**
**Robinson, Sharon Lee**
**8274 Maruyama Dr**
**Hemet, CA 92545**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173
0**

**Nonpriority creditor's name and mailing address**
**Robison , Betty Jane**
**1557 E Brenda Dr**
**Casa Grande, AZ 85122**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173
1**

**Nonpriority creditor's name and mailing address**
**Rocha, Benny Warren**
**9911 Cheyenne Dr**
**Bakersfield, CA 93312**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173
2**

**Nonpriority creditor's name and mailing address**
**Rock, Eileen**
**2301 Van Ufford Ln**
**Carmichael, CA 95608**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173
3**

**Nonpriority creditor's name and mailing address**
**Rockwell, Judy Evon**
**3267 S 5300 W**
**Cedar City, UT 84720**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number *(if known)* | |
|--------|---------------------|--------------------------|---|
| | Name | | |

---

**3.173.4**

**Nonpriority creditor's name and mailing address**

**Rockwood, Jay Wendall**
**5000 Sunset Lane**
**South Ogden, UT 84403**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.173.5**

**Nonpriority creditor's name and mailing address**

**Rodhouse , Gloria Domenica**
**78 Tidy Island Blvd**
**Bradenton, FL 34210**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.173.6**

**Nonpriority creditor's name and mailing address**

**Rodney Marietta**
**603 Clearview Dr**
**Newark, OH 43055**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.173.7**

**Nonpriority creditor's name and mailing address**

**Rodney Thorstrom**
**890 S 1600 E**
**Springville, UT 84663**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.173.8**

**Nonpriority creditor's name and mailing address**

**Rodriguez Rios, Teresa**
**78 Tidy Island Blvd**
**Bradenton, FL 34210**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.173.9**

**Nonpriority creditor's name and mailing address**

**Roedel, Sharon Larayne**
**11161 Marbel Front Rd**
**Caldwell, ID 83605**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.174 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roger Jones**
**2109 W 30 N**
**Cedar City, UT 84720**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rojas, Rosbel**
**4510 Lizzy Dr**
**Dallas, TX 75235**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Romberger, Mark M**
**2085 East Rustic Dr**
**St. George, UT 84790**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ronald David Allowitz**
**1346 Princeton Rd**
**Woodburn, OR 97071**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ronald Gene Howard**
**PO Box 2920**
**Thatcher, AZ 85552**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ronald Jorgensen**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:  Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**                                        Case number *(if known)* _____
         _____
         Name

---

| 3.174 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ronald Lars Johnson**
**12027 s Catania Dr**
**Draper, UT 84020**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ronald Turner**
**470 S 200 E**
**Am Fork, UT 84003**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rondi Knowlton**
**5224 Clover Meadow Drive**
**Murray, UT 84123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roper , Lynda Miller**
**2087 S Main St**
**Orem, UT 84058**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rose Marie Scott**
**4297 W. South Jordon Parkway**
**South Jordan, UT 84009**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rose Strang**
**1206 Tiburon Trail**
**Cleburne, TX 76033**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**                                     Case number (if known) _____
_____
Name

---

| 3.175 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rosecrans, Kathleen Sue**
**5485 Jeffrey Way**
**Eugene, OR 97402**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rosemary A Austin**
**2108 Touchstone DR**
**Chino VAlley, AZ 86323**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rosequist, Karen Turner**
**7672 Calm Passage Court**
**Las Vegas, NV 88901**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Roset , David**
**3407 West Obispo**
**Tampa, FL 33629**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rosinski, Lynne**
**15912 Cr 41 97**
**Lindale, TX 75771**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ross , Craig**
**11324 South Trent Drive**
**South Jordan, UT 84095**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Project Neptune, LLC**                              Case number *(if known)* _____
_____
Name

---

**3.175 8**

**Nonpriority creditor's name and mailing address**
**Ross McLeod**
**17225 Mare Lane**
**Loxahatchee, FL 33470**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175 9**

**Nonpriority creditor's name and mailing address**
**Rothaus , Janet Elaine**
**5908 181 Place South West**
**Lynnwood, WA 98037**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176 0**

**Nonpriority creditor's name and mailing address**
**Round Trip Ventures Loan**
**881 West Baxter Dr.**
**South Jordan, UT 84095**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                    **$75,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Secured Promissory Note (not perfected)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176 1**

**Nonpriority creditor's name and mailing address**
**Rowland , Reif**
**3375 Old Clifton Rd**
**Springfield, OH 45502**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176 2**

**Nonpriority creditor's name and mailing address**
**Roxanne Ruth Schwarze**
**2662 Ericson Pl**
**Simi Valley, CA 93065**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176 3**

**Nonpriority creditor's name and mailing address**
**Roy , Anne Hobokan**
**31 BrookGreen Circle S**
**Montgomery, TX 77356**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Project Neptune, LLC**                                    Case number (*if known*) _____
          _____
          Name

| 3.176<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roy Calloway**
**363 N 1030 e #2**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.176<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rozuk, Yolanda**
**16603 Bayleaf Lane**
**Montana, CA 92337**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.176<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rubio, Manuela**
**19 Olivewood Cresent**
**Winnipeg, MB R2M4Y1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.176<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rudd , Victoria**
**9253 Great Lakes Circle**
**Dayton, OH 45458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.176<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ruiz, Esther**
**2572 East Los Alamos Street**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.176<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ruiz, Marbel Paola**
**2572 East Los Alamos Street**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☐ No  ☐ Yes

Debtor   **Project Neptune, LLC**
_____
Name

Case number *(if known)* _____

---

3.177
0

**Nonpriority creditor's name and mailing address**
**Ruiz, Susan Michelle**
**2572 East Los Alamos Street**
**Gilbert, AZ 85295**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.177
1

**Nonpriority creditor's name and mailing address**
**Rupp, Marva**
**1630 E 2450 S #25**
**St. George, UT 84790**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.177
2

**Nonpriority creditor's name and mailing address**
**Ruskan, Ruth Marie**
**5996 Kilbeggan Street**
**Galloway, OH 43119**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.177
3

**Nonpriority creditor's name and mailing address**
**Russell , Cheryle Ann**
**2932 No Skylight Dr**
**Kingman, AZ 86401**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.177
4

**Nonpriority creditor's name and mailing address**
**Russell McKinlay**
**123 St**
**Ut, UT 11111**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.177
5

**Nonpriority creditor's name and mailing address**
**Russell, William Loughlin**
**2932 No Skylight Dr**
**Kingman, AZ 86401**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.177 6**

**Nonpriority creditor's name and mailing address**

**Ruth Ann Daley**
**PO box 467 all pine arizona**
 **AR 85920**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.177 7**

**Nonpriority creditor's name and mailing address**

**Ruth Bishop**
**97604 Franklin Ridge**
**Chapel Hill, NC 27517**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.177 8**

**Nonpriority creditor's name and mailing address**

**Ruth Lyon Wray**
**760 West 1400 North**
**West Bountiful, UT 84087**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.177 9**

**Nonpriority creditor's name and mailing address**

**Ruth Ruskan**
**5996 Kilbeggan Street**
**Galloway, OH 43119**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.178 0**

**Nonpriority creditor's name and mailing address**

**Ryan McCoy**
**4768 W. Bayview Dr.**
**South Jordan, UT 84009**

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Secured Promissory Note (not perfected)**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.178 1**

**Nonpriority creditor's name and mailing address**

**Ryan, Cynthia**
**5329 Stallion Ridge Drive**
**Helena, MT 59602**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor **Project Neptune, LLC**
Name

Case number (if known) _____

---

**3.178
2**

**Nonpriority creditor's name and mailing address**
Ryle , Patricia Marie
2108 South Halcyon Dr
Sun City Center, FL 33573

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.178
3**

**Nonpriority creditor's name and mailing address**
Sabalerio, Josephine S
1121 Nelson Place
Oxnard, CA 93033

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.178
4**

**Nonpriority creditor's name and mailing address**
Sabo, Sedi
6767 W. Yale Loop
Irvine, CA 92604

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.178
5**

**Nonpriority creditor's name and mailing address**
Sackett , Gayle Lorraine
2019 Maple Road
Fort Scott, KS 66701

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.178
6**

**Nonpriority creditor's name and mailing address**
Safford , Deborah Porter
46 Maple St
South Hamilton, MA 01982

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.178
7**

**Nonpriority creditor's name and mailing address**
Sagers , Kristen
9202 N Pebble Creek Loop
Eagle Mountain, UT 84005

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor  **Project Neptune, LLC**                                                    Case number *(if known)* _____
_____
Name

---

| 3.178 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Salisbury, Ronna**
**1764 West 4425 South**
**Roy, UT 84067**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sallee, Thomas Arthur**
**4655 West 5850 South**
**Hooper, UT 84315**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sally Mines Madsen**
**9261 S 1870 W #D**
**West Jordan, UT 84088**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sally Moore**
**1212 10th Street**
**Huntsville, TX 77320**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Samaniego, Dorene Alanis**
**1435 Hillsboro Ave**
**Madera, CA 93637**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sammet , Linda May**
**132 Foxglove Dr**
**Mooresville, NC 28115**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Project Neptune, LLC**
_____  Case number *(if known)* _____
Name

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

**Sanchez, Joseph Daniel**
**27026 Pacific Terrace**
**Mission Viejo, CA 92692**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 5**

**Nonpriority creditor's name and mailing address**

**Sanders, Brent**
**1725 North Afton Circle**
**Layton, UT 84041**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 6**

**Nonpriority creditor's name and mailing address**

**Sandoval, Sergio**
**60 Rivas Ave**
**San Francisco, CA 94132**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 7**

**Nonpriority creditor's name and mailing address**

**Sandra Edgel**
**4127 Rustic Ct**
**North Las Vegas, NV 89031**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 8**

**Nonpriority creditor's name and mailing address**

**Sandra Lee Dimitt Edgel**
**4127 Rustic Ct**
**North Las Vegas, NV 89031**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179 9**

**Nonpriority creditor's name and mailing address**

**Santopadre , Anne**
**27 Farraday Ln**
**Palm Coast, FL 32137**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.180 0**

**Nonpriority creditor's name and mailing address**

**Santos , Alicia**
**7494 Carella Dr**
**Sacramento,, CA 95822**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.180 1**

**Nonpriority creditor's name and mailing address**

**Sarah Kelly**
**2061 West Glentree Drive**
**Lomita, CA 90717**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.180 2**

**Nonpriority creditor's name and mailing address**

**Sarah Knutsen**
**3247 Willowgate Pass**
**Colgate, Wisconsin 53017-0000**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.180 3**

**Nonpriority creditor's name and mailing address**

**Sarah Via**
**2527 Jordan Woods Dr**
**Mechanicsville, VA 23111**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.180 4**

**Nonpriority creditor's name and mailing address**

**Sartore , Robert John**
**5702 39th Street Circle East**
**Bradenton, FL 34203**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.180 5**

**Nonpriority creditor's name and mailing address**

**Sarvey , Alonzo James**
**5702 39th Street Circle East**
**Bradenton, FL 34203**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.180 6**

**Nonpriority creditor's name and mailing address**
**Sato , John Jiro**
**1351 Hogan Circle**
**St. George, UT 84790**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.180 7**

**Nonpriority creditor's name and mailing address**
**Saulnier , Beverly L**
**265 Magnolia Place**
**Pittsburgh, PA 15228**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.180 8**

**Nonpriority creditor's name and mailing address**
**Sawyer, Donald**
**420 Inglewood Cir**
**Las Vegas, NV 89123**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.180 9**

**Nonpriority creditor's name and mailing address**
**Sawyer, Marvin**
**2225 Cape Coral Ct**
**Elberta, CA 95626**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.181 0**

**Nonpriority creditor's name and mailing address**
**Sawyer, Renee**
**420 Inglewood Cir**
**Las Vegas, NV 89123**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.181 1**

