UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

In re:

**Project Neptune, LLC**

Debtor(s)

Bankruptcy Case No. 23-23695
(Chapter 11, Subchapter V)
Judge Peggy Hunt

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, D. Ray Strong, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was dismissed with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on November 13, 2023, the Court ordered compensation of $1,312.78 be awarded to the trustee. The funds were paid by the Debtor to the trustee on November 13, 2023. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

Date: 11/15/23        By: _____
                          D. Ray Strong, Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(v)-NDR B