**Nonpriority creditor's name and mailing address**
**Sayra Lilian Hyster**
**6107 Graystone Loop**
**Eugene, OR 97478**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Project Neptune, LLC**                                    Case number (if known) _____

Name

---

| 3.181 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Scheaffer, Janet**
**1255 W Melanie Lane**
**Syracuse, UT 84075**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Schlick , Robert Carl**
**1102 S Deer Born Circle**
**Payson, AZ 85541**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Schmalz, Corrine**
**2155 West 1770 North**
**St. George, UT 84770**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Schmalz, Sherry Lynn**
**1063 Elm Street**
**St. George, UT 84790**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Schmidt, Yvonne**
**491 W Jack Frost Way**
**Saratoga Springs, UT 84045**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Schoenfeld, Barbara**
**1060 N Stolle Way**
**Merridian, ID 83642**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Project Neptune, LLC**

Name

Case number *(if known)*

---

**3.1818**

**Nonpriority creditor's name and mailing address**

**Schreiner , Evelyn**
**4651 Augusta Drive**
**Norman, OK 73072**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1819**

**Nonpriority creditor's name and mailing address**

**Schuetz, Debra Ann**
**3660 County Rd 314**
**Jarrell, TX 76537**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1820**

**Nonpriority creditor's name and mailing address**

**Schuetz, Wendy**
**448 Chapel Grove Lane**
**Knoxville, TN 37934**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1821**

**Nonpriority creditor's name and mailing address**

**Schultz , Nancy**
**600 South Orange St**
**Brea, CA 92821**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1822**

**Nonpriority creditor's name and mailing address**

**Schultz , Sally Faye**
**944 Kawananakoa Pl**
**Diamondhead, MS 39525**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1823**

**Nonpriority creditor's name and mailing address**

**Schultz, Cynthia Jean**
**6442 Peytonsville Arno Road**
**College Grove, TN 37046**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.182 4**

**Nonpriority creditor's name and mailing address**

**Schultz, Lanelle**
**4116 South Carrier Parkway Suite 280- 72**
**Grand Prarie, TX 75052**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.182 5**

**Nonpriority creditor's name and mailing address**

**Schwartz, Cheryl**
**9749 Cresent Center Drive # 202**
**Rancho Cucamonga, CA 91730**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.182 6**

**Nonpriority creditor's name and mailing address**

**Scott , Tracy Lucille**
**38216 Pelican Lake Drive**
**Northridgeville, OH 44039**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.182 7**

**Nonpriority creditor's name and mailing address**

**Scott Boehme**
**3259 N 700 W**
**Pleasant View, UT 84414**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.182 8**

**Nonpriority creditor's name and mailing address**

**Scott Snow**
**1235 Imperial Ln**
**Washington, UT 84780**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.182 9**

**Nonpriority creditor's name and mailing address**

**Scott Sterling**
**32927 143rd Ct. S.E.**
**Auburn, WA 98092**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                                      Case number *(if known)* _____
_____
Name

---

3.183 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Scott, Brooks Kay**
**4801 W 5th Ave**
**Kennewick, WA 99336**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.183 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Scotty Arrington**
**1045 Hiawatha Court**
**Saginaw, TX 76131**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.183 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Scroughams, Vergie**
**3622 Sierra Marde Av.**
**Stockton, CA 95204**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.183 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Seal , Carol Jean**
**1227 North Montevideo Ave**
**Edinburg, TX 78541**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.183 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Selchow , Steven**
**13613 Deluth Dr**
**Apple Valley, MN 55124**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

3.183 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Senenko , Maria**
**4163 Old Winding Way**
**Syracuse, NY 13215**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.183 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Seppi, Henry**
**20817 Seppi Rd**
**Georgetown, DE 19947**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Seriges, Lilyen Varde**
**1825 Snyder Ave**
**Medesto, CA 95356**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Shane, Jeffrey**
**6824 Cyclamen Drive**
**West Jordan, UT 84081**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Sharon Gibbons**
**2566 E Lynwood St**
**Mesa, AZ 85213**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Sharon Roedel**
**11161 Marble Front Rd**
**Caldwell, ID 83607**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Sharon, Sandra Lea**
**3045 South West Arrowhead Road**
**Topeka, KS 66614**

Date(s) debt was incurred **0**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Project Neptune, LLC**
Name

Case number (*if known*)

---

| 3.184 2 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Shauf, Susan**
**4725 East Brown Rd #1**
**Mesa, AZ 85205**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 3 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Shaw Sr, Kevin Bernard**
**4725 East Brown Rd #1**
**Mesa, AZ 85205**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 4 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Shaw, Whitney Aland**
**2638 6th St. W**
**West Fargo, ND 58078**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 5 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Shawn Murray**
**2480 south 1375 west**
**Syracuse, UT 84075**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 6 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Shearin , Don**
**920 Hunters Lake Drive**
**Johnson City, TN 37604**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 7 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Sheehan , Brian Robert**
**W 855 Sand Rd**
**Shell Lake, WI 54871**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.184 8**

**Nonpriority creditor's name and mailing address**

**Sheely , Ramona Mary**
**PO Box 22514**
**Kansas City, MO 64113**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 9**

**Nonpriority creditor's name and mailing address**

**Sheffield, Kevin Alexander**
**1194 N Steam Boat Bay Road**
**Coolin, ID 83821**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 0**

**Nonpriority creditor's name and mailing address**

**Sheldon Frei**
**842 West 675 South**
**Mapleton, UT 84664**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 1**

**Nonpriority creditor's name and mailing address**

**Shelton , Teresa Cathren**
**13642 Old Gate Dr**
**Pickerington, OH 43147**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 2**

**Nonpriority creditor's name and mailing address**

**Sherbaf, Gholanali A**
**8380 Greensboro Dr #701**
**McLean, VI 22102**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 3**

**Nonpriority creditor's name and mailing address**

**Sherbert , Michael**
**1460 East 1950 North**
**Heber City, UT 84032**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Project Neptune, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.185 4**

**Nonpriority creditor's name and mailing address**

**Sherman , Melissa LeAnne**
**712 China Grade Loop**
**Bakersfield, CA 93308**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 5**

**Nonpriority creditor's name and mailing address**

**Shier , Elizabeth**
**1016 13th Street**
**Huntington, CA 92648**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 6**

**Nonpriority creditor's name and mailing address**

**Shiotani, Marcus**
**14479 South Renner Lane**
**Herriman, UT 84096**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 7**

**Nonpriority creditor's name and mailing address**

**Shipley , Scott Renwick**
**515 Newport Way Nw Apt B4**
**Issaquah, WA 98027**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 8**

**Nonpriority creditor's name and mailing address**

**Shipley , Theresa Ann**
**PO Box 500315**
**San Diego, CA 92150**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 9**

**Nonpriority creditor's name and mailing address**

**Shipley, Andrea Ruth**
**488 Oasis**
**Ivins, UT 84738**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                                     Case number *(if known)* _____

Name

---

| 3.186 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shipley, Marian**
**1236 W Lago Bello Drive**
**Eagle, ID 83616**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.186 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shirlene Simcox**
**P.O BOX 275**
**Larkspur, CO 80118**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.186 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shirley Nelson**
**1343 Kwana Ct**
**Prescott, AZ 86301**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.186 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Short, Denis Frank**
**5222 Cottonwood Drive**
**Lothian, MD 20711**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.186 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Siar , Sharon Cartwright**
**4645 Plain Park Way Apt # 9208**
**Carrollton, TX 75010**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.186 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sidwell , Suzanne**
**PO Box 902**
**Pleasant Grove, UT 84062**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Project Neptune, LLC**                                    Case number (if known) _____
_____
Name

| 3.186 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sieber , Karen Kay**
**4316 Sycamore**
**Roeland Park, KS 66205**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Siglin, Kathleen E**
**239 E 1500 N**
**Pleasant Grove, UT 84062**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sigoloff , Samuel N**
**3015 Sandy Rd**
**North Pole, AK 99705**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Silcock, Sharon**
**2720 Sw J Ave**
**Lawton, OK 73505**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Silliman**
**26590 South West French Oak Dr**
**West Linn, OR 97068**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Silver , Debra Ruth**
**Rehov HaKgas #3**
**Ceasara   00308-8900**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.187**
**2**

**Nonpriority creditor's name and mailing address**

**Silver, Louise Kemey**
**PO Box 41**
**Providence, UT 84332**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.187**
**3**

**Nonpriority creditor's name and mailing address**

**Simmons, Camille Chlarson**
**858 Northridge Rd**
**Farmington, UT 84025**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.187**
**4**

**Nonpriority creditor's name and mailing address**

**Simonds , Alexandra Mahealani**
**700 N Pack Trail Ln**
**Liberty Lake, WA 99019**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.187**
**5**

**Nonpriority creditor's name and mailing address**

**Simons , Irma Paschal**
**13704 Long Cove Place**
**Midlothian, VA 23112**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.187**
**6**

**Nonpriority creditor's name and mailing address**

**Simons, Cindy Ann**
**PO Box 1066**
**San Martin, CA 95046**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.187**
**7**

**Nonpriority creditor's name and mailing address**

**Simper, Thomas Robert**
**1171 S 4250 W**
**Cedar City, UT 84720**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | Project Neptune, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.187 8**

**Nonpriority creditor's name and mailing address**

**Simpson , Weston**
**11851 Clark Ln**
**Conroe, TX 77385**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.187 9**

**Nonpriority creditor's name and mailing address**

**Simpson, Linda Jean**
**8082 E Autumn Sage Trl**
**Gold Canyon, AZ 85118**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 0**

**Nonpriority creditor's name and mailing address**

**Singer , William John**
**PO Box 884**
**Bonners Ferry, ID 83805**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 1**

**Nonpriority creditor's name and mailing address**

**Sipos, Jeffrey Joesph**
**18217 Gulf Blvrd**
**Redington Shores, FL 33708**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 2**

**Nonpriority creditor's name and mailing address**

**Sipos, Jon**
**7553 Eagles Flight Lane**
**Fort Meyers, FL 33912**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 3**

**Nonpriority creditor's name and mailing address**

**Siraco , Gertrude Elizabeth**
**128 Elm Street**
**Tewksbury, MA 01876**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.188 4**

**Nonpriority creditor's name and mailing address**
**Siraco, Gretrude**
**128 Elm Street**
**Tewksbury, MA 01876**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.188 5**

**Nonpriority creditor's name and mailing address**
**Sites , Scott Tracey**
**900 East Hanley Rd**
**Mansville, OH 44903**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.188 6**

**Nonpriority creditor's name and mailing address**
**Siverling , Denise Blair**
**335 Coventry Cir**
**Folsom, CA 95630**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.188 7**

**Nonpriority creditor's name and mailing address**
**Skipper , Candace Michelle**
**233 North Cleveland Ave #5**
**Hagerstown, MD 21740**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.188 8**

**Nonpriority creditor's name and mailing address**
**Small Business Administration**
**125 South State Street, #2229**
**Salt Lake City, UT 84138**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EIDL Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

**$149,900.00**

---

**3.188 9**

**Nonpriority creditor's name and mailing address**
**Smith , Anne Louise**
**610 Woodland Dr.**
**Los Osos, CA 93402**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.189 0**

**Nonpriority creditor's name and mailing address**

**Smith , Debra Ann**
**2470 Ewald Ave Se**
**Salem, OR 97302**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.189 1**

**Nonpriority creditor's name and mailing address**

**Smith , Herbert David**
**285 Noland Dr**
**Hamilton, MT 59840**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.189 2**

**Nonpriority creditor's name and mailing address**

**Smith , Kevin Neal**
**6005 South Us 1 Unti 105**
**Rockledge, FL 32955**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.189 3**

**Nonpriority creditor's name and mailing address**

**Smith , Lori**
**3061 Pomelo Cr**
**Norman, OK 73071**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.189 4**

**Nonpriority creditor's name and mailing address**

**Smith , Maurine Louise**
**12309 FM 236**
**Victoria, TX 77905**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.189 5**

**Nonpriority creditor's name and mailing address**

**Smith , Maurine Louise**
**17931 Windy Canyon Ln**
**Houston, TX 77084**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.189 6**

**Nonpriority creditor's name and mailing address**

**Smith , Michael Anson**
**PO Box 254**
**West Olive, MI 49460**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189 7**

**Nonpriority creditor's name and mailing address**

**Smith , Nancy A**
**27812 Colonial**
**Mission Viejo, CA 27812**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189 8**

**Nonpriority creditor's name and mailing address**

**Smith , Steven**
**7227 Walnut Creek Xing**
**Avon, IN 46123**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189 9**

**Nonpriority creditor's name and mailing address**

**Smith , Timothy Martin**
**4801 Lexington Ridge Dr**
**Medina, OH 44256**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 0**

**Nonpriority creditor's name and mailing address**

**Smith , Winston Randolph**
**100 Citation Cir**
**Durham, NC 27704**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 1**

**Nonpriority creditor's name and mailing address**

**Smith, Carmen May**
**7937 East 139 Place**
**Thornton, CO 80602**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.190 2**

**Nonpriority creditor's name and mailing address**

**Smith, Dean Randall**
**20 Sierra Way**
**Layton, UT 84041**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.190 3**

**Nonpriority creditor's name and mailing address**

**Smith, Janie Madonna**
**42 S E Sedona Circle**
**Stuart, FL 33326**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.190 4**

**Nonpriority creditor's name and mailing address**

**Smith, Margo B**
**255 East 1080 N**
**Willard, UT 84340**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.190 5**

**Nonpriority creditor's name and mailing address**

**Smith, Mark**
**1512 Coventry Drive**
**Oakley, CA 94561**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.190 6**

**Nonpriority creditor's name and mailing address**

**Smith, Ronald Dale**
**600 Oakwood Drive**
**Lodi, OH 44254**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.190 7**

**Nonpriority creditor's name and mailing address**

**Smolic , Jean Elsa**
**10260 Preston Road**
**Brooksville, FL 34601**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**3.190
8**

Nonpriority creditor's name and mailing address

**Smook , Lisa**
**7135 Timber Ridge Rd**
**Quinton, VA 23141**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190
9**

Nonpriority creditor's name and mailing address

**Smoot, Ethne**
**7837 Magnolia Ave**
**Fair Oaks, CA 95628**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191
0**

Nonpriority creditor's name and mailing address

**Snelling , Brenda Kay**
**11452 E 1020 Ln**
**Mt. Carmel, IL 62863**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191
1**

Nonpriority creditor's name and mailing address

**Snelson, Refugia**
**813 east Bowie st**
**Falfurrias, TX 78355**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191
2**

Nonpriority creditor's name and mailing address

**Snodgrass , Nicholas**
**2061 Idaho Ave**
**Escondido, CA 92027**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191
3**

Nonpriority creditor's name and mailing address

**Snow, Pamela Richan**
**645 So 1100 We**
**Cedar City, UT 84720**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.191 4**

**Nonpriority creditor's name and mailing address**

**Sombara , Jean J.**
**2434 W 230th Pl**
**Torrence, CA 90501**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.191 5**

**Nonpriority creditor's name and mailing address**

**Sommers, David Allen**
**239 Quail Ridge Rd**
**Smyrna, TN 37167**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.191 6**

**Nonpriority creditor's name and mailing address**

**Sondra Poll Johansen**
**5838 Creekside Dr**
**Morgan, UT 84050**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.191 7**

**Nonpriority creditor's name and mailing address**

**Sorensen , Gay Grimshaw**
**2223 Sheron Dr**
**Santa Clara, UT 84765**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.191 8**

**Nonpriority creditor's name and mailing address**

**Sorensen, Dennis Lamount**
**Hc 80 Box 706**
**Greenwich, UT 84732**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.191 9**

**Nonpriority creditor's name and mailing address**

**Soto de Mijangos, Maria**
**2 Calle 17- 62**
**Guatamala City, Guatamala Zone 15**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:   Canceled Trip**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.192 0**

**Nonpriority creditor's name and mailing address**
**Sousa , Deborah**
**15 Beverly Hills Dr**
**Shelton, AE 06484**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192 1**

**Nonpriority creditor's name and mailing address**
**Sousa , Laurie Jeanne**
**306 Canal St**
**Marshfield, MA 02050**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192 2**

**Nonpriority creditor's name and mailing address**
**Spainhower, Ellen Aileen**
**P.O. Box 642**
**Richfield, UT 84701**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192 3**

**Nonpriority creditor's name and mailing address**
**Sparrow , Cheryl Ann**
**2826 Izabella Ct**
**Frisco, TX 75033**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192 4**

**Nonpriority creditor's name and mailing address**
**Spitzer, Deborah Joy**
**744 W Wiltshire St**
**Washington City, UT 84780**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192 5**

**Nonpriority creditor's name and mailing address**
**Sprinkle , Linda**
**725 South High St. 12**
**Hillsbro, OH 45133**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.192 6**

**Nonpriority creditor's name and mailing address**

**Sproull , Patricia Mary**
**3504 Lakeside Drive**
**Rockwall, TX 75087**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.192 7**

**Nonpriority creditor's name and mailing address**

**Stacy Wursten**
**1256 Red Leaf Way**
**Lincoln, CA 95648**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.192 8**

**Nonpriority creditor's name and mailing address**

**Stafford, Drue**
**14166 N Clevland Rd**
**Preston, ID 83263**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.192 9**

**Nonpriority creditor's name and mailing address**

**Stafford, Joanne Frances**
**514 Americas Way PMB 10384**
**Box Elder, SD 57719**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.193 0**

**Nonpriority creditor's name and mailing address**

**Stahmann , Kathryn**
**42 N Tanglewood Spur**
**Sedona, AZ 86351**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.193 1**

**Nonpriority creditor's name and mailing address**

**Standley , Ustina Ivanovna**
**PO Box 21261**
**Keizer, OR 97307**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                                 Case number (if known) _____

_____
Name

---

| 3.193 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Stanford, Vanessa Karen**
**3650 Crowberry Way**
**Euless, TX 76040**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Stanger, Kellie Anne**
**649 Hidden Lake Ct**
**Middleton, ID 83644**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Stanley , Arlene Marie**
**19496 Wilderness Drive**
**West Lynn, OR 97068**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Stanley, Connie**
**6740 S 2345 E**
**Cottonwood Heights, UT 84790**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Stannard, Bruce Edson**
**12907 W Bonanza Dr**
**Sun City West, AZ 85375**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Starer , Robert Lewis**
**735 E Apache Drive**
**Washington, UT 84780**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Project Neptune, LLC**

Case number *(if known)* _____

Name

---

| 3.193 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Starrett, Linda Jean**
**2211 Outrigger Drive**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.193 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**State of Utah**
**Office of the Attorney General**
**P.O. Box 14320**
**Salt Lake City, UT 84114**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.194 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stecher , Susan**
**209 North St**
**Harrisburg, PA 17108**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.194 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steib , Keith Lawrance**
**57112 Rille Castle Lan**
**Las Vegas, NV 89130**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.194 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Pratt**
**411 N 530 E**
**American Fork   84003**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.194 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Roy Kienholz**
**2909 Cheokee Blvd**
**Puyallup, WA 98374**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.194 4**

**Nonpriority creditor's name and mailing address**

**Stephens Iii, James Harry**
**2615 E Pryor Drive**
**Fresno, CA 93720**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 5**

**Nonpriority creditor's name and mailing address**

**Stephens, David Lewis**
**4330 East Trenton Circle**
**Idaho Falls, ID 83401**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 6**

**Nonpriority creditor's name and mailing address**

**Stepp , Paula Kathleen**
**917 South Country Way**
**Washington, UT 84780**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 7**

**Nonpriority creditor's name and mailing address**

**Sterling, Scott**
**32927 143rd Court South East**
**Auburn, WA 98092**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 8**

**Nonpriority creditor's name and mailing address**

**Steven Anderberg**
**710 N 1000 E**
**Lehi, UT 84043**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 9**

**Nonpriority creditor's name and mailing address**

**Steven Bringhurst**
**536 W Bayhill Dr**
**Nampa, ID 83686**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.195
0**

**Nonpriority creditor's name and mailing address**

**Steven Hooker**
**1660 Swallow dr**
**El Cajon, CA 92020**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195
1**

**Nonpriority creditor's name and mailing address**

**Steven Selchow**
**13613 Deluth Dr**
**Apple Valley, MN 55124**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195
2**

**Nonpriority creditor's name and mailing address**

**Steven Smith**
**324 south 1000 east**
**Orem, UT 84097**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195
3**

**Nonpriority creditor's name and mailing address**

**Stevenson , Darin**
**1480 E Pecos Rd Apt 3108**
**Gilbert, AZ 85295**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195
4**

**Nonpriority creditor's name and mailing address**

**Stevenson, Marsha F**
**540 Twin Peaks Drive**
**South Shore, KY 41175**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195
5**

**Nonpriority creditor's name and mailing address**

**Stewart, Marion Ray**
**3525 South Harrier Dr**
**Saratoga Springs, UT 84045**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**3.195 6**

**Nonpriority creditor's name and mailing address**

**Stickler , Daniel Paul**
**2955 Dibblee Ave**
**Columbus, OH 43204**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.195 7**

**Nonpriority creditor's name and mailing address**

**Stingley , Dawn Kristen**
**2046 East Aire Libre Ave**
**Phoenix, AZ 85022**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.195 8**

**Nonpriority creditor's name and mailing address**

**Stokes, Harold Quinn**
**2332 West 12600 South Ste 2A**
**Riverton, UT 84065**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.195 9**

**Nonpriority creditor's name and mailing address**

**Stokes, Paul K**
**112 W Centerville Commons Way**
**Centerville, UT 84014**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.196 0**

**Nonpriority creditor's name and mailing address**

**Stol-Mcbreairty, Sandra**
**3351 North 400 West**
**West Lafayette, IN 47906**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.196 1**

**Nonpriority creditor's name and mailing address**

**Stone , Suki**
**PO Box 500315**
**San Diego, CA 92150**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.196 2**

**Nonpriority creditor's name and mailing address**

**Stovik , Michael William**
**207 Graves Avenue**
**Erlanger, KY 41018**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 3**

**Nonpriority creditor's name and mailing address**

**Strauss, Helmut C**
**1358 W Heather Downs Dr**
**South Jordan, UT 84095**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 4**

**Nonpriority creditor's name and mailing address**

**Strong , Janette**
**1592 E 550 S**
**Spring Ville, UT 84663**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 5**

**Nonpriority creditor's name and mailing address**

**Stuard , Kathryn Durham**
**2216 Cimmaron Drive**
**Midland, TX 79705**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 6**

**Nonpriority creditor's name and mailing address**

**Stuart , Arlene**
**1155-6 West Bloomington Drive South**
**Saint George, UT 84790**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 7**

**Nonpriority creditor's name and mailing address**

**Stubbs , Misti**
**3172 W 9765 S**
**South Jordan, UT 84095**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.196 8**

**Nonpriority creditor's name and mailing address**

**Stubbs, Jessica Denise**
**Vernon St. Kennedy Sub Division**
**Nassau, Bahamas 00009-9999**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.196 9**

**Nonpriority creditor's name and mailing address**

**Sue Sanft**
**3658 North 760 East**
**Provo, UT 84604**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.197 0**

**Nonpriority creditor's name and mailing address**

**Suess, Bernd**
**3874 West Ivey Ranch Road**
**South Jordan, UT 84009**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.197 1**

**Nonpriority creditor's name and mailing address**

**Suhy, William Steven**
**5853 Gudemoos Rd**
**Honor, MI 49640**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.197 2**

**Nonpriority creditor's name and mailing address**

**Sumner , Jean Marie**
**2334 Crip Road**
**Eveleth, MN 55734**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.197 3**

**Nonpriority creditor's name and mailing address**

**Susan Darner**
**4144 E Hackamore Cir**
**Mesa, AZ 85205**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.197 4**

**Nonpriority creditor's name and mailing address**

**Susan Gilliland**
**330 Country Club Lane**
**Atlantic Beach, FL 32233**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 5**

**Nonpriority creditor's name and mailing address**

**Susan Hadley**
**12 Via Almeria**
**San Clemente, CA 92673**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 6**

**Nonpriority creditor's name and mailing address**

**Susan Hart**
**2687 E Paradise Harbor Dr**
**Conneley Springs, NC 28612**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 7**

**Nonpriority creditor's name and mailing address**

**Susan Johnson**
**1537 Sunrise Cir**
**Boulder City, NV 89005**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 8**

**Nonpriority creditor's name and mailing address**

**Susan Lee McCammon**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 9**

**Nonpriority creditor's name and mailing address**

**SUSAN PAULUS**
**9510 MONTEVERDI WAY**
**FORT MYERS, FL 33912**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.198 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Tanner**
**3298 Wrenwood Ave.**
**Clovis, CA 93619**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.198 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susan Villamor Gasis**
**35-48. 64TH. ST 2ND FLR**
**NEW YORK, NY 11377**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.198 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Susanne Wheeler**
**307 E 830 S**
**Farmington   84025**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.198 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sutliff , James Dwayne**
**338 Cox Road**
**Troutville, VA 24175**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.198 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suzanna Knott**
**1405 Shepard Dr**
**Wellington, UT 84542**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.198 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Swain Jr, Harry Lewis**
**11 Bay Tree Hollow**
**Novato, CA 94945**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.198 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Swanepoel , Damyn**
**2076 Double Springs Church Road**
**Monroe, GA 30656**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sweet, Mary Ann**
**1219 Brundage Circle**
**Twin Falls, ID 83301**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Swensen , Charlotte Elaine**
**3 Pearlway Dr Seahorse Village P,o, Box**
**Freeport, Bahamas**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Szalacsi , Jaclyn**
**1805 215 Street Apartment 12 B**
**Bayside, NY 11360**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.199 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Szkrybalo, William**
**P.O. Box 1450**
**Minden, NV 89423**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.199 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Taban , Touraj**
**12310 Woodruff Ave**
**Downey, CA 90241**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Project Neptune, LLC**
Name

Case number *(if known)*

---

| 3.199 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Talbot, Karen**
**773 Northridge Ct**
**Farmington, UT 84025**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.199 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Talmadge Russell Chapman**
**764 River Bend Dr**
**Granite Falls, NC 28630**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.199 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Tamara Poll Siebert**
**5890 Creekside Dr**
**Mountain Green, UT 84050**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.199 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Tamera Talbot**
**2753 S 4300 W**
**Ogden, UT 84401**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.199 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Tammy Anderson**
**13225 Sunbird Dr**
**Moreno Valley, CA 92553**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.199 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Tanis , Patria G**
**1780 County Road 600 Unit C**
**Pagosa Springs, CO 81147**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.199 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tanner, Shae Lamar**
**11362 S 2420 W**
**South Jordan, UT 84095**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.199 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tansey , Arlene Jane**
**9743 Greenside Court**
**Centerville, OH 45458**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.200 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tate, Margaret Ann**
**14 Hinders Drive**
**Canyon, TX 79015**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.200 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tatis, Marbel L Garcia**
**914 West Washington Street**
**Mount Pleasant, PA 15666**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.200 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tattersall , Traci Faye**
**8 Inverness Dr E Ste 106**
**Englewood, CO 80112**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.200 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Taunja Osborn**
**9 Meadow View Ct**
**Edgewood, NM 87015**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.200 4**

**Nonpriority creditor's name and mailing address**

**Taylor , Joyce Carnes**
**61425 Brosterhous Rd**
**Bend, OR 97702**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200 5**

**Nonpriority creditor's name and mailing address**

**Taylor, Janice Marie**
**1012 8th Street Northwest**
**Arab, AL 35016**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200 6**

**Nonpriority creditor's name and mailing address**

**Taylor, Ronald Jay**
**4085 Revere Drive**
**Idaho Falls, ID 83404**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200 7**

**Nonpriority creditor's name and mailing address**

**Tebo , Carol Sue**
**3500 Se Concord Road Unit 71**
**Milwaulkie, OR 97267**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200 8**

**Nonpriority creditor's name and mailing address**

**Teefey , Mary Kay**
**49 Rocktree Overlook**
**Dahlongea, GA 30533**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200 9**

**Nonpriority creditor's name and mailing address**

**Terence Quinn**
**48058 N Navidad Ct**
**Gold Canyon, AZ 85118**

Date(s) debt was incurred **0**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.201 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Teresa Beagley**
**1426 Chatham Drive south east**
**Olympia, WA 98513**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Teresa Clark**
**2305 North Country Club Drive**
**Flagstaff, AZ 86004**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Teresa Cullen**
**85 Hoajalld Ave**
**Rock Away, NJ 07866**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Teresa Deone Perry**
**1415 Whitewater Dr Apt 4109**
**Idaho Falls, ID 83402**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Terrebonne , Toby**
**14555 Highway 3235**
**Cut Off, LA 70345**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Terri Lent**
**1186 Caysie Circle**
**Idaho Falls, ID 83402**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Project Neptune, LLC**                                    Case number (*if known*) _____
_____
Name

---

| 3.201 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Terry , Donna Mae**
**PO Box 232**
**Mission Viejo, CA 92692**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Terry , Patricia Ann**
**800 N Shoreline Blvd Suite 2000**
**Corpus Christie, TX 78401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Tex , Maxine Marie**
**6168 N 500 E**
**Franklin, IN 46131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thair Phillips**
**3180 N 2225 E**
**Layton, UT 84040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thatcher , Jim Ernest**
**4722 200 Place East**
**Revened, WA 98053**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thatcher, Michael Stanley**
**1304 West Province Way**
**St. George, UT 84770**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Basis for the claim:  **Canceled Trip**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.202
2**

**Nonpriority creditor's name and mailing address**

**Theresa M Brodie**
**6 Marsh Run Rd**
**Fredericksburg, VA 22406**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202
3**

**Nonpriority creditor's name and mailing address**

**Thomas , Adele Renee**
**242 W Stustman Street**
**Pembina, ND 58271**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202
4**

**Nonpriority creditor's name and mailing address**

**Thomas , Clara**
**741 East 340 North**
**America Fork, UT 84003**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202
5**

**Nonpriority creditor's name and mailing address**

**Thomas , Jane Richardson**
**235 Meridian Hills Rd**
**Talllahassee, FL 32312**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202
6**

**Nonpriority creditor's name and mailing address**

**Thomas Frank**
**12100 S 700 W**
**Draper, UT 84020**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202
7**

**Nonpriority creditor's name and mailing address**

**Thomas Lyal Hale**
**614 E Hearne Way**
**Gilbert, AZ 85234**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Project Neptune, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.202 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Thomas Warriner**
**9553 Gainey Ranch Ave**
**Las Vegas, NV 89147**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Thomas William Silvester**
**2329 s Montego Way**
**Meridian, ID 83642**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Thomas, Annette S**
**37215 Dead End Lane**
**Burns, OR 97720**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Thomas, Robert Wayne**
**2223 28th Ave**
**Kenosha, WI 53140**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Thomas, Stephen Kent**
**2809 N Turnberry Lane**
**Lehi, UT 84043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Thompson , Becky Muriel**
**6762 N County Road 27**
**Loveland, CO 80538**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Project Neptune, LLC**                                   Case number (*if known*) _____
_____
Name

---

| 3.203 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thompson , Judy Fraughton**
**839 E 50 S**
**American Fork, UT 84003**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thompson , Michael**
**1623 E Parkview Dr**
**Marion, IN 46952**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thompson, Darrell**
**6578 South Ivory Circle**
**Taylorsville, UT 84129**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thompson, Jason Bret**
**3319 Holly Dr**
**St. George, UT 84790**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thompson, Robert Dennis**
**3319 Holly Dr**
**St. George, UT 84790**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thompson, Robert Shawn**
**3319 Holly Dr**
**St. George, UT 84790**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

| 3.204 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Thomson, Woodruff Alan**
**2411 North 750 East**
**Provo, UT 84604**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Thoni , Deborah Edmonson**
**130 Spring Valley Loop**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Thorley , Eric James**
**3434 Philips Ave**
**Enumclaw, WA 98022**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Thorn , Stacy**
**271 S 2175 W**
**Lehi, UT 84043**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Thornburg , Kelly**
**711 North Thumbleweek Trail**
**Austin, TX 78733**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Thornton, Katherine**
**467 E 1000 S**
**Pleasant Grove, UT 84062**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.204 6**

**Nonpriority creditor's name and mailing address**

**Thorson , Phylis**
**5517 Estrellita Del Norte Ne**
**Albuquerque, NM 87111**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.204 7**

**Nonpriority creditor's name and mailing address**

**Thul , Patricia**
**5670 Hadley North Ave# 229**
**Oakdale, MN 55128**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.204 8**

**Nonpriority creditor's name and mailing address**

**Tice, Joanne**
**2856 East Rasmussen Drive**
**Saint George, UT 84790**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.204 9**

**Nonpriority creditor's name and mailing address**

**Tigulis , Donna**
**10939 Marquette Road**
**Zionsville, IN 46077**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.205 0**

**Nonpriority creditor's name and mailing address**

**Tillman , Thomas David**
**1731 North Cozy Lane**
**Saratoga Springs, UT 84045**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.205 1**

**Nonpriority creditor's name and mailing address**

**Timothy McMullan**
**16163 West Saguaro Park Lane**
**Surprise, AZ 85387**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.205
2**

**Nonpriority creditor's name and mailing address**

**Timothy Ryan Noyce**
**10782 FERNRIDGE drive**
**south jordan, UT 84009**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.205
3**

**Nonpriority creditor's name and mailing address**

**Tippets, Ilene**
**1435 W 540 N**
**St. George, UT 84770**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.205
4**

**Nonpriority creditor's name and mailing address**

**Tippets, Steven**
**645 W 3750 Nrth**
**Pleasent View, UT 84414**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.205
5**

**Nonpriority creditor's name and mailing address**

**Titus, Therese**
**3N745 Arbor Creek Road**
**St. Charles, IL 60175**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.205
6**

**Nonpriority creditor's name and mailing address**

**Todd Hinkins**
**160 West Center Street**
**Orangeville, UT 84537**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

**$30,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Secured Promissory Note (not perfected)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.205
7**

**Nonpriority creditor's name and mailing address**

**Todd, Katherine Eileen**
**PO Box 941013**
**Houston, TX 77094**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Project Neptune, LLC**                                    Case number (if known) _____
         _____
         Name

---

| 3.205 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Tolentino, Carmelita Prudente**
**485 Lakeview Dr**
**Brentwood, CA 94513**

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.205 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Tollestrup, Dana Scott**
**1131 East Hackamore Drive**
**Draper, UT 84020**

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.206 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |

**Tom McCoy**
**1962 Cascade Canyon Road**
**Saint George, UT 84770**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Secured Promissory Note (not perfected)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.206 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Torgersen, Eric Bruce**
**9465 S Medallion Circle**
**South Jordan, UT 84009**

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.206 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Torres , Lynn Marie**
**2675 Discovery Cove**
**Port Hueneme, CA 93041**

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.206 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Torres, Claudia Angelica**
**12450 Marshal Ave #247**
**Chino, CA 91710**

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Project Neptune, LLC**                                    Case number (*if known*) _____
_____
Name

---

| 3.206 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Torrice , Paula**
**211 Range Road**
**Windham, NH 03087**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Torrice Jr., John William**
**521 Bunker Hill Road**
**Oswego, NY 13126**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Torrie , Melvin Wayne**
**123 Fake Street**
**Lehi, UT 84043**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tortolano , Judith M**
**10 Penniman Terrace**
**Braintree, MA 02184**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Toson, Luther Rb**
**28811 Hedgerow**
**Mission Viejo, CA 92692**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tovar, Kathryn Marie**
**3505 Sky Court**
**Reno, NV 89503**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.207 0**

**Nonpriority creditor's name and mailing address**

**Towne , John Wesley**
**200 Mordale Rd**
**Carlisle, PA 17015**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Canceled Trip__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207 1**

**Nonpriority creditor's name and mailing address**

**Tracy Smith**
**278 s 700 e**
**Alpine, UT 84004**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Canceled Trip__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207 2**

**Nonpriority creditor's name and mailing address**

**Tracy Smith**
**278 s 700 e**
**Alpine, UT 84004**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Canceled Trip__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207 3**

**Nonpriority creditor's name and mailing address**

**Tran, Mimi**
**5825 12 Avenue West**
**Everett, WA 98203**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Canceled Trip__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207 4**

**Nonpriority creditor's name and mailing address**

**Trask , Linda Lunell**
**1267 Marigold Way**
**Saint George, UT 84790**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Canceled Trip__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207 5**

**Nonpriority creditor's name and mailing address**

**Travelers**
**P.O. Box 64095**
**Saint Paul, MN 55102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Project Neptune, LLC**                                          Case number *(if known)* _____
           _____
           Name

---

| 3.207 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Trent , Carolyn Kay**
**1248 Woodlands Way**
**Helenna, AL 35080**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:**  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Trent , Karen Sue**
**209 North St**
**Harrisburg, PA 17108**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:**  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Trevino, Wanda Jean**
**PO Box 189**
**Paul, ID 83347**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:**  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Trezza , Christine Elizabeth**
**4 Anchor Cove Ct**
**Bluffton, SC 29910**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:**  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Troth , Hugh Britton**
**696 County Road 1302**
**Ashland, OH 44805**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:**  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Trumpower , Elise Christine**
**6624 Watkins Road Sw**
**Pataskala, OH 43062**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:**  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.208 2**

**Nonpriority creditor's name and mailing address**

**Trumpower , Linda Sue**
**6624 Watkins Road Sw**
**Pataskala, OH 43062**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 3**

**Nonpriority creditor's name and mailing address**

**Truong, Nee**
**120 N. Lincoln Pl**
**Monrovia, CA 91016**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 4**

**Nonpriority creditor's name and mailing address**

**Tubbs, Kathlene Michelle**
**1435 W 540 N**
**St. George, UT 84770**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 5**

**Nonpriority creditor's name and mailing address**

**Tucker , Michael Timothy**
**6592 Fellingwood Court**
**Frederick, MD 21703**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 6**

**Nonpriority creditor's name and mailing address**

**Tucker , William Hubert**
**1866 Medowbrook Drive**
**Winston-Salem, NC 27104**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 7**

**Nonpriority creditor's name and mailing address**

**Turley, Betty Lou**
**625 Ramsgate Rd**
**Farmington, UT 84025**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Canceled Trip

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.208 8**

**Nonpriority creditor's name and mailing address**

**Turner , James**
**3400 Beverly Dr**
**Dalas, TX 75205**

**Date(s) debt was incurred _0_**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.208 9**

**Nonpriority creditor's name and mailing address**

**Uhren , Douglas John**
**576 County Line Road**
**Westerville, OH 43081**

**Date(s) debt was incurred _0_**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.209 0**

**Nonpriority creditor's name and mailing address**

**Ulibarri, Karlene**
**617 Avenue M**
**Boulder City, NV 89005**

**Date(s) debt was incurred _0_**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.209 1**

**Nonpriority creditor's name and mailing address**

**Ulmer , Helen Gatgounis John**
**735 Waites Dr**
**Charelston, SC 29412**

**Date(s) debt was incurred _0_**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.209 2**

**Nonpriority creditor's name and mailing address**

**Underwood , Daniel Lee**
**2 Abbey Court**
**Greensboro, NC 27410**

**Date(s) debt was incurred _0_**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.209 3**

**Nonpriority creditor's name and mailing address**

**Unsell, Robert Stanley**
**8901 Oakmont Valley Dr**
**Oklahoma City, OK 73131**

**Date(s) debt was incurred _0_**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.209**
**4**

**Nonpriority creditor's name and mailing address**
**Utah Division of Consumer Protection**
**160 East 300 South**
**Salt Lake City, UT 84111**

Date(s) debt was incurred  **July 2022**

Last 4 digits of account number  **0220**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Administrative Proceeding**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.209**
**5**

**Nonpriority creditor's name and mailing address**
**Valdes, Julie Diane**
**2542 Cortina Ave**
**Henderson, NV 89074**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.209**
**6**

**Nonpriority creditor's name and mailing address**
**Valencia Cannon**
**28511 Sweetgum Road**
**Magnolia, TX 77354**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.209**
**7**

**Nonpriority creditor's name and mailing address**
**Valenti , Kathleen Ann**
**925 John White Road**
**DeFunik Springs, FL 32435**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.209**
**8**

**Nonpriority creditor's name and mailing address**
**Valentine , Julia**
**6348 North Poplar Ave**
**Fresno, CA 93704**

Date(s) debt was incurred  **0**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.209**
**9**

**Nonpriority creditor's name and mailing address**
**Valerie Hulme**
**2949 South Galcier Bay Way**
**Meridian, ID 83642**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **3206**

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Canceled Trip / Pending Lawsuit**

Is the claim subject to offset? ☒ No ☐ Yes

**$29,219.42**

---

Debtor   **Project Neptune, LLC**                                    Case number (if known) _____
         _____
         Name

| 3.210 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Valerie Jorgensen**
**2615 Black Walnut Dr**
**North Logan, UT 84341**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Van Gordon, Paul Eugene**
**7320 E Treagy Lane**
**Spokan, WA 99217**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Van Patten, Myung Ja Kim**
**1604 Monrovia Ave**
**Costa Mesa, CA 92627**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Van Steenis, Cara Lee**
**215 Sw Stonegate Dr**
**Ankeny, IA 50023**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Van, Connie Cong Thi**
**533 S 360 E**
**American Fork, UT 84003**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Vanderwerken , Leslie**
**522 S 7TH St**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

| 3.210 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Vandiver, Kathy Marceline**
**16230 Hickory Knoll Drive**
**Houston, TX 77059**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.210 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**VanWinkle, Beverly Ann**
**690 South 5th St. West**
**Snow Flake, AZ 85937**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.210 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Varizi, Fatemeh**
**2623 Madrona Drive South East**
**Port Orchard, WA 98366**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.210 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Varner , Patricia Wilcox**
**12969 Hunters Creek Rd**
**College Sta, TX 77845**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.211 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Vaupel , Marilyn K**
**S7540 Ridgewood Drive**
**EauClaire, WI 54701**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.211 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Vaynshteyn, leonid**
**1263 Mariposa Rd**
**Carlsbad, CA 92011**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:**  **Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.211
2**

**Nonpriority creditor's name and mailing address**

**Vega de Leon, MariElizabeth**
**30998 Revis Road**
**Coarsegold, CA 93614**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.211
3**

**Nonpriority creditor's name and mailing address**

**VelDean Fincher**
**20 Elberta Dr**
**Newnan, GA 30265**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.211
4**

**Nonpriority creditor's name and mailing address**

**VelDean Fincher**
**20 Elberta Dr**
**Newnan, GA 30265**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.211
5**

**Nonpriority creditor's name and mailing address**

**Vera Cruz Jr, Nick Santos**
**1921 Calle Dulce**
**Glendale, CA 91208**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.211
6**

**Nonpriority creditor's name and mailing address**

**Vera Cruz, Elenita Maglaqui**
**529 E Bond St**
**Carson, CA 90745**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.211
7**

**Nonpriority creditor's name and mailing address**

**Verda Gail Tondevold**
**Apt 103 15317 Phrift ave**
**White Rock, BC V4B 2L4**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim: Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    **Project Neptune, LLC**                                    Case number (if known) _____

_____
Name

---

| 3.211 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Verleen G Hardman**
**156 N Parkside Loop**
**Elk Ridge, UT 86451**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Vermillion, DeAnza**
**39811 Higbee Rd North East**
**Albany, OR 97322**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Via , Sarah Richardson**
**7135 Timber Ridge Rd**
**Quinton, VA 23141**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Vickers , James Laurie**
**403 Southbridge Lakes Pkwy**
**Southlake, TX 76092**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Vicki Mietzner**
**308 North Washington**
**Bloom Field, IA 52537**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Vidovich , Carmel**
**54 Pitcarne Dr**
**Roseland, NJ 07068**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.212 4**

**Nonpriority creditor's name and mailing address**

**Virginia Bell**
**2251 Garfield Pl SE**
**Port Orchard, WA 98366**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.212 5**

**Nonpriority creditor's name and mailing address**

**Virginia Gillett**
**3737 E 343 N**
**Rigby, ID 83442**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.212 6**

**Nonpriority creditor's name and mailing address**

**Virginia Katanda Poindexter**
**2508 Frontier**
**Midland, TX 79705**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.212 7**

**Nonpriority creditor's name and mailing address**

**Vogli, Barbara**
**5908 181 Place South West**
**Lynnwood, WA 98037**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.212 8**

**Nonpriority creditor's name and mailing address**

**Voisin , Paula Bush**
**4380 King Street Apt 1005**
**Alexandria, VA 22302**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.212 9**

**Nonpriority creditor's name and mailing address**

**Von Strahl, Shanee Jolene**
**349 Sunrise Avenue**
**Medford, OR 97504**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor    **Project Neptune, LLC**                                          Case number *(if known)* _____
                Name

---

| 3.213 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Wachowiak, Darah Donna**
**7363 Glorious Sun Dr**
**Las Vegas, NV 89178**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Wade , Robin Jo**
**5317 Burning Oak Ct**
**Raleigh, NC 27606**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Wagner , Candace**
**4608 Inverness Dr**
**Tyler, TX 75703**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Wagner , Candace**
**4608 Inverness Dr**
**Tyler, TX 75703**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Waite, Colleen C**
**2037 E 17th Street**
**Idaho Falls, ID 83404**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Wald , Thomas George**
**585 Yarborough Way**
**The Villages, FL 32163**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Project Neptune, LLC**                                    Case number (if known) _____
        Name

---

3.213
6

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **Unknown**

**Wallace, Ketryn Gabriel**                                         ■ Contingent
**1019 Old Blush Road**
**Celebration, FL 34747**                                          ☐ Unliquidated

                                                                    ■ Disputed
Date(s) debt was incurred  **0**

Last 4 digits of account number  _                                 Basis for the claim:  **Canceled Trip**

                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

3.213
7

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **Unknown**

**Wallenhorst , Michelle**                                         ■ Contingent
**12 Holmes Ave**
**Eastport, NY 11941**                                             ☐ Unliquidated

                                                                    ■ Disputed
Date(s) debt was incurred  **0**

Last 4 digits of account number  _                                 Basis for the claim:  **Canceled Trip**

                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

3.213
8

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **Unknown**

**Waltraud Kelly**                                                 ■ Contingent
**60998 E Eagle Heights Dr**
**Tucson, AZ 85739**                                               ☐ Unliquidated

                                                                    ■ Disputed
Date(s) debt was incurred  **0**

Last 4 digits of account number  _                                 Basis for the claim:  **Canceled Trip**

                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

3.213
9

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **Unknown**

**Ward , Barbara**                                                 ■ Contingent
**3615 Martin Luther King Ave**
**Oklahoma City, OK 73111**                                        ☐ Unliquidated

                                                                    ■ Disputed
Date(s) debt was incurred  **0**

Last 4 digits of account number  _                                 Basis for the claim:  **Canceled Trip**

                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

3.214
0

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **Unknown**

**Warkala , Kamille Theresa**                                      ■ Contingent
**184 Faith Dr**
**Dlandon, PA 19510**                                              ☐ Unliquidated

                                                                    ■ Disputed
Date(s) debt was incurred  **0**

Last 4 digits of account number  _                                 Basis for the claim:  **Canceled Trip**

                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

3.214
1

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **Unknown**

**Warnsdorfer , Janet**                                            ■ Contingent
**773 Grand Canal Drive**
**Kissimmee, FL 34759**                                            ☐ Unliquidated

                                                                    ■ Disputed
Date(s) debt was incurred  **0**

Last 4 digits of account number  _                                 Basis for the claim:  **Canceled Trip**

                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.214 2**

**Nonpriority creditor's name and mailing address**

**Warren , Jon Martin**
**661 97th Ave**
**Naples, FL 34108**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214 3**

**Nonpriority creditor's name and mailing address**

**Washut, Harry Eugene**
**1281 Eagle View Dr PO 495**
**Buffalo, WY 82834**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

**Wassom, Cynthia**
**8719 S Terrace Court**
**Sandy, UT 84093**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

**Wassom, Sheryl**
**407 N 200 E**
**Kaysville, UT 84037**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214 6**

**Nonpriority creditor's name and mailing address**

**Waters, Kristina J**
**3987 W Don Bain St**
**South Jordan,, UT 84009**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214 7**

**Nonpriority creditor's name and mailing address**

**Watson , Cindie L**
**330 Allison Drive**
**Palm Bay, FL 32908**

Date(s) debt was incurred **0**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2148**

**Nonpriority creditor's name and mailing address**

**Watson , Lucy Robinson**
**140 Cathy Lane**
**Lexington, SC 29073**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2149**

**Nonpriority creditor's name and mailing address**

**Way , Kerry**
**N 3832 Hayward Rd**
**Munising, MI 49862**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2150**

**Nonpriority creditor's name and mailing address**

**Wayment, Jim E**
**1782 North 5900 West**
**Ogden, UT 84404**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2151**

**Nonpriority creditor's name and mailing address**

**Wayne Virgin**
**1830 Balboa Dr Unit 2G**
**Idaho Falls, ID 83404**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2152**

**Nonpriority creditor's name and mailing address**

**Wayton , Honey**
**6216 North Church Ave**
**Tampa, FL 33614**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2153**

**Nonpriority creditor's name and mailing address**

**Weatherspoon, Henry L**
**2145 Nw 79 Terace**
**Miami, FL 33147**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Project Neptune, LLC**                                    Case number (if known) _____

Name

---

3.215
4

**Nonpriority creditor's name and mailing address**

**Weeda , April Diane**
**3345 Chaparral Dr**
**St. George, UT 84790**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.215
5

**Nonpriority creditor's name and mailing address**

**Weers, Cynthia S**
**10417 Friarsgate Road**
**Huntersville, NC 28078**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.215
6

**Nonpriority creditor's name and mailing address**

**Weid, James G**
**344 East Conference Drive**
**Boca Raton, FL 33486**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.215
7

**Nonpriority creditor's name and mailing address**

**Weimer , Paula Jo**
**8480 County Road 3408**
**Chandler, TX 75758**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.215
8

**Nonpriority creditor's name and mailing address**

**Weinmunson , Linda Green**
**1536 Orpheum Avenue**
**Metairie, LA 70005**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.215
9

**Nonpriority creditor's name and mailing address**

**Weller , Diane Lynn**
**1111 North Bayshore Boulverd Unit A-1**
**Clearwater, FL 33759**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**3.216 0**

**Nonpriority creditor's name and mailing address**

**Welliver , Jeffrey Boone**
**396 Mosteller Road**
**Montoursville, PA 17754**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 1**

**Nonpriority creditor's name and mailing address**

**Welsh , Nellie**
**3001 170th Ave**
**Argyle, IA 52619**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 2**

**Nonpriority creditor's name and mailing address**

**Welsh, Pamela Elias**
**11042 Shoreline Drive**
**Baton Rouge, LA 70809**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 3**

**Nonpriority creditor's name and mailing address**

**Wendy Regan Sells**
**14672 southbloom drive unit 102**
**Herriman, UT 84096**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 4**

**Nonpriority creditor's name and mailing address**

**Wendy Wheeler**
**3632 east Aurora Cir**
**SLC, UT 84124**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 5**

**Nonpriority creditor's name and mailing address**

**Wendy Wheeler**
**3632 east Aurora Cir**
**SLC, UT 84124**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.216 6**

**Nonpriority creditor's name and mailing address**

**Wentworth , Rhonda Dubay**
**P.O. Box 173**
**Unity, ME 04988**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.216 7**

**Nonpriority creditor's name and mailing address**

**Wernsing , Shane Earl**
**PO Box 478 Saint Peter**
**Minnesota, MN 56082**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.216 8**

**Nonpriority creditor's name and mailing address**

**West , Arnold Joseph**
**5255 Cottonwood Club Dr**
**Salt Lake City, UT 84117**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip/Lawsuit**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.216 9**

**Nonpriority creditor's name and mailing address**

**West, Judy Olene**
**159 W 200 N Apt 205**
**Salt Lake City, UT 84103**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.217 0**

**Nonpriority creditor's name and mailing address**

**West, Sunni Jergensen**
**4099 Hemlock Drive**
**Medford, OR 97504**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.217 1**

**Nonpriority creditor's name and mailing address**

**Wheeler , Jamie Kae**
**27201 Se 13TH Pl**
**Sammamih, WA 98075**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Debtor  **Project Neptune, LLC**                                    Case number (if known)  _____
        _____
        Name

| 3.217 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**White, Brandon Jay**
**318 E 170 S**
**Ivins, UT 84738**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.217 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Whitfield, Freddie L**
**1212 Sam Dennis Dr**
**Lewisville, TX 75077**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.217 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Whitney, Hunter**
**398 S 200 E**
**Gunnison, UT 84634**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.217 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Whorton, Carla Lynne**
**344 W Line Drive Apt C 324**
**Alameda, CA 94501**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.217 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Wiens , Catherine Renee**
**2204 S Kenwood St**
**Olathe, KS 66062**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.217 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Wilde , Eric Ross**
**8 Fairmont Point South**
**Leftbridge, AB T1K 7N6**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.217**
**8**

Nonpriority creditor's name and mailing address

**Wiley , Gloria Jean**
**23649 Bellwood**
**Murrieta, CA 92562**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217**
**9**

Nonpriority creditor's name and mailing address

**Wilkes, Hans**
**20720 West Cattle Iron Dr**
**Wickenberg, AZ 85390**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218**
**0**

Nonpriority creditor's name and mailing address

**Wilkins, Susanne Silvia**
**1016 Andrew St**
**Burleson, TX 76028**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218**
**1**

Nonpriority creditor's name and mailing address

**William Chris**
**2990 Windmill Dr**
**Santa Clara, UT 84765**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218**
**2**

Nonpriority creditor's name and mailing address

**William Coles**
**559 E Spaulding Way**
**South Weber, UT 84405**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218**
**3**

Nonpriority creditor's name and mailing address

**William Justus**
**271 Birch Heaven Dr**
**Sagle, ID 83860**

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.218 4**

**Nonpriority creditor's name and mailing address**

**William Warner**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.218 5**

**Nonpriority creditor's name and mailing address**

**Williams , Jacqueline
2116 Ramblewood Ln
Brandon, FL 33510**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.218 6**

**Nonpriority creditor's name and mailing address**

**Williams , Nancy
3711 Cedar Avenue
Long Beach, CA 90807**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.218 7**

**Nonpriority creditor's name and mailing address**

**Williams, Elva
1 Manton Dr
Freeport, Bahamas 00000-0000**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.218 8**

**Nonpriority creditor's name and mailing address**

**Williams, James Jerome
429 North 8th Street
Allentown, PA 18102**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.218 9**

**Nonpriority creditor's name and mailing address**

**Williams, John Dewey
5917 County Rd 25
Orland, CA 95963**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

Debtor    **Project Neptune, LLC**                                          Case number (*if known*) _____
_____
Name

---

| 3.219 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Willig , Sally**
**6 Rustic Circle Apt D**
**Montvalle, NJ 07645**

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Willis Mastick , Annette**
**9216 Twilight Ln Sw**
**Lakewood, WA 09849**

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Willow , David**
**7835 Caribou Court**
**Verona, WI 53593**

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Willsey , Gerald**
**4159 Griffin Road**
**Syracuse, NY 13215**

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Wilson , Bert M**
**10752 E Lobo**
**Mesa, AZ 85209**

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Wilson , Mary**
**2304 Parkway Drive**
**Crescent City, CA 95531**

Date(s) debt was incurred **0**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Project Neptune, LLC** _____     Case number (if known) _____

Name

---

| 3.219 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wilson , Thomas Wesley**
**2075 Cadaleign Lane**
**Roseville, CA 95747**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.219 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wilson, Barbara Kaye**
**509 East 3600 North**
**North Ogden, UT 84414**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.219 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wilson, Heidi**
**3168 S 1940 E**
**SLC, UT 84106**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.219 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wilton , Curtis Lee**
**2313 Ellingham**
**Wichita Falls, TX 76308**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.220 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wingfield , Laura Allison Ross**
**1800 W 91ST Place**
**Kansas, MI 64994**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.220 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Winiecki , Kenneth John**
**7119 Treves Dr**
**Paramount, CA 90723**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Project Neptune, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.220 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Winn , Karen Renee**
**8565 Milbury Rd**
**SanDiego, CA 92129**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Winters, Elizabeth Marie**
**8745 Bluepine Way**
**Reno, NV 89523**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Winters, Lu Ann Whitaker**
**3434 East Baseline Rd Unit 323**
**Phoenix, AZ 85042**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Winters, Richard Eric**
**6537 Filarre Way**
**Sacramento, CA 95842**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Winters, Robert Matthew**
**6537 Filarre Way**
**Sacramento, CA 95842**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Winterton , Lori Jo**
**PO Box 523**
**Rooesevelt, UT 84066**

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:  Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2208**

**Nonpriority creditor's name and mailing address**

**Wirth , Daniel Allen**
**911 15th Ave Notrth East**
**Rochester, MN 55906**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2209**

**Nonpriority creditor's name and mailing address**

**Wisenburg , Steven Wayne**
**15 Fir St**
**Rome, GA 30161**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2210**

**Nonpriority creditor's name and mailing address**

**Witzel , Russell A**
**5372 Alert New London Road**
**Hamilton, OH 45013**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2211**

**Nonpriority creditor's name and mailing address**

**Wong , Bryce Kon Shin**
**2325 Bingham Street**
**Honolulu, HI 96826**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2212**

**Nonpriority creditor's name and mailing address**

**Wood, Rebecca Vargas**
**20706 Wind Spgs**
**San Antonio, TX 78258**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2213**

**Nonpriority creditor's name and mailing address**

**Woodland, Patricia Gay**
**800 West Highway 24**
**Paul, ID 83347**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Project Neptune, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.221 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wootton , Brookii Elizabeth**
**9227 Middle Glen Drive**
**Dallas, TX 75243**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wrana , Carol Anne**
**9011 Swinburne Court**
**San Antonio, TX 78240**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wright , Carolee Cutler**
**1115 Lake View Drive**
**Mesquite, NV 89027**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wright , Jerry Patten**
**11477 S Markridge Cir**
**South Jordan, UT 84095**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wright , Kimberly**
**4211 Follor Rd**
**Ponder, TX 76259**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wright , Sarah E**
**PO Box 175**
**Chugwater, WY 82210**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim:  **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Project Neptune, LLC**                                    Case number (if known) _____

_____
Name

| 3.222 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wu, Sengkham**
**2628 Villas Way**
**San Diego, CA 91911**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wulf , Paul**
**522 Tanners Park Court**
**Winston Salem, NC 27101**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Yabes, Danilo Gravides**
**14014 Carrigan Pl**
**Houston, TX 77083**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Yaghjian, Gordon A**
**4005 19th Ave West**
**Bradenton, FL 34205**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Yepiz, Maria Beatriz**
**749 W F St.**
**Ontario, CA 91762**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Yetter , Susan A**
**5905 Cherry Valley Road**
**Stroudsburg, PA 18360**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  0**

Basis for the claim:  **Canceled Trip**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Project Neptune, LLC**                                   Case number (*if known*) _____
_____
Name

| 3.222 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Young , Robin**
**13737 FM 1171**
**Northlake, TX 76262**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Young, Anthony Garnett**
**2012 Moss Valley Drive**
**Fairfeild, CA 94534**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Young, Janet Marie**
**1901 Morgan Ave**
**Claremont, CA 91711**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Young, Oliver P**
**1024 S Avenue**
**Daley, CA 94015**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Yuen, Shu-Chih**
**12 Deer Spg**
**Irvine, CA 92604**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zelaya, Aura Lila**
**6492 S PurpleSage Drive**
**West Jordan, UT 84081**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number **_**

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Project Neptune, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.223 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zollinger , Lorin Jesse**
**150 So 1000 East**
**Logan,, UT 84321**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number __

Basis for the claim: **Canceled Trip**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bostwick Law, PLLC**<br>**10528 Hemisphere Court**<br>**South Jordan, UT 84095** | Line **3.2168**<br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Christiansen Trial Lawyers**<br>**Peter S. Christiansen**<br>**710 South 7th Street**<br>**Las Vegas, NV 89101** | Line **3.1048**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Foley Law Firm**<br>**c/o Michael J. Foley**<br>**Scranton, PA 18501** | Line **3.288**<br>☐ Not listed. Explain _____ | _ |
| 4.4 | **Gladwell & Associates**<br>**c/o Dennis Gladwell**<br>**1893 Wasatch Drive**<br>**Ogden, UT 84403** | Line **3.1074**<br>☐ Not listed. Explain _____ | _ |
| 4.5 | **Melissa Morden**<br>**1623 Division Street**<br>**Waite Park, MN 56387** | Line **3.1452**<br>☐ Not listed. Explain _____ | _ |
| 4.6 | **Shari Henry**<br>**13220 Meadow Glen Lane**<br>**Colorado Springs, CO 80908** | Line **3.889**<br>☐ Not listed. Explain _____ | _ |
| 4.7 | **Smart Schofield Shorter**<br>**5320 South 900 East**<br>**Salt Lake City, UT 84117** | Line **3.2098**<br>☐ Not listed. Explain _____ | _ |
| 4.8 | **Snell & Wilmer**<br>**c/o Cameron Cutler**<br>**15 West South Temple, Suite 1200**<br>**Salt Lake City, UT 84101** | Line **3.2099**<br>☐ Not listed. Explain _____ | _ |
| 4.9 | **U.S. Small Business Administration**<br>**409 3rd Street, SW**<br>**Washington, DC 20416** | Line **3.1888**<br>☐ Not listed. Explain _____ | _ |

| Debtor | **Project Neptune, LLC** | | Case number *(if known)* | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Utah Division of Consumer Protection**<br>**160 East 300 South, Second Floor**<br>**Salt Lake City, UT 84114** | Line  **3.1939** <br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,647,615.82 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,647,615.82 |

**Fill in this information to identify the case:**

Debtor name   **Project Neptune, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest     **Payroll provider** | |
| State the term remaining     **Month to Month** | **ADP** |
| List the contract number of any government contract | **2835 Decker Lake Dr.** **Salt Lake City, UT 84119** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest     **Commercial Insurance.** | |
| State the term remaining     **9 Months** | **Burns and Wilcox LTD** |
| List the contract number of any government contract | **14631 North Scottsdale Road, Suite 150** **Scottsdale, AZ 85254** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest     **Software program used for obtaining customer information.** | |
| State the term remaining     **2 Years** | **Docusign** |
| List the contract number of any government contract | **221 Main St., #1550** **San Francisco, CA 94105** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest     **Storage unit.** | |
| State the term remaining     **12 Months** | **Extra Space Storage** **1380 W. South Jordan Pkwy.** **Unit 261** |
| List the contract number of any government contract | **South Jordan, UT 84043** |

Debtor 1   **Project Neptune, LLC**                                                    Case number (*if known*) _____
    First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Telephone service.** |
| State the term remaining | **Month to Month** |
| List the contract number of any government contract | **Five9**<br>**3001 Bishop, Suite 350**<br>**San Ramon, CA 94583** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Email service.** |
| State the term remaining | **10 Months** |
| List the contract number of any government contract | **Frontapp, Inc.**<br>**1455 Market St., Floor 19**<br>**San Francisco, CA 94103** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Email service.** |
| State the term remaining | **Month to Month** |
| List the contract number of any government contract | **G-Suite Google**<br>**1600 Ampitheatre Parkway**<br>**Mountain View, CA 94043** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain deepseaduels.com** |
| State the term remaining | **10 days** |
| List the contract number of any government contract | **GoDaddy.com LLC**<br>**14455 North Hayden Road, Suite 219**<br>**Scottsdale, AZ 85260** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain deepseaduals.com** |
| State the term remaining | **10 days** |
| List the contract number of any government contract | **GoDaddy.com LLC**<br>**14455 North Hayden Road, Suite 219**<br>**Scottsdale, AZ 85260** |

Debtor 1   **Project Neptune, LLC**                                      Case number (*if known*) _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain mycomesailaway.com** |
| State the term remaining | **2 months** |
| List the contract number of any government contract | _____ |

**GoDaddy.com LLC
14455 North Hayden Road
Scottsdale, AZ 85260**

| | |
|---|---|
| 2.11. State what the contract or lease is for and the nature of the debtor's interest | **Operating domain costaairpass.com** |
| State the term remaining | **2 months** |
| List the contract number of any government contract | _____ |

**GoDaddy.com LLC
14455 North Hayden Road, Suite 219
Scottsdale, AZ 85260**

| | |
|---|---|
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain cruisingpass.com** |
| State the term remaining | **2 months** |
| List the contract number of any government contract | _____ |

**GoDaddy.com LLC
14455 North Hayden Road, Suite 219
Scottsdale, AZ 85260**

| | |
|---|---|
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain mycruisebuddy.com** |
| State the term remaining | **2 months** |
| List the contract number of any government contract | _____ |

**GoDaddy.com LLC
14455 North Hayden Road, Suite 219
Scottsdale, AZ 85260**

| | |
|---|---|
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain bestmedcruises.com** |
| State the term remaining | **2 months** |
| List the contract number of any government contract | _____ |

**GoDaddy.com LLC
14455 North Hayden Road, Suite 219
Scottsdale, AZ 85260**

Debtor 1   **Project Neptune, LLC**                                      Case number (*if known*) _____
　　　　　First Name　　　Middle Name　　　Last Name

<span style="background-color:#3d0a3d">    </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain costacruise.cruises** |
| State the term remaining | **3 months** |
| List the contract number of any government contract | _____ |

GoDaddy.com LLC
14455 North Hayden Road, Suite 219
Scottsdale, AZ 85260

| 2.16. State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain costabundle.com** |
|---|---|
| State the term remaining | **4 months** |
| List the contract number of any government contract | _____ |

GoDaddy.com LLC
14455 North Hayden Road, Suite 219
Scottsdale, AZ 85260

| 2.17. State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain costacruisepack.com** |
|---|---|
| State the term remaining | **4 months** |
| List the contract number of any government contract | _____ |

GoDaddy.com LLC
14455 North Hayden Road, Suite 219
Scottsdale, AZ 85260

| 2.18. State what the contract or lease is for and the nature of the debtor's interest | **Operating domain renewcruise.com** |
|---|---|
| State the term remaining | **4 months** |
| List the contract number of any government contract | _____ |

GoDaddy.com LLC
14455 North Hayden Road, Suite 219
Scottsdale, AZ 85260

| 2.19. State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain costatours.com** |
|---|---|
| State the term remaining | **4 months** |
| List the contract number of any government contract | _____ |

GoDaddy.com LLC
14455 North Hayden Road, Suite 219
Scottsdale, AZ 85260

| Debtor 1 | **Project Neptune, LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain myrenewcruise.com** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain cruiserenew.com** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 Norrth Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain renewcruises.com** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain justlds.com** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain ournationalcovenant.net** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| Debtor 1 | **Project Neptune, LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain ournationalcovenant.com** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219** **Scottsdale, AZ 85260** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain ouramericancovenant.net** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219** **Scottsdale, AZ 85260** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain ouramericancovenant.com** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219** **Scottsdale, AZ 85260** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain ournationalcovenant.info** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219** **Scottsdale, AZ 85260** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain ournationalcovenant.org** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219** **Scottsdale, AZ 85260** |

Debtor 1   **Project Neptune, LLC**                                                    Case number (*if known*)
　　　　First Name　　　　Middle Name　　　　Last Name

<div style="background:purple; width:60px; height:30px"></div> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain ouramericancovenant.info** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain gospeltrips.com** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain saltcruises.com** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain costagolftours.com** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain costagolftours.com** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

Debtor 1    **Project Neptune, LLC**

First Name              Middle Name              Last Name

Case number (*if known*)

<table>
<tr><td style="background:#3d0033;"> </td><td><strong>Additional Page if You Have More Contracts or Leases</strong></td></tr>
</table>

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain renew30.com** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain renew25.com** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain renew26.com** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain reneweuropecruise.com** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain renew27.com** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

Debtor 1    **Project Neptune, LLC**
_____    Case number (*if known*) _____
First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain renew29.com** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | _____ | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain 24renew.com** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | _____ | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain renewtrips.com** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | _____ | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain renew2028.com** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | _____ | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain renew2024.com** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **GoDaddy.com LLC** |
| | List the contract number of any government contract | _____ | **14455 North Hayden Road, Suite 219 Scottsdale, AZ 85260** |

Debtor 1  **Project Neptune, LLC**                                        Case number (*if known*) _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain renewtours.com** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **GoDaddy.com LLC**<br>**14455 North Hayden Road, Sujite 219**<br>**Scottsdale, AZ 85260** |
| | List the contract number of any government contract | _____ | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain latterdaytrips.com** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **GoDaddy.com LLC**<br>**14455 North Hayden Road, Suite 219**<br>**Scottsdale, AZ 85260** |
| | List the contract number of any government contract | _____ | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain latterdaytravel.com** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **GoDaddy.com LLC**<br>**14455 North Hayden Road, Suite 219**<br>**Scottsdale, AZ 85260** |
| | List the contract number of any government contract | _____ | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain latterdaysaintstravel.com** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **GoDaddy.com LLC**<br>**14455 North Hayden Road, Suite 219**<br>**Scottsdale, AZ 85260** |
| | List the contract number of any government contract | _____ | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Operating Domain withair.us** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **GoDaddy.com LLC**<br>**14455 North Hayden Road, Suite 219**<br>**Scottsdale, AZ 85260** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **Project Neptune, LLC**                                          Case number (*if known*) _____
          First Name      Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Booking software.** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Group Travel Tech, LLC** |
| | List the contract number of any government contract | | **310 S. Burrowes St.** |
| | | | **State College, PA 16801** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Workers comp insurance.** | |
|---|---|---|---|
| | State the term remaining | **10 Months** | **NFP Property & Casualty** |
| | List the contract number of any government contract | | **17100 N 67th Avenue** |
| | | | **Glendale, AZ 85308-6050** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Office PAC insurance.** | |
|---|---|---|---|
| | State the term remaining | **10 Months** | **NFP Property & Casualty** |
| | List the contract number of any government contract | | **17100 N 67th Avenue** |
| | | | **Glendale, AZ 85308-6050** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Umbrella Insurance Policy.** | |
|---|---|---|---|
| | State the term remaining | **10 Months** | **NFP Property & Casualty** |
| | List the contract number of any government contract | | **17100 N 67th Avenue** |
| | | | **Glendale, AZ 85308-6050** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Booking software.** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Rez Magic** |
| | List the contract number of any government contract | | **111 2nd Avenue NE, Suite 500** |
| | | | **Saint Petersburg, FL 33701** |

**Fill in this information to identify the case:**

Debtor name      **Project Neptune, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City      State      Zip Code | | | |
| 2.2 | _____ | | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City      State      Zip Code | | | |
| 2.3 | _____ | | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City      State      Zip Code | | | |
| 2.4 | _____ | | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City      State      Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name    **Project Neptune, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>■ Other   **Deferred Revenue** | **$6,311,678.67** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other   _____ | **$26,881,578.78** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other   _____ | **$4,421,728.85** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **Project Neptune, LLC** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **ADP** | **Various in May, June, and July.** | **$9,362.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **David Williams**<br>**10600 S. Dimple Dell Road**<br>**Sandy, UT 84092**<br>**Father to former member of the debtor,**<br>**Ryan Williams (Deceased).** | **8/19/22;**<br>**8/19/22;**<br>**9/21/22;**<br>**10/11/22;**<br>**11/23/22;**<br>**12/14/22** | **$93,000.00** | **Interest only payments on loan.**<br>**Payments made every month**<br>**pursuant to loan.** |
| 4.2. **Round Trip Ventures, LLC**<br>**881 West Baxter Dr.**<br>**South Jordan, UT 84095**<br>**For disclosures purposes only, Ryan**<br>**Williams (Deceased) was a member of**<br>**Round Trip Ventures, LLC and also an**<br>**Officer/Member of the Debtor. At the**<br>**time of the loan, Ryan Williams was not**<br>**a member of Round Trip Ventures,**<br>**LLC.** | **2/27/23;**<br>**10/26/22** | **$135,019.78** | **$35,019.78 is for an interest**<br>**payment on a line of credit to**<br>**Debtor. $100,000.00 on 2/27/23**<br>**was repayment of funds**<br>**borrowed on 1/24/2023.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Project Neptune, LLC** | | Case number *(if known)* |
|---|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Assurance Voluntary Compliance**<br>**CP-2022-029, 130220 ET AL** | **Consumer complaints** | **Utah Division of Consumer Protection**<br>**160 East 300 South, Second Floor**<br>**P.O. Box 146704**<br>**Salt Lake City, UT**<br>**84114-6704** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Project Neptune, LLC v. Christina Caponi and Todd Caponi**<br>**220901971** | **Breach of Contract** | **Third District Court, State of Utah,**<br>**Salt Lake County, SLC Department**<br>**450 S State**<br>**Salt Lake City, UT 84111** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Arnold J. West v. Project Neptune, LLC**<br>**228400001** | **Breach of Contract** | **Third District Court, State of Utah,**<br>**Salt Lake County, SLC Department**<br>**450 S State**<br>**Salt Lake City, UT 84111** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Valerie Hulme v. Project Neptune, LLC, et al.**<br>**230903206** | **Breach of Contract** | **Third District Court, State of Utah,**<br>**Salt Lake County, SLC Department**<br>**450 S State**<br>**Salt Lake City, UT 84111** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Jennifer West v. Project Neptune, LLC**<br>**218800053** | **Breach of Contract** | **Third District Court, State of Utah,**<br>**Salt Lake County, SLC Department**<br>**450 S State**<br>**Salt Lake City, UT 84111** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Adele G. Kammeyer v. Project Neptune, LLC**<br>**228801682** | **Breach of Contract** | **Third District Court, State of Utah,**<br>**Salt Lake County, SLC Department**<br>**450 S State**<br>**Salt Lake City, UT 84111** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Sakiliddin Ahmed, et al. v. Project Neptune, LLC**<br>**03-SC-22-00042** | **Breach of Contract** | **Justice Court, Precinct 3, Collin County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Allen R. Smith v. Project Nepture, LLC, et al.**<br>**01-22-0002-1835** | **Breach of Contract** | **American Arbitration Association** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **Donald Morrison, et al. v. Project Neptune, LLC**<br>**2022CCV-60176-3** | **Breach of Contract** | **County Court at Law #3, Nueces County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Debtor | **Project Neptune, LLC** | Case number *(if known)* |
|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.10. | **Anthony Esposito v. Project Neptune, LLC**<br>**502022SC011320** | **Breach of Contract** | **County Court of the 15th Judicial Circui** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Parson Behle & Latimer**<br>**201 S. Main, Suite 1800**<br>**Salt Lake City, UT 84111** | **Amount of payment is an estimate.** | **Various** | **$2,000.00** |
| | Email or website address<br>**www.parsonsbele.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

| Debtor | **Project Neptune, LLC** | Case number *(if known)* | |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **McKay, Burton & Thurman, P.C.** **15 West South Temple, Suite 1000** **Salt Lake City, UT 84101** | **Prior to commencing this bankruptcy, MBT incurred approximately $7,805.16 in fees and expenses and a $1,738 filing fee, leaving a retainer balance on hand of approximately $20,456.84.** | **4/26/2023 and 8/22/2023** | **$30,000.00** |
| | Email or website address **mrose@mbt-law.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Go and Do Events** **108080 S. River Front Pkwy., #3080** **South Jordan, UT 84095** | **Go and Do Events agreed to fulfill on 2 Travel Products that Debtor was unable to operate.** | **March 17, 2023** | **Unknown** |
| | Relationship to debtor **Previous Employees of the Debtor.** | | | |
| 13.2. | **Go and Do Events** **10808 South River Front Parkway, #3080** **South Jordan, UT 84095** | **$49,588.44 worth of Costa Cruise Credits** | **August 22, 2023** | **$9,917.69** |
| | Relationship to debtor **Previous Employees of the Debtor.** | | | |

**Part 7:**  **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Debtor   **Project Neptune, LLC**                                      Case number *(if known)*

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **4700 West Daybreak Parkway, #150 South Jordan, UT 84009** | **12/2019 to 2/2023** |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Project Neptune, LLC** _____   Case number *(if known)* _____

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>**1380 W. South Jordan Pkwy.**<br>**Unit 261**<br>**South Jordan, UT 84095** | **Wes Cobos**<br>**7558 Bristlecone Road**<br>**Eagle Mountain, UT**<br>**84005** | Office equipment | ☐ No<br>■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

---

Debtor   **Project Neptune, LLC**_____   Case number *(if known)* _____

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **Omnibus Tours, Inc.**<br>**350 S GOLDEN CIR. DR.**<br>**FRUIT HEIGHTS, UT 84037** | **Travel agency with airline booking software.** | **EIN:**   87-0400642<br><br>**From-To**   **2015 to Still Active** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Wes Cobos**<br>**7558 Bristlecone Road**<br>**Eagle Mountain, UT 84005** | **01/2018 to present** |
| 26a.2.  **Kaelen Gulbranson**<br>**4759 W. Bayview Drive**<br>**South Jordan, UT 84009** | **01/2018 to 3/2021** |
| 26a.3.  **Brandon Juber**<br>**16 Captain John Jacobs Rd.**<br>**#305**<br>**East Providence, RI 02914** | **10/2019 to 11/2021** |
| 26a.4.  **Jones Simkins**<br>**Jesse Goodell**<br>**41 N. Rio Grande St.**<br>**Suite 101**<br>**Salt Lake City, UT 84101** | **01/2018 to present** |
| 26a.5.  **Jones Simkins**<br>**Mitchell Moncur**<br>**41 N. Rio Grande St.**<br>**Suite 101**<br>**Salt Lake City, UT 84101** | **01/2018 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Wes Cobos**<br>**7558 Bristlecone Rd.**<br>**Eagle Mountain, UT 84005** | |
| 26c.2.  **Kaelen Gulbranson**<br>**5414 West Daybreak Parkway, C-4 PMB 246**<br>**South Jordan, UT 84009** | |

Debtor   **Project Neptune, LLC** _____   Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3.  **Jones Simkins**<br>**Jesse Goodell**<br>**41 N. Rio Grande St.**<br>**Suite 101**<br>**Salt Lake City, UT 84101** | |
| 26c.4.  **Jones Simkins**<br>**Mitchell Moncur**<br>**41 N. Rio Grande St.**<br>**Suite 101**<br>**Salt Lake City, UT 84101** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marci Williams, as P.R. of Ryan Williams** | **9138 Deerfield Circle**<br>**Eagle Mountain, UT 84005** | **Member** | **80%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Kara McCoy** | **3731 West 10400 South, Ste. 102-308**<br>**South Jordan, UT 84009** | **Member** | **18%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Wes Cobos** | **7558 Bristlecone Rd.**<br>**Eagle Mountain, UT 84005** | **Member** | **1%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Kaelen Gulbranson** | **5414 West Daybreak Parkway, C-4**<br>**PMB 246**<br>**South Jordan, UT 84009** | **Member** | **1%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

Debtor   **Project Neptune, LLC**_____     Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ryan Williams (Deceased)** | **9138 Deerfield Circle Eagle Mountain, UT 84005** | **Member** | **1/2018 to 8/2021** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Wes Cobos 7558 Bristlecone Rd. Eagle Mountain, UT 84005** | **Estimated Gross $164,519.64** | **Scheduled payroll, 5th & 20th each month** | **Work performed and services rendered.** |
| | Relationship to debtor **Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 25, 2023**_____

**/s/ Wes Cobos**_____          **Wes Cobos**_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

## United States Bankruptcy Court
### District of Utah

In re    **Project Neptune, LLC**                                           Case No. _____

Debtor(s)                      Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kaelen Gulbranson**<br>**5414 West Daybreak Parkway, C-4 PMB 246**<br>**South Jordan, UT 84009** | | **1%** | **Membership Interest** |
| **Kara McCoy**<br>**3731 West 10400 South**<br>**Suite 102-308**<br>**South Jordan, UT 84009** | | **18%** | **Membership Interest** |
| **Marci Williams, as P.R. of Ryan Williams**<br>**9138 North Deerfield Circle**<br>**Eagle Mountain, UT 84005** | | **80%** | **Membership Interest** |
| **Wes Cobos**<br>**7558 Bristlecone Road**<br>**Eagle Mountain, UT 84005** | | **1%** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 25, 2023**                      Signature    **/s/ Wes Cobos**

**Wes Cobos**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Utah

In re    **Project Neptune, LLC**
_____    Case No. _____
                                    Debtor(s)    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 25, 2023**
_____

**/s/ Wes Cobos**
_____
**Wes Cobos**/**President**
Signer/Title

# United States Bankruptcy Court
## District of Utah

In re  **Project Neptune, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Project Neptune, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 25, 2023**

Date

/s/ Mark C. Rose

**Mark C. Rose 13855**

Signature of Attorney or Litigant

Counsel for  **Project Neptune, LLC**

**McKay, Burton & Thurman, P.C.**
**15 West South Temple**
**Suite 1000**
**Salt Lake City, UT 84101**
**801-521-4135 Fax:801-521-4252**
**mrose@mbt-law.com**